**<u>Tab 46-1</u>**

Messages - Chey Goodman

➤ Replying to you, 2022-05-18 12:41:13

Too late it's mine lol

whats ur study plan look like

We can schedule some stuff. I'm also going to be working with Roxanne and Nehama on some subjects so I'll keep you in mind

omg edwin

invite me

i tried to pitch letting me study in the office but it was not successful

Oh you hear Roxanne and Nehama and get excited Lmao I'm so under appreciated 😭😂

➤ Replying to Chey Goodman, 2022-05-18 12:42:25: « i tried to pitch letting me study in the office but it was not successful  »

Who said?

Emphasized "thank u for this!! You're an angel "

I said let's study together! But respectfully roxanna and nehama are the blueprint

➤ Replying to Chey Goodman, 2022-05-18 12:43:58: « I said let's study together! But respectfully roxanna and nehama are the blueprint  »

Agreed

roxanne* that was a typo im not an idiot

➤ Replying to Chey Goodman, 2022-05-18 12:42:25: « i tried to pitch letting me study in the office but it was not successful  »

well no one said no but no one said yes either. Nestor said he'd try to make it happen but I never heard anything again lol

Oh you can come. Especially if you're studying with me

I'll try to get the girls to study with me here instead of at home

well you guys have actual responsibilities and shit, i have nothing but this so i'll be flexible to u instead of vice versa

You're living in Philly right?

Filed and Attested by the Office of Judicial Records 09 FEB 2024 01:26 pm C. PERRY

Messages - Chey Goodman



Filed and Attested by the
Office of Judicial Records
01 FEB 2024 02:28 pm
C. PERRY

8/20/22, 8:33 AM

I had ONE drink last night and i feel awful

also, sabrina and nehama were talking about how u never come to things (i didnt prompt it i stayed quiet like a good little liar, sabrina asked where u were) can that change

What do you mean?

I don't get invited lol

Is it because you turn them down so often lol

I was sitting between them so everything was screamed over me, it was Sabrina saying where's edwin i miss him and Nehama saying I don't know you know he never wants to come out with us he's doing his own thing

If I have to be social you have to be social

And also Nehama wants u to bring her to the wedding

ALSO she was talking about how she really wants to go to Greece u should do that with her

Lol I'll be better now that the bar is over

You better be, I'll be very offended if you peer pressured me into making friends with all of these people and then u just dip

Sabrina is very nice by the way, I like them all you were right

You need to start yoga with them

We exchanged numbers! We talked about it last night, she said she'll text me today about what classes they do. Also though that won't fix my hips lol

Messages - Chey Goodman



Filed and Attested by the
Office of Judicial Records
09 FEB 2024 02:26 pm
C. PERRY

7/8/22, 6:51 AM

can we go back to being nonflirty friends? i didn't realize there was an emotional control aspect of this and i'm having trouble not looking for an ulterior motive in everything you do now and it's making me trust you LESS not more, not to be an asshole or mean i know i asked to be thrown in the deep end and you only gave me what i wanted, i will swallow my pride and admit that you were right i'm highkey uncomfy now

Okay on both counts :)

The studying and normal friends that is lol

Good morning ☀️

SHOCKED that you didn't take the chance to say i told you so you're a bigger person than me

gooooood morning except it's not because my ass has to roll off the couch to go move my car

I would never do that. Love that you're able to speak openly

I'd have taken it. if u still want to study today i feel waaaaaaay more comfy now that was easy

I'm so happy that you're comfortable! Thank god we can be best friends again

As far as studying I'm down If you don't mind stopping for the day at 2:30ish

Okkkk works for me i'm coming early then

Coffee? I feel strange offering now that i know it annoys u lol

Never said it annoyed me lol

Just not use to people doing for me

Why don't you just come and we can do the book store

oh, well feeding people is my love language so get used to it wait til i start cooking for u i'll be beating u and ur proposals away with a bat

like come there and then we go or meet u at the bookstore? Doesn't open until 9

Messages - Chey Goodman

*Filed and Attested by the*
*Office of Judicial Records*
*09 FEB 2024 02:26 pm*
*C. PERRY*

Idk i want a repeat of earlier

Call you in 10 before bed?

yes, i'm already in bed it's dark in here

Oh nvm good night

No

Call

Pls

It's dark lol

7/24/22, 8:14 AM

hi, u up?

7/24/22, 10:11 AM

have you seen my rock

the blue one

Did i leave it there ?? Maybe in the couch

Couldn't find it

😫😫😫😫😫😫😫

i need it

Can't find my big bar book

its not on ur table

Found it

Hotel secured

yes but the real question is did you find my rock

No sorry

Messages - Chey Goodman



okay, what about it

FOB shows up a few times

okay noted thank u

I'm sorry, I know you were only trying to help. I'm feeling super stressed out, I shouldn't have snapped at you

I appreciate the vote of confidence

7/24/22, 2:49 PM

caroline asked if there is sexual tension between us or if she's just imagining it lmao

Also wya

https://esc.barbri.com/viewFile.html?id=fc672e2a-7a0a-40ce-9aa3-c5db19c8d0e7

On my way

yay okay we have one of the little conference rooms off the lobby

Sick

just come find us if u want pls bring buggy

don't be sarcastic w me i want to study tg i'm used to it

Case ID: 230400452

Messages - Chey Goodman

7/24/22, 7:50 PM

homie

can i have an instant pls u can have a 20

hello

7/24/22, 9:46 PM

that "where do you want me to kiss you" was violeny

Violent

You're welcome



Quicky

rn?

Yeah

what on earth excuse do i use

Ummmm need something from your car? Going for a walk?

Just 5 min

5?!?!?!?

whats ur room #

421

Yes I can be fat

alright hold on

Fast

dont be

No I will be

Case ID: 230400452

Messages - Chey Goodman

omw

7/25/22, 6:25 AM

good morning good luck 💖🖤

Good morning! You got this!

ditto! Kiss buggy girl for me

She is currently napping

7/25/22, 12:12 PM

okay i feel so much better lol that was still awful but i'm alive how are u doing hows the princess

7/25/22, 5:58 PM

I have newfound respect for u as a person for subjecting yourself to this bullshit TWICE

7/25/22, 9:26 PM

excuse u

What is happening right now

What do you mean?

why the sass?

are u annoyed bc i said i'm tired

sidenote, i am unfortunately listening to caroline talk abt how she's attracted to u and thinks you'd be good in bed

Lol no sass and awe that's so nice of her

bitch

now i'm sassy goodnight that was the incorrect answer

Your language

i am a little buzzed

Emphasized "now i'm sassy goodnight that was the incorrect answer"

Messages - Chey Goodman

8/10/22, 6:46 AM

*Filed and Attested by the Office of Judicial Records 09 FEB 2024 02:26 pm C. PERRY*

Good morning i'm makinh coffee

Then getting dressed and heading to u

Okay

Ugh I want you!

so don't take the time to stop for breakfast then?

Lol I can't have you anyway

omg edwin u told me u were closer to work

Oh not at this hour

At this hour it will take you an hour

It takes me 35

Fuck me

I'd like to

Me too

Breakfast?

But you can't… right?

Sure

can i?

Are you on your Period still?

What are the chances of me getting you naked as soon as you get here?

high

8/10/22, 12:16 PM

https://www.coregrammarforlawyers.com

Messages - Chey Goodman

8/10/22, 8:10 PM

Why did I leave again? We could be having sex right now

😲

8/11/22, 1:02 PM

Don't be mad I'm cancelling on you 😬

ur joking

why

I'm not sorry! I got given a bigger part in this assignment and I've been in the phone for over 2 hours

what time did this happen

What time did what happen?

Emphasized "I'm not sorry! I got given a bigger part in this assignment and I've been in the phone for over 2 hours "

I've been working on this case since yesterday

okay i'm saying how long have you known you needed to cancel before you decide to do it 40 mins before our plans when u live 35 mins away

Did you leave already?

answer the question first

Probably half way into this call

great thanks so considerate of u

You're welcome 😊

being sarcastic after you've already been inconsiderate as hell is definitely not the way to go

Huh?

I drove to the store around your house because you come at me everytime i'm not perfectly on time you should have told me as soon as you knrw

Messages - Chey Goodman

no my cf vest

like the vibrating ones

My lungs are killing me

Oh tell me more about that

How does it work?

you put in on and it compresses your torso over and over again to try to shakw up the impacted bronchial tubes to loosen the mucus lining so that air can get through

it's a bit painful though

Is there anything I can do—not now—to assist if you're every in pain or having poor lung days? Food, drinks, meds?

Ever*

well

sort of

i'll teach you how to do chest pt

it's exactly what the vest does just manual

u know how dogs get really happy when u pet them in one spot?

that's my equivalent

➜ Replying to Chey Goodman, 2022-10-30 19:57:16: « i'll teach you how to do chest pt »

Yes please

okay 🥺🥺🥺

➜ Replying to Chey Goodman, 2022-10-30 19:58:24: « that's my equivalent »

Can I look up videos or do you want to teach me a specific way you like?

I'll teach you

Filed and Attested by the
Office of Judicial Records
09 FEB 2024 02:26 pm
C. PERRY

Messages - Chey Goodman



Filed and Attested by the
Office of Judicial Records
09 FEB 2024 02:34 pm
C. PERRY

11/15/22, 11:49 PM

this sucks

11/16/22, 3:09 AM

:/

11/16/22, 6:47 AM

are there take backsies

:(

okay

I don't like this

me neither

We lasted 12 hours!

Text message
11/16/22, 8:05 AM

Where are you?

in my office lol

I was just there

i just got here

Case ID: 230400452

Messages - Chey Goodman

in my office lol

Jeeze

i just got here

what

Just love looking at you

Have a great day

why is my service so bad

So is mine. I can't even make a call

it must be a carrier thing

We were having issues with Citrix yesterday, maybe related.

Weird I can message other people just fine

iMessage
11/16/22, 8:47 AM

I think its my phone

I just restarted it

I did the same lmao

Do we think that alike 🤭

11/16/22, 9:55 AM



Case ID: 230400452

Messages - Chey Goodman

The color match is insane

Bad?

no like its perfect

Loved "no like its perfect"

How's your morning going?

bigggggg meh

Yours?

Same, just had a convo about FTX and doing doc review

Also thinking about this girl I have a crush on

11/16/22, 12:28 PM

I'm ordering chicken tenders, want any?

i went to lunch with carol!

Liked "i went to lunch with carol!"

Okay:)

More for me

11/17/22, 9:14 AM

Can I call?

I was in the bathroom



11/17/22, 12:24 PM

Hi

Messages - Chey Goodman

12/9/22, 12:11 AM

*Filed and Attested by the Office of Judicial Records 09 ... pm*





Come over tomorrow. Sweet dreams

I can't i have to work

It'll be too distracting to keep having this conversation

?

12/9/22, 11:12 AM

I hope to arrive at my death late, in love, and a little drunk

12/9/22, 1:21 PM

That one is wonderful

Messages - Chey Goodman

Thats the first poem of his I ever saw

12/9/22, 5:32 PM

What do you think of this home?

https://www.zillow.com/homedetails/1-Forrest-Ln-Springfield-PA-19064/9391631_zpid/?utm_source=txtshare

pretty! Bugs would love the yard

Okay thanks

What

I have terrible taste lol thanks for saying it's pretty lol

oh lol

you have okay taste

🤓

12/9/22, 9:29 PM

Love you, sweet dreams

❤️

12/9/22, 11:54 PM

I left the the light on for you 🥰

12/10/22, 12:38 AM

what

Hi

12/10/22, 12:33 PM

I miss you like I'm missing a part of me.

Case ID: 230400452

Messages - Chey Goodman

12/11/22, 6:50 PM

I'm feeling very self conscious about my pins now

Are you deleting some?

no haha i meant because i just pinned a bunch of stuff

harry potter themed stuff

as if u needed another reason to call me a nerd

One of the best things about you

ah yes, my endless harry potter knowledge

Also she didn't answer

if i send u a fanfic will u read it or is that too much lol

she sucks

I would after next week

Also, the wedding is a hard no…. No matter what, right?

what do you mean

okay, i'm going to email you some

Just if I could convince you

are you stalking my wedding board

12/11/22, 10:00 PM

edwin

Yes

you didnt open my snap

I was getting ready for bed/shower

Oh

Case ID: 230400452

Messages - Chey Goodman

12/12/22, 4:11 AM

do you ever have a dream that leaves you with this horroble sense of dread

12/12/22, 12:29 PM

Pls kill me this is awful

What's going on?

12/13/22, 12:57 PM

Hi

hi sorry i was in ndq

U ok?

Hey! Yes I am. Just missed you but hope you're having the best day

12/13/22, 6:49 PM

did u leave?? U hoe

Yes

At the firm

Are you coming ?

I'm leaving soon

We're on our way back now

Park up front

Roxanne is driving

Okay, stop by my office

12/13/22, 8:46 PM

Where are you

Home

why

Case ID: 230400452

Messages - Chey Goodman

Ayou okay?

?

??

Hello?

12/14/22, 8:02 AM

sorry my mom called lol

All good. I'm going to take bug for a walk on a few. Want me to wait or call you back when I'm back?

I'll call!!

Wait when lol

Like after the walk

I'll just text when I'm back

12/14/22, 9:35 AM

Hi?

12/14/22, 5:20 PM

Don't leave

I'll be here til like 6:15

why

12/15/22, 4:59 PM

Who is Alexis again

Who?

12/15/22, 10:21 PM

?

12/16/22, 8:59 AM

https://www.abc.net.au/everyday/should-you-ever-have-sex-when-you-dont-feel-like-it/12484234

Case ID:230400452

Messages - Chey Goodman

https://hellogiggles.com/9-signs-your-significant-other-is-guilt-tripping-you-into-having-sex/

Sorry let me call u back

Dealing with some absolute nonsense

???

What

Hello?

Are you ignoring me now

12/16/22, 10:59 AM

This always happens

what target are you going to

12/16/22, 4:23 PM



Pic please

What time is dinner and where

i have no idea actually

check the gc,,

Messages - Chey Goodman

??

12/16/22, 7:15 PM

Did you make it

yes! Whats ur eta

14

Where did you park

some parking garage a few blocks away we just googled it

I'm here

I'm starving

me too

Wya

We're in the outside room the big one

12/16/22, 9:58 PM

whered you go

I'm here

And love you

love you

You make me so happy

12/17/22, 12:46 AM

I'm going back to Delaware. I want to stay with you.

??? Wya

Where

Are you

Bar

Case ID: 230400452

Messages - Chey Goodman

Where we started

Hello

Answer me

🥰

okay byr

Bathroom

Coke

Come

Please

Hello 🤚

You left?

12/17/22, 3:23 AM

what happened

12/17/22, 10:21 AM

can we please talk

12/17/22, 11:26 AM

Let me know if we can talk in person.

what

why

Just tired of the phone. If you don't want to that's fine

Can you answer please

Okay, where would you like to meet

Never mind it's fine

Case ID: 230400452

Messages - Chey Goodman

what

what happened

okay, i'm leaving now

Where

Going where?

from delaware

Barnes amd noble

Have fun

12/18/22, 5:56 AM

Couch got me after you left last night lol

12/18/22, 12:24 PM

Did you go back to bed 😭

12/18/22, 4:16 PM

What's going on? Are you okay?

12/18/22, 7:45 PM

Hey, I'm getting really worried. Will you let me know you're okay? It's fine if we aren't talking anymore but let me know that so I can't stop reaching out.

Text message
12/25/22, 10:07 AM

Merry Christmas Chey. You told me to trust you to make this right and I do. I haven't given up on you, your mind, or your heart. I Love you and I'm standing by you.

12/25/22, 5:13 PM

Please call me back.

Case ID: 230400452

iMessage
12/29/22, 3:12 PM



Text message
12/29/22, 3:37 PM

Hey, call dropped?

Delivered

12/29/22, 7:07 PM

If you want to talk specifically about fixing these issues call back please.

12/31/22, 10:16 PM

Happy new year Chey. Love always, Sir.

1/1/23, 3:39 AM

Loved "Happy new year Chey. Love always, Sir. "

Case ID: 230400452

Messages - Chey Goodman

Filed and Attested by the
Office of Judicial Records
09 FEB 2024 02:26 pm
C. PERRY

wait that wasn't @ you

I just meant generally

Fair enough.

What are you doing this week

washing every piece of clothing i own

my kinky amazon package arrived

Yay!! That will be useful

At least i think thats what this is hold on i have to open it

There is nothing I love more than your ass bouncing off of my thighs you know!

Except for my dazzling personality, of course

What's the feathery thing for?

Sensation

it's soft

i have no idea how to install these straps

I'll do it when I'm over

you're so handy

And handsy

one of your best qualities

Lol and my great personality

Of course

8/15/22, 1:00 PM

Hey!

helloo

How's unpacking

Messages - Chey Goodman



Filed and Attested by the
Office of Judicial Records
09 FEB 2024 02:26 pm
C. PERRY

Not knowing how to set up conference calls was my greatest weakness and NO ONE knew how to do it to teach me I asked like 5 people

thank you, for bullying me into reading relevant work things (I would have done it eventually, this thank you is as much pride as I can swallow)

8/16/22, 7:20 PM

Loved "thank you, for bullying me into reading relevant work things (I would have done it eventually, this thank you is as much pride as I can swallow) "

I'm glad

i just thought of this

did you keep your shoes on while you were fucking me today?!

Yes

are you busy?

I am

Ok

also though, are the short answers something i should be concerned about or are they because you're busy

Oh I'm busy lol

Yeah I'm not a star text person a l

its okay i was just making sure!

When will you not be busy

8/16/22, 9:59 PM

Emphasized "When will you not be busy"

ok well im about to go to bed, let me know if you still want to stop by tomorrow

8/17/22, 4:21 AM

I was asleep so early! And I think I will stop by if that's okay

Get bug a nice walk and say hi

Messages - Chey Goodman

he's a great hugger i'll make it happen

Filed and Attested by the
Office of Judicial Records
09 FEB 2024 04:34 pm
C. PERRY

You haven't had it...i tried

shhhhh

hey, post work quickie tomorrow?

Probably not but maybe lunch

because u were right tonight was ambitious i'm getting drinks w new associates and josh

Don't forget I leave early

Emphasized "because u were right tonight was ambitious i'm getting drinks w new associates and josh"

can't at lunch because theres an orientation lunch

😭

of all the things u could have been right about NOT it being that we have no time for this

Disliked "Don't forget I leave early "

sooooo friday lol

Told you. Now we have to work and make it

Saturday

yes thats what i meant sorry

we will

I know

Especially because you can't have sex with anyone else

Except Jesse

Case ID: 230400452

Messages - Chey Goodman

that is NOT funny don't joke like that

Yes ma'am

we all know if i broke that couple up it'd be to poach roxanne

➔ Replying to you, 2022-08-29 14:46:17: « Especially because you can't have sex with anyone else »

we****** WE

I can, I just don't want to

if you can i can

wait

IIIIIII can you can't

...

You can't

Emphasized "if you can i can"

Emphasized "You can't"

Emphasized "IIIIIII can you can't "

either i can and you can't or we're the same either way

but still you can't

8/29/22, 4:24 PM

Lol

8/29/22, 5:43 PM

what

You dine?

Done

Yessss walking to drinks

Oh okay talk later

Case ID: 230400452

1:07



CG
Chey

Filed and Attested by the
Office of Judicial Records
09 FEB 2024 02:26 pm
C. PERRY

Edwin did accuse me of hooking up with him AT the ren fair though that was fun. How have you been?? I feel like i haven't seen u in forever even though we are in the same place all day every day lol

What??? Lol accused you how

2 Replies

I'm okay!

wait you're sick??

also, i was fully coming to vent to u also about bosses being really annoying. What'd he do

I felt sick after I got the new covid booster on Monday, nothing actually virus related

What's going on ? Tell me first

What??? Lol accused you how

2 Replies

like, literally full on oh how was jesse?

iMessage

Case ID: 230400452



**1:07**

< 3

CG

Chey >

What??? Lol accused you how

2 Replies

like, literally full on oh how was jesse? And when i was like wtf did that edwin smirk and walk away thing good times can't wait for roxanne to hear

ooooooof not the booster. That knocked me out for days i can't believe u had to wirk

What??? Lol accused you how

2 Replies

That is so annoying jesus I'm sorry

What's going on with the bosses though, who do you need to vent about

not an actual boss, just edwin full on hazing me not even bothering to hide it. But he's edwin he's not scary ███████ so i think u first lol



Case ID: 230400452

Messages - Chey Goodman

we don't support kanye !!!

???? you like kanye

His music is great prior to the last album

whats up w the mentir group thing

9/8/22, 10:22 AM

👧👧👧👧👧👧

Idk how to fix this car thing

i reaaaaaaaaaally don't want to be in a car with roxanne and jesse together

Say that you'll be at your parents house by me

Quickly lol

Ask if I can pick you up there

9/8/22, 11:38 AM

Hello are you here yet

Nope

25

Why?

because i want to see ur cute face

Loved "because i want to see ur cute face"

Blushing

Laughed at "Blushing "

Filed and Attested by the
Office of Judicial Records
09 FEB 2024 03:24 pm
C. PERRY

Messages - Chey Goodman

9/8/22, 12:44 PM



I am running out of ways to politely ignore him

And YES that thing at the top is a custom meme he made

Honestly wtf

I'm feeling suuuuuper backed into a corner

also are u here and did not come say hi to me? I thought we were friends

I am but fire I'm putting out

ah ok

Okay come bacj

Back

Emphasized "Okay come bacj"

I need a favor

I'm under water

Do you have 25 min?

like, only 25 min?

Like I need you to implement those corrections Ed sent over because he wants them by today and I ducked something up I'm trying to fix

Case ID: 230400452

Messages - Chey Goodman

All before leaving to meet the client

which corrections? The ones you already sent me?

He is pissed I didn't get them to him

Yes those

The ones I couldn't read

I started but can you finish

how much of it did u get done

Emphasized "how much of it did u get done"

Most

Ish

🙄 ish is generous

I don't have time before the end of the day but i can later

I'll give you play time 😅

not that i can't 100% be bribed with sexual favors, but actually i have way too many things due tomorrow lol i need to knock out at least one before i can turn to something thats not mine because i can't push anything bc on samson

Okay thank You

did he say explicitly before cob?

Yes

I'll email him and tell him not going to happen

okay hold on

are you in ur office

Yes

do you think it'll look bad if i go home and work from there the rest of the day

Case ID: 230400452

Messages - Chey Goodman

Nope

are u sure

I'm struggling and i left my addy at home

i didnt take it today because i'm dumb

Yes just leave and don't make it a big thing

Walk out

this feels WRONG

Lol go home

I came in at noon lol

Youll be fine

you're established!!! I am brand new

I was doing this day 1

i am not that bold

Hey said he still expects it tonight

brutal

let me see

also, my ren fair dress came and i will simply never be taking it off

Yeah

Let you see what?

I don't have my clothes yet

no his email what'd he say

That he expects it by start of work tomorrow aka tonight

I'll just do it at 4AM

Unless you'll have the time later?

Case ID: 230400452

Messages - Chey Goodman

can i get back to you in a couple hours?

Okay, I'll see if another associate can take a crack at it in the mean time

😧

you would not

Should I not?

I'm pretty sure they don't have work

Do you know if any of them can write?

i am simply not hearing this, don't u dare

ALSO, i recognize this is a tactic

9/8/22, 6:00 PM

Okay I got it

9/8/22, 7:47 PM

I'm coming over and rocking your world

That is all

lol well not tonight you're not

but tomorrow?

Rude

9/8/22, 9:55 PM

???? seriously

Article related q pick uppppp

9/9/22, 12:16 AM

Okay I'm still working but also this afternoon's adrenal has NOT worn off and all the things you said to me on the phone are really killing me now 😭

Messages - Chey Goodman

I'm just very freaked out

Thank you for being truthful

I have your back and will say what ever you need me to. I have to go to bed but we can talk it out tomorrow

i'm not going to say anything, i think it will create more drama than it solves and i appreciate u offering to speak up for me but honestly it'd be my word against hers because i think josh would lie/cover for her or at the very least just say it didn't happen

i'm just going to leave it and hope she stops messing with me/roxanne

thank u for telling me what she said

Huh?

What?

to which part

Are you serious with this message

what

???

u told me u weren't sure if u should

i'm saying, thank u for doing it anyway

Are you sure you don't want to include the crimes I committed?

???? What

what she said, to you, in your office?

What is happening rn

I Edwin Leon said that she did in fact harass her

Based on a sexual context

Love is weird.

my bath was too hot an now i can't feel my toes :(

1:08



CG

Chey

Filed and Attested by the
Office of Judicial Records
09 FEB 2024 02:26 pm
C. PERRY

Anyway

How is edwin hazing you

sorry 

also, he's just being supper nitpicky about things like he called me the other day and i'd left work at 6 and he was like if i'm still here you should be too, and he's given me 2 all nighter assignments that were non-emergent things he just forgot to do and he snapped at me for not answering him at 10:30 the other night and said i was prioritizing going out (lol) over work and the project was ████████ ████████████████████

and he heeds someone to help with ██ ██████ and today he snapped at me for not answering an email for 20 minutes and i was like you need boundaries and he just said okay i'll go fuck myself then. Its going really

iMessage

1:08



CG

Chey >

snapped at me for not answering him at 10:30 the other night and said i was prioritizing going out (lol) over work and the project was ████████

█████████████████████

and he heeds someone to help with ██

███████ and today he snapped at me for not answering an email for 20 minutes and i was like you need boundaries and he just said okay i'll go fuck myself then. Its going really well lol

Okay whoa whoa whoa

First of all, he is a second year. We don't boss around first years like that, it's very inappropriate

We're still junior associates and he shouldn't be delegating anything to you unless a partner told him to

1 Reply

Next time he needs something can you tell him you don't have availability?

We're still junior associates and he shouldn't be delegating anything to you unless a partner told him to

ur joking lol

  iMessage 

       

Case ID: 230400452

**1:08**

**CG**

Chey >

ur joking lol

If someone gives me a task, I do that task. I don't hand it off to the first years

nehama i so miss working with you 😭

████████████████

Is he mad at you or something?

████████████ He is not a partner or even a senior associate. It doesn't matter if he's there last 6.

I don't think so, he was super normal and nice at the ren fair and during happy hours and he's like sending me memes on instagram i genuinely think he just thinks he's like hazing and it's a joke

also he definitely leaves at like 4 everyday lol

That's not funny though

Listen Chey. He isn't going to be

iMessage

Case ID: 230400452

**1:09**

CG

Chey >

Listen Chey. He isn't going to be working here much longer anyway, so I wouldn't hesitate to tell him you don't have availability to work with him next time he asks you for something

wait why

do you think he's going to leave??

also, i definitely lowkey was like yes go fuck yourself so i'm thinking he's probably not happy with me now 😅

1 Reply

Between the two of us I don't think he'll pass the bar since he said he barely studied for what was tested. I don't think he's stupid or anything but if he didn't study, he won't pass

also, i definitely lowkey was like yes go fuck yourself so i'm thinking he's probably not happy with me now 😅

Good for you

He's on a weird power trip. It's extremely inappropriate

Come to the building happy hour at 5

iMessage

Case ID: 230400452



**Chey** >

Come to the building happy hour at 5

ohhhh i keep forgetting we literally took the bar together

Also i would not repeat that (not that I think it needs to be said but just for comfort) i promise. I'm more mad because apparently he told jesse we're the best of friends and i'm like SURE then can you pls be nice to me

What the fuck

Ugh

Also i want to!! Brennan just texted lol. I think there might be a late █████ meeting but if not i'll be there

Okay good

Lol Brennan

I made him text this cute guy in our building to come 😭

LMAO you did not

Tbh? Building manager goals

is the guy coming



Case ID: 230400452

1:10

**CG**

Chey

Wait I'm still processing this. Did you actually pull all nighters

yep,

He also called me at 6:40 this morning to

Is this hot gym guy?

2 Replies

Stop

Full stop

Is this hot gym guy?

2 Replies

Yep 😍

This is outrageous

Does he ever email you with these requests

Or only call

okay i thought it might not be normal

iMessage

Case ID: 230400452

1:10



**Chey** ›

okay i thought it might not be normal but then i was like idk other people have definitely given me nonsense projects

only call

 Has any second year done that?

or he'll like tell me to come to his office

Or third year?

Yea there's a reason for that, he doesn't want it on the system

ugh

I have no idea whats up with him because he was super nice when i first started he must just be pissed about something

Next time don't pick up the call if it's outside 830-630. Then email him and say I can't pick up the phone right now, how can I help you?

okay, you're a genius

i will do that

iMessage

         

Case ID: 230400452

1:10

CG

Chey >

okay, you're a genius

i will do that

❤️

Then ask him what the billing number is and file it to the system

iMessage

Case ID: 230400452



**CG**

Chey ›

> Promise me you'll tell me of Edwin keeps doing this to you

tbh thats such a move, i need to start doing that

i will, i appreciate u so much

> And see if you can make yourself busy enough with other projects that you can tell him you're too busy.

> And out of respect for you I'm not gonna pop off on Edwin for this but I so wish I could

that's a good idea, i definitely am i just personally feel weird saying no to work so it's also my fault lol. Also OOF yes please don't he's already probably mad i don't want to make it worse 😂

are you going to happy hour AT 5?

> Prob like 515/530

> Have you talked to Roxanne about this?



iMessage

Case ID: 230400452

**CG**

Chey >

Have you talked to Roxanne about this?

no im a little afraid to because they're so close

That's what I figured

ugh okay i'm going to try to come but if i do it'll be later than that

**1 Reply**

Okay well keep me posted. If it continues then maybe you should talk to her

ugh okay i'm going to try to come but if i do it'll be later than that

Okay don't feel any pressure!

I won't!! I just want to be there lol

iMessage

Case ID: 230400452



Wed, Sep 28, 1:18 PM



How are things with Edwin btw

Thu, Sep 29, 6:52 AM



noooooot great tbh but he's definitely chilled out. He's taken it upon himself to share every bad thing katelin and all of the other new associates have said about me since starting which i could have done without but jury's out on if he means well



Case ID: 230400452



Case ID: 230400452

1:14



**CG**

Chey ›

i appreciate you guys so much

You're still a lawyer too. And trust me no one is excited about this, even if Edwin told you otherwise

It happens all the time

i think katelin might be like 1% excited

but he might have lmao

Everyone else at the firm who i told has also been super nice

Well it looks like this was a rough year lol so that should be somewhat comforting

It is which makes me feel like terrible person lol

Not at all. It means the bar examiners were being especially vicious this year



love that for them

well does sabrina feel slightly better knowing how many people also didn't pass

iMessage

       

Case ID: 230400452

1:15

*Filed and Attested by the Office of Judicial Records 09 FEB 2024 02:26 pm C. PERRY*

**CG**

Chey

Tue, Oct 11, 10:30 AM

hi, not at all a big thing but did you by chance talk to anyone in corporate about edwin 😅

Only about my thing

Why?

chris just told me that joe mulvehil said something to him about keeping bankruptcy problems in bankruptcy re me and edwin but i have no idea?? He said it came from a partner

That's very strange

I know, my anxiety just skyrocketted about him hearing about it

From a partner that's so weird

Also Chris doesn't get to tell you who to tell your issues to

Does joe know everything?

I don't think he meant it that way i think it was just a heads up that joe mulvehil knows something but no i think he was just like i heard edwin is

iMessage

Case ID: 230400452



Chey ›

I don't think he meant it that way i think it was just a heads up that joe mulvehil knows something but no i think he was just like i heard edwin is giving chey a rough time with work

which to be fair he stopped foing

it's super weird. I feel like maybe neiberg said something to someone the partners are all buddy buddy

Ugh this isn't fair to you

You're not a gossip piece. If they want to talk about it bc they're gonna DO something about it that's one thing

But this is your private life

Tue, Oct 11, 11:38 AM

Honestly i'm super sick of this whole section, if Katelin and Edwin don't leave soon I can't keep working with them this is unsustainable

also, should i tell the group about covid?? I feel bad going this weekend if everyone's going to be exposed

Do you know how long he has until he has to go?

iMessage

Case ID: 230400452



1:16

CG

Chey ›

Tue, Oct 11, 11:38 AM

Honestly i'm super sick of this whole section, if Katelin and Edwin don't leave soon I can't keep working with them this is unsustainable

also, should i tell the group about covid?? I feel bad going this weekend if everyone's going to be exposed

Do you know how long he has until he has to go?

No idea. He told me he talked to barry about it but i haven't followed up



iMessage

Case ID: 230400452

*Filed and Attested by the Office of Judicial Records 09 FEB 2024 02:26 pm C. PERRY*

1:07



**CG**

Chey

Thu, Sep 15, 12:48 PM

helloooo are you ▮▮▮▮▮▮▮ ▮▮▮▮

▮▮▮▮▮▮▮▮▮▮

yes! I was 2 seconds away from coming to say hi before i remember i'm still masking for another day lol

▮▮▮▮▮▮▮▮▮▮▮▮

Jesse told me y'all had plans to watch a movie tonight, how are things going with that

tbh don't even come near the second floor everyyyyyyone is coughing/runny/gross

Ewwwww

I think better! I took ur advice and just addressed it directly and he was super nice and respectful about it (not that i didnt think he would be) and it hasn't seemed weird which is great cause i thought it would

iMessage

Messages - Chey Goodman

we don't support kanye !!!

???? you like kanye

His music is great prior to the last album

whats up w the mentir group thing

9/8/22, 10:22 AM

👩👩👩👩👩👩

Idk how to fix this car thing

i reaaaaaaaaaally don't want to be in a car with roxanne and jesse together

Say that you'll be at your parents house by me

Quickly lol

Ask if I can pick you up there

9/8/22, 11:38 AM

Hello are you here yet

Nope

25

Why?

because i want to see ur cute face

Loved "because i want to see ur cute face"

Blushing

Laughed at "Blushing "

Filed and Attested by the Office of Judicial Records 09 FEB 2024 03:24 pm C. PERRY

Messages - Chey Goodman

9/8/22, 12:44 PM



I am running out of ways to politely ignore him

And YES that thing at the top is a custom meme he made

Honestly wtf

I'm feeling suuuuuper backed into a corner

also are u here and did not come say hi to me? I thought we were friends

I am but fire I'm putting out

ah ok

Okay come bacj

Back

Emphasized "Okay come bacj"

I need a favor

I'm under water

Do you have 25 min?

like, only 25 min?

Like I need you to implement those corrections Ed sent over because he wants them by today and I ducked something up I'm trying to fix

Messages - Chey Goodman

All before leaving to meet the client

which corrections? The ones you already sent me?

He is pissed I didn't get them to him

Yes those

The ones I couldn't read

I started but can you finish

how much of it did u get done

Emphasized "how much of it did u get done"

Most

Ish

😳 ish is generous

I don't have time before the end of the day but i can later

I'll give you play time 😅

not that i can't 100% be bribed with sexual favors, but actually i have way too many things due tomorrow lol i need to knock out at least one before i can turn to something thats not mine because i can't push anything bc on samson

Okay thank You

did he say explicitly before cob?

Yes

I'll email him and tell him not going to happen

okay hold on

are you in ur office

Yes

do you think it'll look bad if i go home and work from there the rest of the day

Case ID: 230400452

Messages - Chey Goodman



Nope

are u sure

I'm struggling and i left my addy at home

i didnt take it today because i'm dumb

Yes just leave and don't make it a big thing

Walk out

this feels WRONG

Lol go home

I came in at noon lol

Youll be fine

you're established!!! I am brand new

I was doing this day 1

i am not that bold

Hey said he still expects it tonight

brutal

let me see

also, my ren fair dress came and i will simply never be taking it off

Yeah

Let you see what?

I don't have my clothes yet

no his email what'd he say

That he expects it by start of work tomorrow aka tonight

I'll just do it at 4AM

Unless you'll have the time later?

Case ID: 230400452

Messages - Chey Goodman

can i get back to you in a couple hours?

Okay, I'll see if another associate can take a crack at it in the mean time

😦

you would not

Should I not?

I'm pretty sure they don't have work

Do you know if any of them can write?

i am simply not hearing this, don't u dare

ALSO, i recognize this is a tactic

9/8/22, 6:00 PM

Okay I got it

9/8/22, 7:47 PM

I'm coming over and rocking your world

That is all

lol well not tonight you're not

but tomorrow?

Rude

9/8/22, 9:55 PM

???? seriously

Article related q pick upppppp

9/9/22, 12:16 AM

Okay I'm still working but also this afternoon's adrenal has NOT worn off and all the things you said to me on the phone are really killing me now 😭

Messages - Chey Goodman

Nope that's ~~what I am~~ *Scanned and accepted by the Office of Judicial Records 09 FEB 2024 02:26 pm C. PERRY*

ur not being nice to me :(

i asked about tomorrow and u said okay then

ok then no tomorrow goodnight

Good night

okay i take it back i'm sorry i'm still annoyed at you though

7/26/22, 6:48 AM

we ordered breakfast i got u a boston creme for whenever ur done

Loved "we ordered breakfast i got u a boston creme for whenever ur done"

Thank you

7/26/22, 12:44 PM

How'd you do

7/26/22, 3:31 PM

we're gonna see if we can find somewhere quiet to sit and do questions if u want to join

Where?

idk we were waiting for u to grab buggys thing

Oh I passed back out lol

I'll grab it later

alright

you're more than welcome to join us whenever and obviously to get buggy's harness, but I don't want to hook up anymore I think everything you said earlier was super disrespectful and it was designed to be super disrespectful and I'm not into the game of lets see how well you can get a rise out of me it feels super childish and mean

We're in the lobby when/if you want to join.

Thank you for letting me know

Case ID: 230400452

Messages - Chey Goodman

i mean most people would also apologize but ok

7/26/22, 6:54 PM

we're back in our room, grab it whenever

Okay, thank you 🙏

Emphasized "i mean most people would also apologize but ok"

I feel like you're genuinely being mean for no reason ??

I'm just too mentally preoccupied to think about it. You're finding false meaning and meanness where there is none.

You weren't too mentally preoccupied to make the comments, but you're too mentally preoccupied to care that they hurt my feelings?

No

No?

You made the joke last night and again today. I repeat it back to you and I'm mean

You said last night about the hooking up and today you told me you told her to go for it

I told you last night I didn't joke about it, and what was I supposed to say to her? She asked if it'd be weird did you want me to be like yeah actually it'd definitely upset me absolutely nothing is going on though

You can do what ever you want but don't get upset with me because she said something I had no part in

And I don't take issue with the joke, I'm hurt that you seemed to say it exclusively to upset me which is weird because I wouldn't go out of my way to upset you

I wouldn't either

You did, and you've been doing it you made a ton of jokes on Monday night telling me to sleep with other people. It comes across like you're trying to remind me that we are just a hookup which is (1) strange because I've never taken any issue or indicated that I wanted differently; and (2) not a pleasant feeling, just because I prefer hookups to anything else doesn't mean I want you shoving it in my face that you don't actually want me

Messages - Chey Goodman

Excuse the law writing list format at this point I can't turn it off

None of that's true but I apologize if you felt that way

I just joke that way because I'm comfortable that you know me enough but it'll stop

We're not just hooking up, we're friends and that has to come first

And intentionally saying shit u know will annoy or upset me is a shitty friend thing to do

➜ Replying to Chey Goodman, 2022-07-26 19:31:19: « And intentionally saying shit u know will annoy or upset me is a shitty friend thing to do »

You're assuming I knew it would and I didn't

And if ur going to do it because we're hooking up (???) then the hooking up needs to stop because it will genuinely hurt me if something happens to our friendship

I said on Monday don't say things like that!

And I texted last night about it!

You were also very mean so I just shut out whatever you said

I was not trying to be mean when I called you that, it's how I text with everyone and it IS how I talked to you before this

What you are and aren't okay with with the banter has changed

And I apologized twice

Never with calling me a bitch

And okay I understand and I accept your apology and also apologized for the jokes in bad taste

Don't make me scroll back to pre-hooking up texts to find evidence to support my point. Maybe you weren't actually ok with it but you acted ok with it

You're the one that likes hookup exclusivity

idk I'm going to stop my feelings are suuuuuper hurt rn and talking about it isn't doing anything anyway but wasting study time

Messages - Chey Goodman

Understood

I hate that but okay

I don't know what to say lol I'm not really good at this 😅

Not because I'm mean I just don't understand

okay that is valid and i knew that

understood and okay and thanks for letting me know, that's all
procedural, ya? Responses with thoughts/commentar/reactions are
substantive. I prefer substantive and you go procedural everytime

Like I legit want to understand what you're feeling and how I affected that
but am at a loss. So as you get more upset with me for not caring or
whatever I just get confused and become more okay with the distance

And that's across the board. People I'm booking up with, family, friends
all of it

Also do y'all want to come walk bug with me?

yes

booking up with

Meet in the lobby?

Yup. 2 min?

Ok comin

7/26/22, 10:29 PM

why is this over snap

Idk you texted

oh

oops

call when ur done the test tm afternoon and we'll plan when to meet?

i really just want to get drunk and have sex

Okay but I probably will bow out of any Philly plans

Case ID: 230400452

Messages - Chey Goodman

also tho can i grab a key from u in the morning so i can keep my afternoon addy in ur room pls 🙏

Yes that's okay

I'm def not going to philly did u not notice me not answering that

Lol oh okay

➤ Replying to you, 2022-07-26 22:31:18: « Okay but I probably will bow out of any Philly plans »

you could probably be a tad more excited than "okay"

I'm very excited

This is me excited

🙄

I can really feel it

You will tomorrow

that was better

felt vaguely threatening but you got the spirit

Sweet dreams

ditto

or smutty dreams

about me

or caroline, apparently 🔪

Too soon

goodnight

What's intermediate scrutiny

Substantially related to and important government interest

Case ID: 230400452

Messages - Chey Goodman

7/27/22, 6:04 AM

that walk thing was ambitious but you have fun

Lol so you don't want to go?

well

How far are u going

15 min

like if i were the starbucks

okay hold on let me put ok pants

Loved "okay hold on let me put ok pants"

Also do you want to bring anything down?

oh yes!

Oops lol

one sec

421

??

Comin now

sorry

7/27/22, 12:45 PM

big heads up carolines friend stopped by

7/27/22, 6:52 PM

do u not want to hang out tonight because it seemed like u didnt

hopping in the shower now then comin to u can we like just order food and be in and get drunk i am mentally exhausted

If u want to do something else thats fine too dont be boring on my account

Excited to see you

Case ID: 230400452

Messages - Chey Goodman

i'm taking that as a yes

u good??

Yes on the phone with Josh

Food and drinks?

7/28/22, 10:34 AM

hello i just have to change

Okay. Bug said she will wait

Omw

7/28/22, 1:12 PM





Case ID: 230400452

Messages - Chey Goodman

7/28/22, 6:05 PM

how are u feeling

I feel hung over

that's so strange

7/29/22, 10:59 AM

Will I be allowed to give buggy cookies while she's working ???

Yes because I'll take her out of her vest

Thank god

7/29/22, 3:34 PM



😩

Lmao the shame

7/29/22, 5:04 PM

Im so sad abt it

also i've been here for ten minutes and this dinner totally sucks lol

Lol why

Messages - Chey Goodman

I'm not surprised

😭 i'll tell u when i see u but also why lol

Also do u watch shark week

Yes I do

i didn't realize it was this week 🥲 we missed so much of it

That's so true

How was dinner

what is

it happened, i was there

Taste?

well my sister didnt want to go out because my nephew was fussy and she didnt want takeout because she doesnt like the place we were going to go so my mom just cooked

it was delicious but taxing

7/29/22, 7:25 PM

i'm sad we have to wait til sunday :(

7/29/22, 9:16 PM

Awe why

Miss the bar prep

😁

no, miss the dog

😭 she's perfect

Lol you're welcome

Where'd u go

Case ID: 230400452

Messages - Chey Goodman



*Filed and Attested by the Office of Judicial Records 09 FEB 2024 02:26 pm C. PERRY*

okay I do have to pee though so brb

would you like to talk about it

9/28/22, 5:23 PM

No?

No thanks. Had a long day. Talk later

Okay, feel better!

9/28/22, 8:47 PM

Hi, just checking in! You doing okay?

That was super hurtful

I hate this and I'm sorry but I think it's best if we just aren't friends anymore, I think you think I'm like super untrustworthy or mean or whatever and you keep reminding me of it and it's super hurtful because I don't want or mean to be any of those things and I feel like you're constanty reminding me that you think that about me  or that I'm not doing enough or that I've upset you or someone else and it's just super taxing, I can't be friends with someone who makes me doubt and feel so negative about myself so carelessly. I'm sorry if I've hurt your or been untrustworthy, I really didn't mean to

9/29/22, 9:43 AM

okay I'm clarifying in case this wasn't obvious, I still want to be nice to eachother and friendly and I will still always have your back (nothing at all to do with the fact that I will definitely still stop by to pet buggy. Not even a little bit). I just need to take a step back from how often we communicate. I hope you're feeling better

Messages - Chey Goodman

Filed and Attested by the
Office of Judicial Records
09 FEB 2024 02:26 pm
C. PERRY



I'm leaving in 30

okay, take ur time! Don't rush im good!

You don't rush lol

Come later if you'd like. No Biggie

Hey just finishing a drink with Marcus

Let me know when you leave

11/25/22, 9:23 AM

Are you opposed to me crashing your Barnes party? I'll leave before the art store 🥰

No can you come get me i feel dizzy

Okay I'm coming

I dont know whats wrong

Barnes?

Yes

5 min

11/25/22, 7:54 PM

Im web md-ing

Messages - Chey Goodman

hypoglycemia?? I am pre diabetic (i never check my blood sugar tho) (trying to find my monitor)

Shit! Maybe

i still feel weird

Lol



11/26/22, 6:20 AM

Omg I forgot to call

I fell asleep on the couch

11/26/22, 8:16 PM

?

11/26/22, 10:13 PM

Can't sleep

11/27/22, 11:26 AM

Hi

hi u ok?

Yes, just wanted to say have fun

thank u!

Case ID: 230400452