

*Filed and Attested by the Office of Judicial Records 09 FEB 2024 02:26 pm C. PERRY*

# In the Matter Of:

*CHEYENNE GOODMAN vs*

*EDWIN LEON*

---

## *NEHAMA HANOCH*

## *March 15, 2023*

---



**Page 1**

```
 1              IN THE FAMILY COURT
 2           OF THE STATE OF DELAWARE
 3          IN AND FOR NEW CASTLE COUNTY
 4
 5
     CHEYENNE GOODMAN,          )
 6                             ) File No.
          Petitioner,          ) CN23-01005
 7                             ) Petition No.
     v.                        ) 23-00029
 8                             )
     EDWIN LEON,               )
 9                             )
          Respondent.          )
10
11
12      Deposition of NEHAMA HANOCH taken
13   pursuant to notice at the law offices
14   of Bayard, P.A., 600 North King Street,
15   4th Floor, Wilmington, Delaware,
16   beginning at 3:37 p.m. on Wednesday,
17   March 15, 2023, before Kurt A. Fetzer,
18   Registered Diplomate Reporter and
19   Notary Public.
20
21
              LEXITAS REPORTING
22      Registered Professional Reporters
              1330 King Street
23         Wilmington, Delaware 19801
              (302) 655-0477
24           www.lexitaslegal.com
```

**Page 2**

```
 1  APPEARANCES:
 2       PATRICIA M. WEIR, ESQ.
         THE YEARGER FIRM, LLC
 3         2 Mill Road - Suite 105
           Wilmington, Delaware 19806
 4         For the Petitioner
 5       KARA M. SWASEY, ESQ.
         BAYARD, P.A.
 6         600 North King Street - Suite 400
           Wilmington, Delaware 19801
 7         For the Respondent
 8       ERIC R. HACKER, ESQ.
         MORRIS JAMES LLP
 9         500 Delaware Avenue - Suite 1500
           Wilmington, Delaware 19801
10         For the Witness
11  ALSO PRESENT:
         EDWIN LEON (REMOTELY)
12       CHEYENNE GOODMAN
13            - - - - -
14
15
16
17
18
19
20
21
22
23
24
```

**Page 3**

1     NEHAMA HANOCH,
2  the deponent herein, having first
3  been duly sworn on oath, was
4  examined and testified as follows:
5       EXAMINATION
6  BY MS. SWASEY:
7   Q.   Ms. Hanoch, have you ever had
8  your deposition taken before?
9   **A.   No.**
10   Q.   So the rules are fairly simple.
11  If you don't understand a question or
12  you can't hear me, make sure that you
13  ask me to repeat the question.
14       If you don't ask me to
15  repeat or clarify it, then I'm going to
16  assume that you understood the
17  question.
18       Do you understand that
19  question?
20   **A.   I do.  Thank you.**
21   Q.   All of your responses have to be
22  clear and verbal, so don't say uh-huh
23  or shake your head because our court
24  reporter needs to capture your

**Page 4**

1  responses.
2       Do you understand that?
3   **A.   Yes.**
4   Q.   Also, we have a whirling above
5  your head so you will have to keep your
6  voice up because we have to make sure
7  we get it in the record.
8   **A.   Okay.**
9   Q.   Are you under the influence of
10  any drugs, prescription or otherwise,
11  that would impact your testimony today?
12   **A.   No.**
13   Q.   Have you taken any prescription
14  medication today?
15   **A.   No.**
16   Q.   So I understand that you and
17  some coworkers went out on the evening,
18  I'm going to call it Friday evening of
19  December 15th.
20       How did that plan to go out
21  come about?
22   **A.   I don't know how the plan**
23  **originated.  I was invited by Tim**
24  **Powell to join.  I think it was Friday,**

5

1   December 16th.
2      Q.   And who went?
3      A.   I was there, Chey, Tim, Roxanne,
4   Alex, Edwin, Nikita.
5      I think that's it.
6      Q.   Were there different people
7   there for the dinner part of it and for
8   later in the evening?
9      A.   Oh, I'm sorry.  Emily Jones and
10   Carol were there also and so was
11   Emily's fiance.
12          I think Emily came at the
13   bar.  She wasn't there for the dinner,
14   so her and her fiance showed up after.
15      Q.   Were you dating or in a
16   relationship with anyone who was there?
17      A.   No.
18      Q.   How did you get there?
19      A.   Carol drove.
20      Q.   And who drove with Carol?
21      A.   Chey was also there.
22      Q.   She drove her own vehicle?
23      A.   Carol drove her own vehicle, I
24   think.

7

1   across from me.
2      Q.   Where was Mr. Leon?
3      A.   He was on my side of the table
4   but at the very end further to the
5   right.
6      Q.   Did you observe Ms. Goodman and
7   Mr. Leon communicating with one another
8   via Snapchat during the dinner or any
9   other electronic communication?
10      A.   No.
11      Q.   Do you have Snapchat?
12      A.   Yes.
13      Q.   Were you communicating with
14   anyone via Snapchat at dinner?
15      A.   I don't recall.
16      Q.   In response to the subpoena did
17   you review any of your Snaps?
18      A.   I tried to, yeah.  I don't have
19   anything saved so I just...
20      Q.   You tried to but there was
21   nothing that was saved because Snapchat
22   disappears unless you save it?
23      A.   Yes.
24      Q.   On that Friday night before

6

1      Q.   And what was the plan for how
2   you were going to get home that
3   evening?
4      A.   The plan that I had set with
5   Chey was that we would Uber home
6   together.  Emily had mentioned at
7   another point in the night that she
8   could drive us home as well.
9      Q.   Was Emily driving?
10      A.   Her fiance.  Her fiance was
11   sober that night.
12      Q.   And how was it that you and
13   Ms. Goodman did go home that evening?
14   Did you go in a Uber like planned?
15      A.   Emily's fiance drove us home.
16      Q.   Where did you sit at dinner?
17   Who were you sitting next to?
18      A.   I was sitting at the far left of
19   the table.  Nikita was sitting at like
20   the head of the table right to my left.
21      Q.   Where was Ms. Goodman in
22   relationship to you?
23      A.   She was not directly across from
24   me but next to the person directly

8

1   dinner what was your understanding of
2   the relationship between Mr. Leon and
3   Ms. Goodman?
4      A.   My understanding was that he had
5   been sexually harassing her, that he
6   had been threatening her and that she
7   was terrified of him.
8      Q.   So sitting there at dinner that
9   was your impression, that was your
10   understanding of their relationship?
11      A.   Yes.
12      Q.   And how did you reach that
13   understanding?
14      A.   Because Chey had confided in me
15   on several occasions.
16      Q.   When did she tell you that?
17      A.   The first time she told me was
18   in September.
19      Q.   And what was the context for
20   that?
21      A.   The context was that she was
22   texting me and saying she needed to
23   vent about Edwin.
24      Q.   Did you produce that text

9

1  message?
2    A.  I did.
3          MS. SWASEY:  Is that in the
4  first tranche?
5          MR. HACKER:  It would be in
6  the first tranche.
7  BY MS. SWASEY:
8    Q.  And what did she say in the text
9  message?
10   A.  I don't recall the specific
11  words, but if you want me to look at it
12  I can take a look at it.
13   Q.  Just give me the gist of it.
14  What did she say?
15   A.  Just he had been hazing her at
16  work, calling her at early times in the
17  morning to ask her to -- sorry.  I just
18  need a second.
19          He was calling her at early
20  times in the morning to ask her to do
21  stuff for him and that he had been
22  telling her that she can't leave the
23  office before him, yelling at her.
24          That was the gist of it.

10

1  I'm sure there are other details in the
2  text message.  That was the gist of
3  what she said.
4    Q.  And what did you do as a result
5  of that text message?
6    A.  I told her that she should --
7  the gist of it is that I told her that
8  she should not answer and if she did
9  answer she should put it in an e-mail
10  and say sorry I missed your call so
11  that it would be in writing and that
12  she shouldn't answer him unless it was
13  between 8:30 and 6:30-ish, which we
14  consider normal working hours.
15   Q.  What was the sexual harassment
16  part of her complaint?
17   A.  Kind I clarify?  Do you mean the
18  complaint that she made to me in
19  September or the petition?
20   Q.  Well, you told me that in
21  September that she told you that he was
22  sexually harassing and terrifying her.
23   A.  Yes.
24   Q.  So where is the sexual

11

1  harassment component to that?
2    A.  She told me -- I think this was
3  very early October.  She told me that
4  she had been dog sitting for him and
5  that she found a room in his house that
6  was full of scary sex things like -- I
7  don't remember exactly.  I think she
8  said there was a cage, like a red room,
9  and that when she got back -- when he
10  got back, I'm sorry, he immediately
11  said I knew you found my room.
12          And then the gist of it was
13  that he was trying to make her a sex
14  slave and she said that she didn't want
15  to do that.  I don't know what she
16  said, but she didn't want to do that.
17   Q.  That was in early October?
18   A.  It was in early October that she
19  told me that.
20   Q.  When was this dog sitting event?
21   A.  Sometime in the summer.
22   Q.  At what point did you become
23  aware that they had a sexual
24  relationship?

12

1    A.  I became aware of that on
2  Sunday, December 18th, 2022.
3    Q.  I'm sorry.  I realize that there
4  probably was, maybe there was something
5  else to answer this, that prior to
6  dinner on that Friday night -- so you
7  said that there was a September and in
8  October she told you about the dog
9  sitting event.
10          Were there other times that
11  she said to you or talked to you about
12  her relationship with Mr. Leon?
13   A.  She told me about other times
14  that he had been harassing her, yes.
15   Q.  And what were those other times?
16   A.  She told me things like Edwin
17  came in today at work and told me that
18  my shirt was too low cut.  Edwin asked
19  me or said to me I know you're not
20  wearing any underwear.
21   Q.  When did those comments get
22  made?
23   A.  The underwear comment was made
24  that Friday night on December 16th.

13

1   Q.   At work?
2   A.   No.  When we were at -- she told
3   me when we were at Woody's and she said
4   he had made the comment that night.
5   And I don't know if he made the comment
6   at Woody's or somewhere else that
7   night.
8         The low-cut shirt was at
9   work.  I remember seeing her very upset
10  and I asked her what happened.  And she
11  said Edwin had commented that her shirt
12  was too low cut.
13        There might have been other
14  times.  I can't recollect at this very
15  moment.
16  Q.   Sorry.  On Sunday you became
17  aware that they had a sexual
18  relationship?
19  A.   Sunday, December 18th.
20  Q.   What did she tell you about that
21  relationship?
22  A.   She told me that they had hooked
23  up over the summer at some point and at
24  that point she didn't want to do it

14

1   anymore and he made her do it anyway.
2   Q.   So one time they hooked up.  And
3   did she make it sound like it was an
4   ongoing thing or just one time?
5   A.   Do you mean did she make it
6   sound like it was consensual one time
7   or non-consensual --
8   Q.   No.  You said they hooked up.
9   I'm trying to figure out if that means
10  multiple times they hooked up.  Were
11  they having sex over the course of
12  time?
13        How was it characterized to
14  you?
15  A.   It was characterized that they
16  hooked up.  I can't recall if she
17  clarified if it was once or more than
18  once.
19  Q.   Did you believe it was once or
20  more than once?
21        MR. HACKER:   Objection to
22  form.
23        You can answer.
24  A.   I really haven't thought about

15

1   it.
2   Q.   Let me put it this way:  What is
3   your belief sitting here today about
4   the nature of their relationship, the
5   nature of their relationship over the
6   summer and into the fall of 2022?
7   A.   Without knowing any specific
8   details about that, I would say it's
9   possible that they hooked up
10  consensually a couple of times.  That's
11  all I can say.  I'm just speculating.
12  Q.   Did you ask her about the nature
13  of their relationship?
14  A.   Are you asking me if I asked
15  that day when she told me?
16  Q.   Or after.
17  A.   I had asked her questions
18  before, yes.
19  Q.   About the nature of their
20  relationship?
21  A.   (The witness nodded.)
22  Q.   And what was her response?
23  A.   She would tell me some of the
24  things that he did to her.

16

1   Q.   And what did she tell you?
2   A.   I'm sorry.  She told me that he
3   had strangled her to the point of
4   passing out on multiple occasions, both
5   during sex and without sex, such as
6   when she tried to leave he strangled
7   her.
8         She told me about times he
9   had hit her with his belt even though
10  she didn't want him to and she told him
11  that she didn't like that.  She told me
12  about times that he had choked her
13  during sex and she had tried to take
14  his hands off her by grabbing onto his
15  arms and that he started tying her up
16  after that so she couldn't do that
17  anymore and told her that this is how
18  it works.
19        She told me about -- she
20  didn't tell me that.  I read it in the
21  petition about what happened on
22  Saturday, December 17th when he raped
23  her again.  She told me that he had
24  said to her that he was conditioning

17

1  her and that he didn't appreciate being
2  called a rapist.
3     Q.  Did you understand that they
4  were engaging in a BDSM relationship?
5     A.  That was not my understanding,
6  no.
7     Q.  Did you ask her?
8     A.  I had a conversation with her
9  where I asked if Edwin had ever asked
10 her if she was willing to be in one.
11    Q.  And what did she say?
12    A.  No.
13    Q.  She said no, he never asked her?
14    A.  No, she wasn't willing to be in
15 one.
16    Q.  When did that conversation
17 occur?
18    A.  This most recent conversation?
19    Q.  This conversation that you were
20 just referring to.  You said when you
21 asked her she said no, she wasn't
22 willing to be in a BDSM relationship
23 with him.
24         MR. HACKER:  Can you clarify

18

1  what you're asking, which conversation?
2  The conversation between my client and
3  the petitioner or the conversation that
4  she's referring to in the conversation?
5     Q.  The conversation where your
6  client was talking to the petitioner.
7  When did that happen?
8     A.  I don't remember when it
9  happened.
10         And I should clarify.  I
11 didn't say BDSM.  I asked submissive
12 dominant.  They may be similar, but I
13 just want to clarify.
14    Q.  Sure.  So we all understand, we
15 can use the same words.
16         When did that conversation
17 occur?  Was it after December 15, 16,
18 17, 18th, those events?
19    A.  Do you mean my conversation with
20 her or her conversation with him?
21    Q.  Your conversation with her.
22 When did that happen?
23    A.  This was when she told me about
24 his sex room.

19

1     Q.  So that was October?
2     A.  Early October, yes.
3     Q.  So at that point she had told
4  you that she was having sex with him or
5  had had sex with him?
6     A.  No.
7     Q.  So you just asked her?
8     A.  Because she told me about his
9  red room.
10    Q.  So you asked her well, has he
11 ever asked you to be in that type of
12 relationship and then she said no?
13    A.  Yes.
14    Q.  Did you ever ask her after that
15 or after the events in December?
16    A.  I don't recall.
17    Q.  Do you know how long their
18 sexual relationship lasted?
19    A.  I don't know how long the
20 consensual sexual relationship lasted.
21 I know that he stopped raping her after
22 I found them that night or the next day
23 after.
24    Q.  How do you know that?

20

1     A.  I guess I don't know for sure
2  that he hasn't found her again since
3  that Saturday morning.
4     Q.  Let's talk about that Saturday
5  morning.
6         Are you aware that
7  Ms. Goodman went to his house?
8     A.  I'm aware, yes.
9     Q.  When did you become aware of
10 what happened on Saturday, December
11 17th?
12    A.  The next day.
13    Q.  I'm sorry.  You said that you
14 read it in her petition.
15         Did you read her petition
16 the next day, that Sunday?
17    A.  I knew about the details of what
18 happened when I read the petition.  I
19 knew she had gone to his house, but I
20 didn't know what had happened or I
21 didn't know that he had raped her.
22    Q.  I want to pop back to that
23 Friday night again.
24         So sitting at dinner you

21

1  understood the nature of the
2  relationship between Mr. Leon and
3  Ms. Goodman to be that he was sexually
4  harassing her and terrifying her.
5      Is that accurate to say?
6   **A.  Yes, and threatening her.**
7   Q.  Who else at the table knew
8  that?
9   **A.  I don't know what other people**
10  **knew.**
11   Q.  Did you discuss that with
12  anybody else who was the table that
13  night prior to that night?
14   **A.  No, I didn't.**
15   Q.  Had you discussed that with
16  anyone else other than the petitioner?
17   **A.  Certain aspects of what he had**
18  **done I had discussed with other people.**
19   Q.  And who?
20   **A.  Gabbie and Sabrina.**
21   Q.  Do they work at Young Conaway
22  too?
23   **A.  No, they don't.**
24   **I'm trying to think of who**

22

1  **else, but I'm not sure who else.**
2   Q.  Had you discussed that with
3  Jesse Flowers?
4   **A.  Certain aspects with Jesse too,**
5  **yes.**
6   Q.  Did your understanding of their
7  relationship change that evening?
8   **A.  The way you're saying**
9  **relationship is confusing me, I guess.**
10  **That night my perception of the two of**
11  **them was that he was trying to sexually**
12  **assault her or had already sexually**
13  **assaulted her before I got there.**
14   **The next day my**
15  **understanding of their relationship**
16  **changed when she told me.**
17   Q.  Why was that your belief?
18   **A.  Based on everything she had told**
19  **me prior to that night I was worried**
20  **about him.**
21   Q.  You were worried that he had
22  sexually assaulted her that night?
23   **A.  I was worried about his behavior**
24  **towards her and I was keeping an eye on**

23

1  **things throughout the night because I**
2  **saw him staring creepily at her, trying**
3  **to dance with her.**
4      **I saw her trying to move**
5  **away from him throughout the night.  At**
6  **one point I physically asserted myself**
7  **between the two of them because I saw**
8  **that she looked really uncomfortable.**
9      **And I also believed, I**
10  **believed that she was assaulted or**
11  **about to be assaulted because she**
12  **texted and called me and asked for help**
13  **and said that he was chasing her and he**
14  **was following her.**
15      **Based on everything I knew**
16  **about what had been going on, the**
17  **threats that he had been making, I**
18  **believed that she had either already**
19  **been assaulted or was about to be**
20  **sexually assaulted.**
21   Q.  When she texted you that night
22  she said she was good, right?  Friday
23  night she said I'm good, getting a
24  Uber?

24

1   **A.  I think I recall a text that she**
2  **said I'm good, getting an Uber.**
3   Q.  Would it change your
4  understanding of what happened that
5  night if you knew more about their
6  relationship prior to that evening?
7   **A.  I probably would have been even**
8  **more terrified for her if I had known**
9  **he had been raping her for months.**
10   Q.  If you knew that earlier evening
11  she asked him to have sex would that
12  change your impression of what was
13  happening that evening?
14   **A.  No.  I still would have been**
15  **even more terrified.**
16   Q.  If she was asking for sex?
17   **A.  Yes.  Because I understand why**
18  **she was sending those Snapchat**
19  **messages.**
20   Q.  Why was that?
21   **A.  Based on what she told me it's**
22  **because he has made it very clear that**
23  **the only way to calm him down when he's**
24  **angry is through sex.**

25

1    Q.   Was he angry that night?
2    **A.   I don't know what anger he was**
3  **displaying towards her that night, but**
4  **I saw him staring a lot at her very**
5  **creepily.**
6    Q.   Were they sneaking off to make
7  out during the course of the evening?
8    **A.   I didn't see her sneaking off to**
9  **make out with him.**
10   Q.   What did you see?  Did you see
11 them kiss?
12   **A.   No.**
13   Q.   Is it your belief that he
14 sexually assaulted her that night?
15   **A.   It was my belief at the time**
16 **that he was either going to or already**
17 **had.**
18   Q.   And how so?
19   **A.   I don't understand your**
20 **question.  Can you clarify?**
21   Q.   How did he sexually assault her?
22        You said that you believed
23 he either was going to or he already
24 had.  What was your belief that he had

27

1  **with her and the fact that she was**
2  **uncontrollably sobbing with makeup**
3  **streaks all over her face when I saw**
4  **them led me to believe that he had**
5  **already assaulted her or was about to**
6  **assault her.**
7        **She had mentioned in the**
8  **phone call that he was trying to put**
9  **her in his car against her will.**
10   Q.   Where was his car when you
11 arrived?
12   **A.   I don't know.**
13   Q.   So let's go back into Woody's.
14        Before everybody left, were
15 you drinking?
16   **A.   Yes.**
17   Q.   And over the course of that
18 night how much do you think you drank?
19   **A.   I had approximately 1-1/2**
20 **espresso martinis at the restaurant,**
21 **part of a beer at the bar after and a**
22 **couple of beers at Woody's.**
23   Q.   Were you taking anything else
24 that night?

26

1  already sexually assaulted her that
2  evening?
3    **A.   I think what you're asking is**
4  **how he had assaulted her.  And I don't**
5  **know that I had a belief about the**
6  **methods in which he was doing that, if**
7  **that's what you're asking.**
8    Q.   So generally, esoterically you
9  believe that perhaps he did something
10 that he shouldn't have done?
11        MR. HACKER:   Objection to
12 form.
13        You can answer if you can.
14   **A.   Yeah.  She was terrified and**
15 **crying and asking me for help.**
16   Q.   Why did your mind jump right to
17 sexual assault?
18        MR. HACKER:   Objection to
19 form.
20        You can answer.
21   **A.   Based on what she had told me**
22 **in the past, his behavior at the club,**
23 **the fact that I had a feeling for a**
24 **while that he was creepily obsessed**

28

1    **A.   Are you asking like drugs or**
2  **something?**
3    Q.   Yes.
4    **A.   No, I was not.**
5    Q.   What interactions between
6  Mr. Leon and Ms. Goodman did you
7  observe once the group got to Woody's?
8    **A.   Like I said before, he was**
9  **trying to dance with her.  He was**
10 **staring a lot at her.  I noticed that**
11 **sometimes when she left the group he**
12 **would disappear soon after.  Sometimes**
13 **I went looking for her because I was**
14 **worried that he had followed her.**
15   Q.   You never came upon the two of
16 them together outside of the group, did
17 you?
18   **A.   Are you asking if I ever found**
19 **them alone outside of the group?**
20   Q.   Yes.  You said when she left the
21 group that he would also disappear.
22        Did you ever find the two of
23 them together?
24   **A.   I don't recall.**

29

1    Q.   Where were you when Ms. Goodman
2  left Woody's?
3    **A.   I don't know exactly when she**
4  **left.**
5    Q.   When did you leave?
6    **A.   Just approximately 1:30-ish.**
7  **Maybe a little bit prior to that.**
8    Q.   Why did you leave?
9    **A.   I walked out, we all walked out**
10  **because the night was over and we had**
11  **lost track of Chey and I wanted to find**
12  **her.**
13    Q.   At what point did you lose track
14  of her?
15    **A.   I can't say for sure.  I don't**
16  **know if it was a few minutes or several**
17  **minutes or more than that.  I don't**
18  **know.  I can't recall exactly.**
19    Q.   Who was with you when you left?
20    **A.   When I physically walked out I**
21  **don't recall.**
22    Q.   What did you do when you left?
23    **A.   We stood outside the bar and I**
24  **texted Chey to see where she was.**

30

1    Q.   What did she tell you?
2    **A.   She said she was taking a Uber.**
3    Q.   Did you call her?
4    **A.   I think I called her.**
5    Q.   Did you review your call logs to
6  see if you called her?
7    **A.   My calls disappear after a**
8  **certain number of months.**
9    Q.   Did you take any steps to
10  prevent those calls from disappearing
11  after you received a hold letter from
12  me, a hold e-mail from me?
13    **A.   I'm sorry.  I don't remember**
14  **receiving a hold e-mail from you.**
15    Q.   After you left you stood
16  outside.  You were texting to see where
17  Ms. Goodman went to.
18        Then what happened?  So she
19  told you she got in an Uber and then
20  what?
21    **A.   I'm sorry.  Can you start the**
22  **question over again?**
23    Q.   Yes.  I'm trying to figure out
24  what happened.

31

1        So you walked out.  You were
2  standing outside of the club texting to
3  see where Ms. Goodman was.  You said
4  she told you that she got in an Uber
5  and then you can't remember who called
6  who.  You think you called each other.
7  Is that right?
8    **A.   I remember she called me.**
9    Q.   And what did she say when she
10  called you?
11    **A.   The gist of it was he's chasing**
12  **me; he wants me to go home with him;**
13  **help me.**
14    Q.   She asked you to help her?
15    **A.   Yeah.**
16    Q.   Do you know where Emily and
17  Hayden were at that point?
18    **A.   At the point that she called me**
19  **I don't remember where they were.**
20    Q.   And you don't remember who you
21  were with?
22    **A.   At the exact point when she was**
23  **calling me I don't remember which**
24  **people were right next to me, no.  It**

32

1  was kind of a big group that night.
2    Q.   Then what did you do?
3    **A.   After she called me?**
4    Q.   Yes.
5    **A.   I turned to Emily and Hayden and**
6  **I said I need to go to City Hall.**
7  **Where is City Hall?**
8        **They said we'll come with**
9  **you.  And we started going towards City**
10  **Hall.**
11    Q.   Let me back up for a minute.
12        Was Ms. Goodman intoxicated
13  the last you saw her?
14        MR. HACKER:   Objection to
15  form.
16    **A.   I don't know if she was**
17  **intoxicated, no.  I don't know.**
18    Q.   How would you describe here?
19  Would you have trusted her to drive you
20  home?
21    **A.   No.  I wouldn't have trusted**
22  **Edwin either.**
23    Q.   That night?
24    **A.   Right.**

Nehama Hanoch - March 15, 2023

---

33

1   Q.   So when you last saw her she was
2 intoxicated to the point where you
3 wouldn't have trusted her to drive?
4   **A.   I don't want anyone to be like**
5 **driving after even one drink.**
6   Q.   Was she walking straight?  Was
7 she slurring her words?
8   **A.   I don't recall, I don't recall**
9 **her slurring her words or anything like**
10 **that, no.**
11   Q.   Stumbling?
12   **A.   I don't recall seeing her**
13 **stumbling at the club or anything like**
14 **that, no.**
15   Q.   All right.  So you turned to
16 Emily and Hayden and asked to go to
17 City Hall.
18         How did you get to City
19 Hall?
20   **A.   You mean was I on foot or by**
21 **car?**
22   Q.   Yes.
23   **A.   I was on foot.**
24   Q.   How long did it take you to get

---

34

1 there?
2   **A.   I don't know how many minutes.**
3 **I'm sorry.  I think it was a pretty**
4 **quick -- I think it was pretty close**
5 **by, but I can't remember how many**
6 **minutes.**
7   Q.   Do you know how many city blocks
8 it was?
9   **A.   I don't recall.**
10   Q.   Did you run?  Did you walk?
11   **A.   I started speed walking and then**
12 **when I saw across the street, I saw**
13 **them across the street that's when I**
14 **started running.**
15   Q.   What did you see?
16   **A.   I saw her cowering, like her**
17 **hands by her head (indicating) and**
18 **trying to turn away from him.  And I**
19 **saw him with his arms out really wide**
20 **trying to encroach upon her and**
21 **stepping towards her while she tried to**
22 **move away from him.**
23   Q.   And who else was there?
24   **A.   Emily and Hayden were behind me.**

---

35

1 **I think I was running a little faster**
2 **than them.**
3   Q.   And did you approach them?
4   **A.   I did.**
5   Q.   And what did you do next?
6   **A.   I saw her crying and panicking.**
7 **And I stood in front of him and the**
8 **gist of it was I told him to stay away**
9 **from her, to leave her alone.**
10   Q.   Did you strike him?
11   **A.   I don't recall striking him.**
12   Q.   Did you text Tim Powell the next
13 day and tell him that you struck him,
14 meaning Mr. Leon?
15   **A.   Can you show me the text**
16 **message?**
17   Q.   I'm asking you do you remember
18 that?
19   **A.   I think I remember texting him**
20 **that I had tried to.**
21   Q.   And do you remember leaving a
22 mark on Mr. Leon's face?
23   **A.   I don't recall leaving a mark,**
24 **no.**

---

36

1   Q.   Do you recall trying to kick
2 him?
3   **A.   I don't recall, no.**
4   Q.   Do you recall telling him you
5 were going to kill him?
6   **A.   Yes.**
7   Q.   Do you recall telling him that
8 Jesse was going to kill him?
9   **A.   Yes.**
10   Q.   How did that interaction end?
11   **A.   It ended with him starting to**
12 **walk away and him saying something**
13 **along the lines of I'm going to call**
14 **the cops on you.**
15   Q.   Did he get violent with you?
16   **A.   I don't recall.**
17   Q.   Did he hit you back?
18   **A.   I don't recall.**
19   Q.   Did he attack you?
20   **A.   I don't think so.**
21   Q.   Did he chase you?
22   **A.   I don't recall that either.**
23   Q.   Did he yell at you?
24   **A.   He yelled at me that he was**

---

37

1  going to call the cops on me.
2    Q.  Were police involved that night?
3    A.  I tried to involve them.
4    Q.  And what happened?
5    A.  Because as I was running towards
6  Chey I saw a police car and I said
7  please help, my friend is getting
8  sexually assaulted.
9    Q.  Did the police car pull over?
10   A.  They were already pulled over.
11   Q.  And did the police officers
12  intervene?
13   A.  No, they didn't.
14   Q.  Did you see a sexual assault?
15   A.  No.
16   Q.  Did Ms. Goodman tell you that
17  she was being sexually assaulted?
18   A.  No.
19   Q.  Why would you say that to the
20  police officers?
21   A.  Because it was my belief.
22   Q.  Even though you didn't see it
23  and even though Ms. Goodman didn't say
24  it?

39

1    Q.  What did you tell Mr. Leon would
2  happen if he went to the police?
3    A.  When he said I'm going to call
4  the cops on you?
5    Q.  Yes.
6    A.  I said I've already told the
7  cops on you.
8    Q.  And was that in reference to you
9  telling the police officers that he had
10  sexually assaulted Ms. Goodman?
11       MR. HACKER:  Objection to
12  form.
13       You can answer.
14   A.  Yeah, that is when I flagged
15  down the police officers and asked them
16  for help.
17   Q.  I'm sorry if I asked this.  I
18  didn't check it off my list.
19       Do you know where Mr. Leon
20  parked his car on December 16th --
21   A.  I don't.
22   Q.  -- at the beginning of the
23  night?
24   A.  I don't.

38

1    A.  That's correct.
2    Q.  Did you tell other people that
3  night that Mr. Leon was sexually
4  assaulting Ms. Goodman?
5    A.  I don't recall if I said that to
6  anyone.
7    Q.  How come you can't recall
8  striking and hitting my client but you
9  can recall talking to the police
10  officers?
11   A.  I can't explain it.  I'm sorry.
12   Q.  Were there any other men of
13  color present that evening during this
14  event?
15   A.  During which event in
16  particular?
17   Q.  When you happened upon Ms.
18  Goodman at City Hall.
19   A.  The police officer that I
20  flagged down was African-American.
21   Q.  Was anybody else in your group a
22  man of color?
23   A.  In that group that night?  I
24  don't think so.

40

1    Q.  So you reported to the police
2  that evening, you told the police
3  officer that my client had sexually
4  assaulted Ms. Goodman.
5       What was the nature of the
6  sexual assault that you believed
7  happened?
8       MR. HACKER:   Objection to
9  form.  I think she's also answered this
10  question.
11       MS. SWASEY:  I don't know
12  that I agree with that.
13  BY MS. SWASEY:
14   Q.  But what was the nature of the
15  sexual assault that you believe
16  happened?
17   A.  I think I told you before that I
18  don't remember, I don't have a picture
19  imagined of how he was assaulting her.
20   Q.  Do you have a picture of that
21  now today?  Do you believe that he
22  sexually assaulted her on that Friday
23  night?
24   A.  She hasn't told me that he

41

1   assaulted her that Friday night.
2      Q.   And you didn't see that,
3   correct?
4      A.   No, I didn't see him sexually
5   assault her on Friday night.
6      Q.   Did you see him assault her in
7   any way?
8      A.   I witnessed him trying to grab
9   onto her when she was trying to get
10  away from him.
11     Q.   I want to move to the next
12  morning, Saturday, December 17th.
13          When was the first time the
14  next day that you communicated with
15  Ms. Goodman?
16     A.   I don't remember the exact time.
17  It was in the morning.
18     Q.   What time did you drop her off
19  the evening before to her home when you
20  were with Emily and Hayden driving
21  home?
22     A.   It was in the very early morning
23  but I don't know the exact time.
24     Q.   2:00 a.m.?  3:00 a.m.?

42

1      A.   Around that time frame, yes.
2      Q.   Were you in the car with her at
3   all when she was calling Mr. Leon?
4      A.   No.
5      Q.   I'm sorry.  The next morning
6   when was the first time you
7   communicated with her?
8      A.   Like I said before, I don't know
9   the exact time stamp, but I know it was
10  in the morning.
11     Q.   And in what way did you
12  communicate with her?  Text message?
13  Phone?
14     A.   Oh, I don't recall which it was.
15     Q.   Did you talk to her in the
16  morning?
17     A.   Yes.
18     Q.   On the phone?
19     A.   I don't know if I talked to her
20  on the phone.  I don't remember.
21     Q.   What were you communicating
22  about that morning?
23     A.   We talked about how scary the
24  night before was.

43

1      Q.   What did she tell you?
2      A.   The gist of it was that she had
3   been trying to get away from him and
4   that she was very grateful that I found
5   her.
6      Q.   Did you talk about the fact that
7   he reported your actions that night to
8   the police?
9      A.   She told me that he had made a
10  threat that he would file a police
11  report against me, yes.
12     Q.   At that point did you talk to
13  anybody else about what happened the
14  night before?
15     A.   Are you asking me if I talked to
16  other people that weren't there that
17  night?
18     Q.   Whether they were there or not
19  there, anybody else?
20     A.   Yes.
21     Q.   Who did you talk to?
22     A.   I talked to Jesse, I talked to
23  Tim, Roxanne and Alex and Nikita, Emily
24  and Hayden.

44

1      Q.   Did everybody else share your
2   belief that Edwin had sexually
3   assaulted Ms. Goodman?
4          MR. HACKER:   Objection to
5   form.
6          You can answer.
7      A.   I don't know what other people's
8   beliefs were.
9      Q.   Did they tell you?
10     A.   I don't recall who said what.
11     Q.   Did anyone else tell you that
12  they had the belief that Mr. Leon had
13  sexually assaulted Ms. Goodman that
14  night?
15     A.   I think a couple of people said
16  something along the gist of he might
17  have, he might have tried to sexually
18  assault her if we hadn't stepped in,
19  but I really can't remember the
20  specifics of what people said or who
21  said what.
22     Q.   Did you talk to anybody outside
23  of that group that day or thereafter
24  about what happened on Friday night?

45

1   A.   Yes.
2   Q.   Who?
3   A.   Like I said before, I spoke with
4   Jesse.
5   Q.   I'm sorry.  In addition to that
6   group, anybody else?
7   A.   I'm sorry.  Yes.  I said a
8   little bit to Gabbie and Sabrina and to
9   some members of my family.
10          And that's it, I think.
11   Q.   When you spoke to Ms. Goodman
12   where did you think she was on that
13   Saturday?
14   A.   Well, when I was speaking with
15   Chey I was sitting right next to her.
16   Q.   Oh, you spoke in person?
17   A.   Yes.
18   Q.   So when is it that you were
19   communicating with her either by phone
20   or text message?
21   A.   You asked me if I had spoken
22   with her on text or on call and I said
23   I didn't remember.
24   Q.   So you were speaking to her in

46

1   real life?  Were you guys in person?
2   A.   Yes.
3   Q.   So when you say you don't
4   remember if you were talking to her by
5   text or phone call, was there a
6   subsequent conversation after the two
7   of you spoke in person?
8   A.   I think, yeah, I called her
9   later that day, texted her later that
10   day.
11   Q.   Did you record those phone
12   calls?
13   A.   No.
14   Q.   When you said you talked to your
15   family members, what family members did
16   you talk to?
17   A.   Is this the day after or any day
18   after?
19   Q.   December 17th and thereafter.  I
20   think that was the question.
21   A.   I know I spoke with my aunt.  I
22   might have spoken with one of my
23   sisters and maybe my parents.  I don't
24   remember.  Maybe someone else in my

47

1   family.
2          I can't remember who
3   exactly.
4   Q.   What's your aunt's name and
5   what's your sister's name?
6   A.   Jan Jurden is my aunt and I have
7   three sisters.  One of them is Naomi.
8   Q.   Is that the one you spoke to?
9   A.   Like I said before, I don't know
10   which one I might have spoken to, if I
11   spoke to any of them at all.  I can't
12   quite remember every phone call.  I can
13   give you their names if you want.
14   Q.   Did you talk to all three of
15   your sisters about what happened?
16   A.   Yes, at different points in
17   time.
18   Q.   Were you concerned that you were
19   going to face criminal charges from
20   what happened the night before, Friday
21   night?
22   A.   No.
23   Q.   Why not?
24          MR. HACKER:   Objection to

48

1   form.
2          You can answer if you're
3   able.
4   A.   Because I did nothing wrong.
5   Q.   You did nothing wrong or you
6   couldn't recall that you did anything
7   wrong?
8          MR. HACKER:  Objection to
9   form and substance.
10          You can answer if you're
11   able.
12   A.   I did nothing wrong.
13   Q.   What did you tell all these
14   people, Jesse, Tim, Roxanne, Alex,
15   Nikita, Hayden, Gabbie, Sabrina, your
16   aunt, your three sisters, your mother?
17   What did you tell them?
18   A.   It's going to take a little
19   time. I'm going to --
20   Q.   Did you tell them all the same
21   story?
22   A.   I told certain people parts of
23   the story.  I didn't tell other people
24   the whole story, if that makes sense.

49

1         When I was speaking with the
2   people that were in the group that
3   night, you asked if I had spoken to
4   them about it and when I answered I
5   spoke with Tim and Roxanne and Emily
6   and Hayden because they were, you know,
7   with us that night taking us home and
8   they saw Chey crying.
9   Q.   Did you talk to Alex Farris?
10         I'm sorry.  Was he --
11   A.   Yes.  I think he was there when
12   we were.
13   Q.   Did you call him specifically?
14   Did you call each individual person the
15   next day?
16   A.   Yes.
17   Q.   Why were you calling each
18   individual person the next day?
19   A.   I wanted to check in on them,
20   let them know that I was doing okay,
21   Chey is doing okay, see how they were
22   doing.  It was a traumatic event.
23   Q.   Did you call Edwin?
24   A.   No.

50

1   Q.   Did you report what happened to
2   the firm?
3   A.   I didn't report it.
4   Q.   Who did?
5   A.   Chey did.
6   Q.   When?
7   A.   I think it was December 18th on
8   a Sunday.
9   Q.   Were you going to report it if
10   she didn't?
11         MR. HACKER:  Objection to
12   form.
13         You can answer.
14   A.   I wasn't going to report
15   anything she wasn't comfortable with me
16   reporting.
17   Q.   Did you ever call Mr. Leon a
18   rapist?
19   A.   I don't recall if I told him he
20   was a rapist.
21   Q.   Did you say that he was a
22   dangerous predator?
23   A.   Are you asking me if I said this
24   to him or to others, just to clarify?

51

1   Q.   To him or others.
2   A.   Okay.  I can't recall if I ever
3   used those exact words.
4   Q.   Did you tell people to say if
5   they heard from Mr. Leon that they
6   should say that they were afraid?
7   A.   That they should say they were
8   afraid?
9   Q.   Yes.
10   A.   I don't recall.
11   Q.   Did you communicate with your
12   colleagues who received subpoenas about
13   those subpoenas?
14   A.   Are you asking me if I
15   communicated about the substance of
16   them or about the fact that they had
17   been served in the first instance?
18   Q.   Either.
19   A.   Yes.
20   Q.   What was the nature of your
21   discussions about the subpoenas?
22         MR. HACKER:   Objection.
23         Don't answer anything about
24   our communications, but you can

52

1   communicate about other people.
2   Q.   Yes. I'm sorry.  The question
3   was:  Did you communicate with your
4   colleagues who received subpoenas?
5         For the record, I did not
6   subpoena Mr. Hacker, although at times
7   I feel like the rest of the Delaware
8   Bar.
9         Did you communicate with
10   your colleagues who received subpoenas
11   and what was the nature of that
12   discussion?
13   A.   The nature of that discussion
14   was how ridiculous it was.
15   Q.   And why is it ridiculous?
16   A.   Because we're non-parties.
17   Q.   And did you discuss with anyone
18   service?
19   A.   I don't understand your
20   question.
21   Q.   Were you discussing how to
22   avoid service of process with any of
23   your colleagues that were receiving
24   subpoenas?

53

1   A.   No.
2   Q.   Sorry.  I didn't hear that.
3   A.   No.
4   Q.   No?
5   A.   I wasn't advising them on how to
6   avoid service of process.
7   Q.   Did you discuss avoiding service
8   of process with any of your colleagues
9   that received subpoenas?
10           MR. HACKER:   Objection to
11   form.
12           You can answer.
13   A.   I know that people were trying,
14   I know that people were trying to serve
15   me and when they tried to serve me I
16   accepted service immediately.
17   Q.   Are you aware of whether other
18   people were avoiding service of
19   process?
20   A.   I don't know what other people
21   were doing.
22   Q.   What did Ms. Goodman share with
23   you about the alleged assault on the
24   early morning of December 17th?

54

1   A.   She told me -- she didn't tell
2   me about that.  I read it in the
3   petition.
4   Q.   So she never told you what
5   happened on December 17th?
6   A.   She never told me that he raped
7   her that day until I read it in the
8   petition.
9   Q.   Have you ever discussed it with
10   her?
11   A.   Yes.
12   Q.   And what did she tell you?
13   A.   She told me that she, she told
14   me that she didn't like doing that
15   stuff and that he knew that she didn't
16   like that and she felt like he was
17   punishing her extra hard.
18   Q.   What does "doing that stuff"
19   mean?
20   A.   Oral sex.
21   Q.   And he was punishing her?
22   A.   That was the gist of what she
23   said to me, yes.
24   Q.   And what was he punishing her

55

1   for?
2   A.   I don't know what he was
3   punishing her for.
4   Q.   Was that the only thing that she
5   told you about that event?
6   A.   I don't recall if there were
7   other things that she said to me about
8   that night.
9   Q.   And when is it that she told you
10   that?
11   A.   I don't remember exactly when.
12   Q.   When did she show you the
13   petition?
14   A.   She showed it to me the day that
15   she filed it.
16   Q.   And when did the conversation
17   between the two of you about the events
18   of Saturday occur?
19   A.   Like I said before, I don't
20   remember.
21        I'm sorry.  If you're asking
22   about the rape, like I said, I don't
23   remember when that conversation
24   occurred, to clarify.

56

1   Q.   Was it your belief that he had
2   raped her or sexually assaulted her
3   before that Friday?
4   A.   Can you ask me when my belief,
5   like --
6   Q.   Yes.  Sitting here today, do you
7   believe that he raped her prior to that
8   Friday in December?
9   A.   Sitting here today do I believe
10   he raped her prior to Saturday?
11   Q.   Yes.
12   A.   Yes, I do believe that.
13   Q.   And why?
14   A.   She told me that she was
15   terrified of him that night and that's
16   why.
17   Q.   And what did she tell you?
18   A.   That's a very broad question.
19   Q.   What did she tell you that led
20   you to believe that he raped her prior
21   to that Friday and Saturday?
22   A.   As I described before, things
23   that she had said to me.  I really
24   don't want to say them again.

57

1    Q.   She told you that he raped her
2  prior to that date?
3         MR. HACKER:   Objection to
4  form.
5    **A.   I feel like I answered this**
6  **already, but yes.**
7    Q.   Did she use those words?  Did
8  she say that he raped her prior to that
9  Friday and Saturday?
10   **A.   Yes.**
11   Q.   Not did she tell you prior to
12  the Friday and Saturday but did she
13  tell you that it happened prior to
14  Friday and Saturday?
15   **A.   Yes.**
16   Q.   Did she say how many times he
17  had raped her prior to the Friday-
18  Saturday?
19   **A.   I don't recall.**
20   Q.   Did she say where?
21   **A.   Yes.**
22   Q.   Where?
23   **A.   In his house.**
24   Q.   Did she ever allege that he

58

1  raped her at her house or apartment?
2    **A.   I don't recall her saying that.**
3    Q.   Prior to December, that December
4  weekend, were you and Mr. Leon friends?
5    **A.   Yes, we were.**
6    Q.   And did there come a time that
7  you had a falling-out?
8    **A.   Yes.**
9    Q.   When was that?
10   **A.   The rough time frame is**
11  **September.**
12   Q.   Why?  What was the nature of the
13  falling-out?
14   **A.   Well, that's an interesting**
15  **question.  He believes that the reason**
16  **we weren't friends anymore is because**
17  **he made some nasty comments to me at a**
18  **dinner.**
19        **The real reason that I**
20  **stopped being his friend is because**
21  **Chey had told me at that point that he**
22  **had been bullying her at work.**
23   Q.   Has Ms. Goodman lied to you
24  about anything that you're aware of?

59

1         MR. HACKER:  Objection to
2  form.
3         You can answer.
4    **A.   She hadn't told me that she was**
5  **getting raped.**
6    Q.   I'm going to clarify.  Not a sin
7  of omission where she didn't tell you
8  something.  But has she ever told you
9  something that was false?
10        MR. HACKER:   Objection to
11  form.
12        You can answer.
13   **A.   Yes.**
14   Q.   And what did she lie to you
15  about?
16   **A.   Can I just grab my ring that**
17  **fell on the floor?**
18   Q.   Yes.
19   **A.   Thank you.**
20        **Chey lied to me about the**
21  **fact that she said she had an allergic**
22  **reaction to something once.**
23   Q.   Can you elaborate on that?  What
24  was the truth?

60

1    **A.   The truth I believe is that**
2  **Edwin drugged her.**
3    Q.   And when was that?
4    **A.   Sometime around Thanksgiving, so**
5  **November.**
6    Q.   And why do you believe that
7  Edwin drugged her?
8    **A.   Based on what Chey told me.**
9    Q.   And what did she tell you?
10   **A.   I'm sorry.  Can we bring some**
11  **tissues down to my friend?**
12   Q.   What did she tell you?
13   **A.   She told me that she was at his**
14  **house and wanted to leave.  This is the**
15  **gist of it.  She was at his house and**
16  **she wanted to leave.  He made her a cup**
17  **of coffee and brought it to her, said**
18  **he wanted to go to the bookstore with**
19  **her.  She said no.**
20        **She left and went to the**
21  **bookstore, started feeling woozy and**
22  **she didn't know what was happening.**
23        **And then he called her and**
24  **said hey, how are you doing, something**

61

1   like that?  And then he picked her up,
2   took her back to his place and she woke
3   up in his bed with his clothes on.
4       Q.   When did she tell you this?
5       A.   I don't remember exactly when.
6       Q.   Was it before or after these
7   December incidents?
8       A.   After.
9       Q.   And your conclusion from that
10  story is he drugged her?
11      A.   That's the conclusion that she
12  made and I agreed with.
13      Q.   I thought you said she said she
14  had an allergic reaction.
15      A.   You asked if she ever lied to
16  me.  She lied to me in November when
17  she said she thought she had an
18  allergic reaction.
19      Q.   In November she told you she had
20  an allergic reaction.  What was the
21  context of that conversation?
22      A.   We were supposed to hang out
23  that night.
24      Q.   And she blew you off?

62

1       A.   I guess you could call it that.
2       Q.   Did she text you that day and
3   say I'm having an allergic reaction and
4   I can't come or did she just no show
5   you?
6       A.   I don't remember the specifics
7   of what she said, but she said I think
8   I'm having an allergic reaction.
9            Maybe it really wasn't a
10  lie.  It was her saying I think.  I
11  don't know.
12      Q.   Why was she at his house that
13  day?  Do you know?
14      A.   I don't know.
15      Q.   Did Ms. Goodman ever suggest to
16  you that she wasn't sure about the
17  details regarding the alleged sexual
18  assault in December by Mr. Leon?
19      A.   Yes.
20      Q.   And what did she tell you?
21      A.   I can't recall exactly what she
22  said.
23      Q.   How did this conversation take
24  place?

63

1       A.   In a text, I think.
2       Q.   Did you ever question whether
3   the alleged assault actually occurred?
4       A.   When?  Which alleged sexual
5   assault?
6       Q.   Well, let's start with the
7   December 17th.
8       A.   Like I said, it was my belief
9   that he had already assaulted her or
10  was about to assault her.
11      Q.   I'm sorry.  Did you ever think
12  that she might be lying?
13      A.   No.  I believed her.
14      Q.   I'm just checking my notes to
15  see if I checked everything off.
16           I want to go back to the
17  conversation about did you communicate
18  with your colleagues who received
19  subpoenas about those subpoenas?  We
20  talked about discussing service.
21           Did you ever discuss with
22  any of the other folks who received
23  subpoenas how you were going to respond
24  to the subpoenas?

64

1            MR. HACKER:   Objection to
2   form.
3            You can answer.
4       A.   All these questions about
5   service, I don't recall all of this,
6   all of this stuff.  I'm sorry.
7       Q.   Not about service.  Did you
8   discuss how you were all going to
9   respond to the subpoenas?
10      A.   I don't recall.
11      Q.   Those conversations would have
12  happened in the last two weeks, right?
13      A.   Yeah.
14      Q.   You don't recall those
15  conversations?
16      A.   No.
17      Q.   Did you have conversations?
18      A.   We had conversations.
19      Q.   What was the nature of the
20  conversations?
21      A.   Like Chris got served today.  I
22  think maybe Alex accepted service.
23  Gabbie called me to say she had gotten
24  served.  Sabrina said the process

65

1   server had called her and she had
2   picked up and invited her to come to
3   his house and he never showed up.
4      Q.   I said discussions about
5   service.  Did any of you discuss the
6   substance of the subpoenas?
7      A.  Do you mean like what they were
8   asking for?
9      Q.  Yes, what they were asking for,
10  how you were going to respond.
11     A.  I don't recall having
12  conversations about how I was going to
13  respond.
14     Q.   How other people would respond,
15  did you have those conversations?
16     A.  I don't recall.  I'm sorry.
17     Q.   Were you and Mr. Leon close
18  friends before your falling out in
19  September?
20     A.  Yes, we were.
21     Q.   Did you take trips together?
22     A.  Yes.
23     Q.   Did you feel safe with him?
24     A.  I guess.  I mean...

66

1      Q.   Did he ever sexually assault
2   you?
3      A.  No.
4      Q.   Did he rape you?
5      A.  No.
6      Q.   Were you aware if he sexually
7   assaulted or raped anybody else?
8      A.  I was not aware.
9      Q.   Do you know if you're facing
10  criminal charges in Pennsylvania as a
11  result of the Friday evening, the wee
12  hours of Friday evening?
13     A.  At this very moment right now I
14  do not know.
15     Q.   If Ms. Goodman had been lying
16  about being assaulted and, in fact,
17  they were having a relationship, a
18  consensual sexual relationship --
19  strike that.  Strike that.  I just want
20  to see if my client has any additional
21  questions.
22          Are you aware of whether
23  Ms. Goodman had a boyfriend or was
24  seeing anybody else let's say in July

67

1   until the present?
2      A.  I'm sorry.  Can you clarify the
3   question?  Am I aware right now?
4      Q.   Either.
5          At any point did you become
6   aware whether Ms. Goodman was dating
7   anybody from July until present?
8      A.  I'm not aware of any boyfriends,
9   no.
10     Q.   Are you aware of what the status
11  of the criminal charges against my
12  client might be?
13     A.  Actually, no, I don't.
14          MS. SWASEY:  Thank you.  I
15  think that's it.
16          MR. HACKER:  No questions.
17          THE COURT REPORTER:  Reading
18  and signing?
19          MR. HACKER:  Yes, reading
20  and signing.
21          MS. SWASEY:  Okay.
22          THE COURT REPORTER:  I
23  understand there's a need for quick
24  turnaround on the transcripts.  When do

68

1   counsel need the transcripts?
2          MS. SWASEY:  Tomorrow.
3          THE COURT REPORTER:  Patty,
4   do you also need the transcripts for
5   tomorrow?
6          MS. WEIR:  Yes.
7          (Deposition concluded at
8   4:55 p.m.)
9          - - - - -
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24



**69**

```
 1              I N D E X

 2
    DEPONENT:  NEHAMA HANOCH          PAGE
 3
        Examination by Ms. Swasey      3
 4
              (There were no exhibits
 5   marked for identification.)

 6   DIRECTIONS NOT TO ANSWER     PAGE  LINE

 7         NONE

 8   REQUESTS MADE FOR DOCUMENTS  PAGE  LINE

 9            NONE

10

     READING AND SIGNING INSTRUCTIONS PAGE 70
11   ERRATA SHEET                    PAGE 71

     CERTIFICATE OF REPORTER         PAGE 72
12

13

14

15

16

17

18

19

20

21

22

23

24
```

**71**

```
 1   DEPONENT: NEHAMA HANOCH
     DATE:    Wednesday, March 15, 2023
 2   CASE:    Goodman v Leon
 3                ERRATA SHEET
     PAGE/LINE/CHANGE OR CORRECTION AND REASON
 4   ----/----/-------------------------------
     ----/----/-------------------------------
 5   ----/----/-------------------------------
     ----/----/-------------------------------
 6   ----/----/-------------------------------
     ----/----/-------------------------------
 7   ----/----/-------------------------------
     ----/----/-------------------------------
 8   ----/----/-------------------------------
     ----/----/-------------------------------
 9   ----/----/-------------------------------
     ----/----/-------------------------------
10   ----/----/-------------------------------
     ----/----/-------------------------------
11   ----/----/-------------------------------
     ----/----/-------------------------------
12   ----/----/-------------------------------
     ----/----/-------------------------------
13   ----/----/-------------------------------
     ----/----/-------------------------------
14   ----/----/-------------------------------
     ----/----/-------------------------------
15   ----/----/-------------------------------
     ----/----/-------------------------------
16   ----/----/-------------------------------
     ----/----/-------------------------------
17   ----/----/-------------------------------
     ----/----/-------------------------------
18
     I have read the foregoing transcript of
19   my deposition and, except for any
     corrections or changes noted above, I
20   hereby subscribe to the transcript as
     an accurate record of the statements
21   made by me.
22   Date: _
                 Signature of Deponent
23
24
```

**70**

```
 1       READING AND SIGNING INSTRUCTIONS
 2   After reading the transcript of your
     deposition, please note any change or
 3   correction and the reason therefor on
     the errata sheet that appears on the
 4   following page. DO NOT MAKE ANY MARKS
     OR NOTATIONS ON THE TRANSCRIPT ITSELF.
 5   Please sign and date the errata sheet
     and return it to our office at the
 6   address indicated below.  Our office
     will distribute copies of the executed
 7   errata sheet to all counsel.  If
     necessary, you can make additional
 8   copies of the errata sheet.
 9   Rule 30(e) governing this procedure
     provides the deposition may be filed as
10   transcribed if you do not return a
     signed errata sheet within 30 days.
11   RETURN ORIGINAL ERRATA SHEET TO:
     LEXITAS REPORTING
12   1330 King Street, Wilmington, DE 19801
     depos@wilfet.com - 302-655-0477
13
14
15
16
17
18
19
20
21
22
23
24
```

**72**

```
 1   State of Delaware  )
 2                      )
     New Castle County  )
 3
 4
          CERTIFICATE OF REPORTER
 5
 6      I, Kurt A. Fetzer, Registered
     Diplomate Reporter and Notary Public,
 7   do hereby certify that there came
     before me on Wednesday, March 15, 2022,
 8   the deponent herein, NEHAMA HANOCH, who
     was duly sworn by me and thereafter
 9   examined by counsel for the respective
     parties; that the questions asked of
10   said deponent and the answers given
     were taken down by me in Stenotype
11   notes and thereafter transcribed by use
     of computer-aided transcription and
12   computer printer under my direction.
13      I further certify that the foregoing
     is a true and correct transcript of the
14   testimony given at said examination of
     said witness.
15
        I further certify that I am not
16   counsel, attorney, or relative of
     either party, or otherwise interested
17   in the event of this suit.
18
19
20      Kurt A. Fetzer, RDR, CRR
21
22
23
24
```

**1**

**1-1/2** 27:19
**15** 18:17
**15th** 4:19
**16** 18:17
**16th** 5:1 12:24 39:20
**17** 18:18
**17th** 16:22 20:11 41:12 46:19 53:24
    54:5 63:7
**18th** 12:2 13:19 18:18 50:7
**1:30-ish** 29:6

**2**

**2022** 12:2 15:6
**2:00** 41:24

**3**

**3:00** 41:24

**4**

**4:55** 68:8

**6**

**6:30-ish** 10:13

**8**

**8:30** 10:13

**A**

**a.m.** 41:24
**accepted** 53:16 64:22
**accurate** 21:5
**actions** 43:7
**addition** 45:5
**additional** 66:20
**advising** 53:5

**afraid** 51:6,8
**African-american** 38:20
**agree** 40:12
**agreed** 61:12
**Alex** 5:4 43:23 48:14 49:9 64:22
**allege** 57:24
**alleged** 53:23 62:17 63:3,4
**allergic** 59:21 61:14,18,20 62:3,8
**anger** 25:2
**angry** 24:24 25:1
**anymore** 14:1 16:17 58:16
**apartment** 58:1
**approach** 35:3
**approximately** 27:19 29:6
**arms** 16:15 34:19
**arrived** 27:11
**aspects** 21:17 22:4
**assault** 22:12 25:21 26:17 27:6
    37:14 40:6,15 41:5,6 44:18 53:23
    62:18 63:3,5,10 66:1
**assaulted** 22:13,22 23:10,11,19,20
    25:14 26:1,4 27:5 37:8,17 39:10 40:4,
    22 41:1 44:3,13 56:2 63:9 66:7,16
**assaulting** 38:4 40:19
**asserted** 23:6
**assume** 3:16
**attack** 36:19
**aunt** 46:21 47:6 48:16
**aunt's** 47:4
**avoid** 52:22 53:6
**avoiding** 53:7,18
**aware** 11:23 12:1 13:17 20:6,8,9
    53:17 58:24 66:6,8,22 67:3,6,8,10

**B**

**back** 11:9,10 20:22 27:13 32:11
    36:17 61:2 63:16
**bar** 5:13 27:21 29:23 52:8
**Based** 22:18 23:15 24:21 26:21 60:8

**BDSM** 17:4,22 18:11
**bed** 61:3
**beer** 27:21
**beers** 27:22
**beginning** 39:22
**behavior** 22:23 26:22
**belief** 15:3 22:17 25:13,15,24 26:5
    37:21 44:2,12 56:1,4 63:8
**beliefs** 44:8
**believed** 23:9,10,18 25:22 40:6
    63:13
**believes** 58:15
**belt** 16:9
**big** 32:1
**bit** 29:7 45:8
**blew** 61:24
**blocks** 34:7
**bookstore** 60:18,21
**boyfriend** 66:23
**boyfriends** 67:8
**bring** 60:10
**broad** 56:18
**brought** 60:17
**bullying** 58:22

**C**

**cage** 11:8
**call** 4:18 10:10 27:8 30:3,5 36:13
    37:1 39:3 45:22 46:5 47:12 49:13,14,
    23 50:17 62:1
**called** 17:2 23:12 30:4,6 31:5,6,8,10,
    18 32:3 46:8 60:23 64:23 65:1
**calling** 9:16,19 31:23 42:3 49:17
**calls** 30:7,10 46:12
**calm** 24:23
**capture** 3:24
**car** 27:9,10 33:21 37:6,9 39:20 42:2
**Carol** 5:10,19,20,23
**change** 22:7 24:3,12

changed 22:16

characterized 14:13,15

charges 47:19 66:10 67:11

chase 36:21

chasing 23:13 31:11

check 39:18 49:19

checked 63:15

checking 63:14

Chey 5:3,21 6:5 8:14 29:11,24 37:6 45:15 49:8,21 50:5 58:21 59:20 60:8

choked 16:12

Chris 64:21

city 32:6,7,9 33:17,18 34:7 38:18

clarified 14:17

clarify 3:15 10:17 17:24 18:10,13 25:20 50:24 55:24 59:6 67:2

clear 3:22 24:22

client 18:2,6 38:8 40:3 66:20 67:12

close 34:4 65:17

clothes 61:3

club 26:22 31:2 33:13

coffee 60:17

colleagues 51:12 52:4,10,23 53:8 63:18

color 38:13,22

comfortable 50:15

comment 12:23 13:4,5

commented 13:11

comments 12:21 58:17

communicate 42:12 51:11 52:1,3,9 63:17

communicated 41:14 42:7 51:15

communicating 7:7,13 42:21 45:19

communication 7:9

communications 51:24

complaint 10:16,18

component 11:1

Conaway 21:21

concerned 47:18

concluded 68:7

conclusion 61:9,11

conditioning 16:24

confided 8:14

confusing 22:9

consensual 14:6 19:20 66:18

consensually 15:10

context 8:19,21 61:21

conversation 17:8,16,18,19 18:1,2, 3,4,5,16,19,20,21 46:6 55:16,23 61:21 62:23 63:17

conversations 64:11,15,17,18,20 65:12,15

cops 36:14 37:1 39:4,7

correct 38:1 41:3

counsel 68:1

couple 15:10 27:22 44:15

court 3:23 67:17,22 68:3

cowering 34:16

coworkers 4:17

creepily 23:2 25:5 26:24

criminal 47:19 66:10 67:11

crying 26:15 35:6 49:8

cup 60:16

cut 12:18 13:12

### D

dance 23:3 28:9

dangerous 50:22

date 57:2

dating 5:15 67:6

day 15:15 19:22 20:12,16 22:14 35:13 41:14 44:23 46:9,10,17 49:15, 18 54:7 55:14 62:2,13

December 4:19 5:1 12:2,24 13:19 16:22 18:17 19:15 20:10 39:20 41:12 46:19 50:7 53:24 54:5 56:8 58:3 61:7 62:18 63:7

Delaware 52:7

deponent 3:2

deposition 3:8 68:7

describe 32:18

details 10:1 15:8 20:17 62:17

dinner 5:7,13 6:16 7:8,14 8:1,8 12:6 20:24 58:18

directly 6:23,24

disappear 28:12,21 30:7

disappearing 30:10

disappears 7:22

discuss 21:11 52:17 53:7 63:21 64:8 65:5

discussed 21:15,18 22:2 54:9

discussing 52:21 63:20

discussion 52:12,13

discussions 51:21 65:4

displaying 25:3

dog 11:4,20 12:8

dominant 18:12

drank 27:18

drink 33:5

drinking 27:15

drive 6:8 32:19 33:3

driving 6:9 33:5 41:20

drop 41:18

drove 5:19,20,22,23 6:15

drugged 60:2,7 61:10

drugs 4:10 28:1

duly 3:3

### E

e-mail 10:9 30:12,14

earlier 24:10

early 9:16,19 11:3,17,18 19:2 41:22 53:24

Edwin 5:4 8:23 12:16,18 13:11 17:9 32:22 44:2 49:23 60:2,7

elaborate 59:23

electronic 7:9

**Emily**  5:9,12 6:6,9 31:16 32:5 33:16 34:24 41:20 43:23 49:5

**Emily's**  5:11 6:15

**encroach**  34:20

**end**  7:4 36:10

**ended**  36:11

**engaging**  17:4

**esoterically**  26:8

**espresso**  27:20

**evening**  4:17,18 5:8 6:3,13 22:7 24:6,10,13 25:7 26:2 38:13 40:2 41:19 66:11,12

**event**  11:20 12:9 38:14,15 49:22 55:5

**events**  18:18 19:15 55:17

**exact**  31:22 41:16,23 42:9 51:3

**EXAMINATION**  3:5

**examined**  3:4

**explain**  38:11

**extra**  54:17

**eye**  22:24

---

F

**face**  27:3 35:22 47:19

**facing**  66:9

**fact**  26:23 27:1 43:6 51:16 59:21 66:16

**fairly**  3:10

**fall**  15:6

**falling**  65:18

**falling-out**  58:7,13

**false**  59:9

**family**  45:9 46:15 47:1

**Farris**  49:9

**faster**  35:1

**feel**  52:7 57:5 65:23

**feeling**  26:23 60:21

**fell**  59:17

**felt**  54:16

**fiance**  5:11,14 6:10,15

**figure**  14:9 30:23

**file**  43:10

**filed**  55:15

**find**  28:22 29:11

**firm**  50:2

**flagged**  38:20 39:14

**floor**  59:17

**Flowers**  22:3

**folks**  63:22

**foot**  33:20,23

**form**  14:22 26:12,19 32:15 39:12 40:9 44:5 48:1,9 50:12 53:11 57:4 59:2,11 64:2

**found**  11:5,11 19:22 20:2 28:18 43:4

**frame**  42:1 58:10

**Friday**  4:18,24 7:24 12:6,24 20:23 23:22 40:22 41:1,5 44:24 47:20 56:3, 8,21 57:9,12,14 66:11,12

**Friday-**  57:17

**friend**  37:7 58:20 60:11

**friends**  58:4,16 65:18

**front**  35:7

**full**  11:6

---

G

**Gabbie**  21:20 45:8 48:15 64:23

**generally**  26:8

**gist**  9:13,24 10:2,7 11:12 31:11 35:8 43:2 44:16 54:22 60:15

**give**  9:13 47:13

**good**  23:22,23 24:2

**Goodman**  6:13,21 7:6 8:3 20:7 21:3 28:6 29:1 30:17 31:3 32:12 37:16,23 38:4,18 39:10 40:4 41:15 44:3,13 45:11 53:22 58:23 62:15 66:15,23 67:6

**grab**  41:8 59:16

**grabbing**  16:14

**grateful**  43:4

**group**  28:7,11,16,19,21 32:1 38:21, 23 44:23 45:6 49:2

**guess**  20:1 22:9 62:1 65:24

**guys**  46:1

---

H

**Hacker**  9:5 14:21 17:24 26:11,18 32:14 39:11 40:8 44:4 47:24 48:8 50:11 51:22 52:6 53:10 57:3 59:1,10 64:1 67:16,19

**Hall**  32:6,7,10 33:17,19 38:18

**hands**  16:14 34:17

**hang**  61:22

**Hanoch**  3:1,7

**happen**  18:7,22 39:2

**happened**  13:10 16:21 18:9 20:10, 18,20 24:4 30:18,24 37:4 38:17 40:7, 16 43:13 44:24 47:15,20 50:1 54:5 57:13 64:12

**happening**  24:13 60:22

**harassing**  8:5 10:22 12:14 21:4

**harassment**  10:15 11:1

**hard**  54:17

**Hayden**  31:17 32:5 33:16 34:24 41:20 43:24 48:15 49:6

**hazing**  9:15

**head**  3:23 4:5 6:20 34:17

**hear**  3:12 53:2

**heard**  51:5

**hey**  60:24

**hit**  16:9 36:17

**hitting**  38:8

**hold**  30:11,12,14

**home**  6:2,5,8,13,15 31:12 32:20 41:19,21 49:7

**hooked**  13:22 14:2,8,10,16 15:9

**hours**  10:14 66:12

**house**  11:5 20:7,19 57:23 58:1 60:14,15 62:12 65:3

## I

imagined 40:19

immediately 11:10 53:16

impact 4:11

impression 8:9 24:12

incidents 61:7

indicating 34:17

individual 49:14,18

influence 4:9

instance 51:17

interaction 36:10

interactions 28:5

interesting 58:14

intervene 37:12

intoxicated 32:12,17 33:2

invited 4:23 65:2

involve 37:3

involved 37:2

## J

Jan 47:6

Jesse 22:3,4 36:8 43:22 45:4 48:14

join 4:24

Jones 5:9

July 66:24 67:7

jump 26:16

Jurden 47:6

## K

keeping 22:24

kick 36:1

kill 36:5,8

kind 10:17 32:1

kiss 25:11

knew 11:11 20:17,19 21:7,10 23:15 24:5,10 54:15

knowing 15:7

## L

lasted 19:18,20

leave 9:22 16:6 29:5,8 35:9 60:14,16

leaving 35:21,23

led 27:4 56:19

left 6:18,20 27:14 28:11,20 29:2,4,19, 22 30:15 60:20

Leon 7:2,7 8:2 12:12 21:2 28:6 35:14 38:3 39:1,19 42:3 44:12 50:17 51:5 58:4 62:18 65:17

Leon's 35:22

letter 30:11

lie 59:14 62:10

lied 58:23 59:20 61:15,16

life 46:1

lines 36:13

list 39:18

logs 30:5

long 19:17,19 33:24

looked 23:8

lose 29:13

lost 29:11

lot 25:4 28:10

low 12:18 13:12

low-cut 13:8

lying 63:12 66:15

## M

made 10:18 12:22,23 13:4,5 14:1 24:22 43:9 58:17 60:16 61:12

make 3:12 4:6 11:13 14:3,5 25:6,9

makes 48:24

makeup 27:2

making 23:17

man 38:22

mark 35:22,23

martinis 27:20

meaning 35:14

means 14:9

medication 4:14

members 45:9 46:15

men 38:12

mentioned 6:6 27:7

message 9:1,9 10:2,5 35:16 42:12 45:20

messages 24:19

methods 26:6

mind 26:16

minute 32:11

minutes 29:16,17 34:2,6

missed 10:10

moment 13:15 66:13

months 24:9 30:8

morning 9:17,20 20:3,5 41:12,17,22 42:5,10,16,22 53:24

mother 48:16

move 23:4 34:22 41:11

multiple 14:10 16:4

## N

names 47:13

Naomi 47:7

nasty 58:17

nature 15:4,5,12,19 21:1 40:5,14 51:20 52:11,13 58:12 64:19

needed 8:22

NEHAMA 3:1

night 6:7,11 7:24 12:6,24 13:4,7 19:22 20:23 21:13 22:10,19,22 23:1, 5,21,23 24:5 25:1,3,14 27:18,24 29:10 32:1,23 37:2 38:3,23 39:23 40:23 41:1,5 42:24 43:7,14,17 44:14, 24 47:20,21 49:3,7 55:8 56:15 61:23

Nikita 5:4 6:19 43:23 48:15

nodded 15:21

non-consensual 14:7

non-parties 52:16

normal 10:14

notes 63:14

noticed 28:10

November 60:5 61:16,19

number 30:8

**O**

oath 3:3

Objection 14:21 26:11,18 32:14
 39:11 40:8 44:4 47:24 48:8 50:11
 51:22 53:10 57:3 59:1,10 64:1

observe 7:6 28:7

obsessed 26:24

occasions 8:15 16:4

occur 17:17 18:17 55:18

occurred 55:24 63:3

October 11:3,17,18 12:8 19:1,2

office 9:23

officer 38:19 40:3

officers 37:11,20 38:10 39:9,15

omission 59:7

ongoing 14:4

Oral 54:20

originated 4:23

**P**

p.m. 68:8

panicking 35:6

parents 46:23

parked 39:20

part 5:7 10:16 27:21

parts 48:22

passing 16:4

past 26:22

Patty 68:3

Pennsylvania 66:10

people 5:6 21:9,18 31:24 38:2 43:16

44:15,20 48:14,22,23 49:2 51:4 52:1
 53:13,14,18,20 65:14

people's 44:7

perception 22:10

person 6:24 45:16 46:1,7 49:14,18

petition 10:19 16:21 20:14,15,18
 54:3,8 55:13

petitioner 18:3,6 21:16

phone 27:8 42:13,18,20 45:19 46:5,
 11 47:12

physically 23:6 29:20

picked 61:1 65:2

picture 40:18,20

place 61:2 62:24

plan 4:20,22 6:1,4

planned 6:14

point 6:7 11:22 13:23,24 16:3 19:3
 23:6 29:13 31:17,18,22 33:2 43:12
 58:21 67:5

points 47:16

police 37:2,6,9,11,20 38:9,19 39:2,9,
 15 40:1,2 43:8,10

pop 20:22

Powell 4:24 35:12

predator 50:22

prescription 4:10,13

present 38:13 67:1,7

pretty 34:3,4

prevent 30:10

prior 12:5 21:13 22:19 24:6 29:7
 56:7,10,20 57:2,8,11,13,17 58:3

process 52:22 53:6,8,19 64:24

produce 8:24

pull 37:9

pulled 37:10

punishing 54:17,21,24 55:3

put 10:9 15:2 27:8

**Q**

question 3:11,13,17,19 25:20 30:22

40:10 46:20 52:2,20 56:18 58:15 63:2
 67:3

questions 15:17 64:4 66:21 67:16

quick 34:4 67:23

**R**

rape 55:22 66:4

raped 16:22 20:21 54:6 56:2,7,10,20
 57:1,8,17 58:1 59:5 66:7

raping 19:21 24:9

rapist 17:2 50:18,20

reach 8:12

reaction 59:22 61:14,18,20 62:3,8

read 16:20 20:14,15,18 54:2,7

reading 67:17,19

real 46:1 58:19

realize 12:3

reason 58:15,19

recall 7:15 9:10 14:16 19:16 24:1
 28:24 29:18,21 33:8,12 34:9 35:11,23
 36:1,3,4,7,16,18,22 38:5,7,9 42:14
 44:10 48:6 50:19 51:2,10 55:6 57:19
 58:2 62:21 64:5,10,14 65:11,16

received 30:11 51:12 52:4,10 53:9
 63:18,22

receiving 30:14 52:23

recent 17:18

recollect 13:14

record 4:7 46:11 52:5

red 11:8 19:9

reference 39:8

referring 17:20 18:4

relationship 5:16 6:22 8:2,10 11:24
 12:12 13:18,21 15:4,5,13,20 17:4,22
 19:12,18,20 21:2 22:7,9,15 24:6
 66:17,18

remember 11:7 13:9 18:8 30:13
 31:5,8,19,20,23 34:5 35:17,19,21
 40:18 41:16 42:20 44:19 45:23 46:4,
 24 47:2,12 55:11,20,23 61:5 62:6

repeat 3:13,15

report 43:11 50:1,3,9,14

**reported**  40:1 43:7

**reporter**  3:24 67:17,22 68:3

**reporting**  50:16

**respond**  63:23 64:9 65:10,13,14

**response**  7:16 15:22

**responses**  3:21 4:1

**rest**  52:7

**restaurant**  27:20

**result**  10:4 66:11

**review**  7:17 30:5

**ridiculous**  52:14,15

**ring**  59:16

**room**  11:5,8,11 18:24 19:9

**rough**  58:10

**Roxanne**  5:3 43:23 48:14 49:5

**rules**  3:10

**run**  34:10

**running**  34:14 35:1 37:5

**S**

**Sabrina**  21:20 45:8 48:15 64:24

**safe**  65:23

**Saturday**  16:22 20:3,4,10 41:12
  45:13 55:18 56:10,21 57:9,12,14,18

**save**  7:22

**saved**  7:19,21

**scary**  11:6 42:23

**sending**  24:18

**sense**  48:24

**September**  8:18 10:19,21 12:7
  58:11 65:19

**serve**  53:14,15

**served**  51:17 64:21,24

**server**  65:1

**service**  52:18,22 53:6,7,16,18 63:20
  64:5,7,22 65:5

**set**  6:4

**sex**  11:6,13 14:11 16:5,13 18:24
  19:4,5 24:11,16,24 54:20

**sexual**  10:15,24 11:23 13:17 19:18,
  20 26:17 37:14 40:6,15 62:17 63:4
  66:18

**sexually**  8:5 10:22 21:3 22:11,12,22
  23:20 25:14,21 26:1 37:8,17 38:3
  39:10 40:3,22 41:4 44:2,13,17 56:2
  66:1,6

**shake**  3:23

**share**  44:1 53:22

**shirt**  12:18 13:8,11

**show**  35:15 55:12 62:4

**showed**  5:14 55:14 65:3

**side**  7:3

**signing**  67:18,20

**similar**  18:12

**simple**  3:10

**sin**  59:6

**sister's**  47:5

**sisters**  46:23 47:7,15 48:16

**sit**  6:16

**sitting**  6:17,18,19 8:8 11:4,20 12:9
  15:3 20:24 45:15 56:6,9

**slave**  11:14

**slurring**  33:7,9

**Snapchat**  7:8,11,14,21 24:18

**Snaps**  7:17

**sneaking**  25:6,8

**sobbing**  27:2

**sober**  6:11

**sound**  14:3,6

**speaking**  45:14,24 49:1

**specific**  9:10 15:7

**specifically**  49:13

**specifics**  44:20 62:6

**speculating**  15:11

**speed**  34:11

**spoke**  45:3,11,16 46:7,21 47:8,11
  49:5

**spoken**  45:21 46:22 47:10 49:3

**stamp**  42:9

**standing**  31:2

**staring**  23:2 25:4 28:10

**start**  30:21 63:6

**started**  16:15 32:9 34:11,14 60:21

**starting**  36:11

**status**  67:10

**stay**  35:8

**stepped**  44:18

**stepping**  34:21

**steps**  30:9

**stood**  29:23 30:15 35:7

**stopped**  19:21 58:20

**story**  48:21,23,24 61:10

**straight**  33:6

**strangled**  16:3,6

**streaks**  27:3

**street**  34:12,13

**strike**  35:10 66:19

**striking**  35:11 38:8

**struck**  35:13

**stuff**  9:21 54:15,18 64:6

**stumbling**  33:11,13

**submissive**  18:11

**subpoena**  7:16 52:6

**subpoenas**  51:12,13,21 52:4,10,24
  53:9 63:19,23,24 64:9 65:6

**subsequent**  46:6

**substance**  48:9 51:15 65:6

**suggest**  62:15

**summer**  11:21 13:23 15:6

**Sunday**  12:2 13:16,19 20:16 50:8

**supposed**  61:22

**SWASEY**  3:6 9:3,7 40:11,13 67:14,
  21 68:2

**sworn**  3:3

**T**

**table**  6:19,20 7:3 21:7,12

taking 27:23 30:2 49:7

talk 20:4 42:15 43:6,12,21 44:22 46:16 47:14 49:9

talked 12:11 42:19,23 43:15,22 46:14 63:20

talking 18:6 38:9 46:4

telling 9:22 36:4,7 39:9

terrified 8:7 24:8,15 26:14 56:15

terrifying 10:22 21:4

testified 3:4

testimony 4:11

text 8:24 9:8 10:2,5 24:1 35:12,15 42:12 45:20,22 46:5 62:2 63:1

texted 23:12,21 29:24 46:9

texting 8:22 30:16 31:2 35:19

Thanksgiving 60:4

thing 14:4 55:4

things 11:6 12:16 15:24 23:1 55:7 56:22

thought 14:24 61:13,17

threat 43:10

threatening 8:6 21:6

threats 23:17

Tim 4:23 5:3 35:12 43:23 48:14 49:5

time 8:17 14:2,4,6,12 25:15 41:13,16, 18,23 42:1,6,9 47:17 48:19 58:6,10

times 9:16,20 12:10,13,15 13:14 14:10 15:10 16:8,12 52:6 57:16

tissues 60:11

today 4:11,14 12:17 15:3 40:21 56:6, 9 64:21

told 8:17 10:6,7,20,21 11:2,3,19 12:8, 13,16,17 13:2,22 15:15 16:2,8,10,11, 17,19,23 18:23 19:3,8 22:16,18 24:21 26:21 30:19 31:4 35:8 39:6 40:2,17, 24 43:9 48:22 50:19 54:1,4,6,13 55:5, 9 56:14 57:1 58:21 59:4,8 60:8,13 61:19

tomorrow 68:2,5

track 29:11,13

tranche 9:4,6

transcripts 67:24 68:1,4

traumatic 49:22

trips 65:21

trusted 32:19,21 33:3

truth 59:24 60:1

turn 34:18

turnaround 67:24

turned 32:5 33:15

tying 16:15

type 19:11

---

**U**

Uber 6:5,14 23:24 24:2 30:2,19 31:4

uh-huh 3:22

uncomfortable 23:8

uncontrollably 27:2

understand 3:11,18 4:2,16 17:3 18:14 24:17 25:19 52:19 67:23

understanding 8:1,4,10,13 17:5 22:6,15 24:4

understood 3:16 21:1

underwear 12:20,23

upset 13:9

---

**V**

vehicle 5:22,23

vent 8:23

verbal 3:22

violent 36:15

voice 4:6

---

**W**

walk 34:10 36:12

walked 29:9,20 31:1

walking 33:6 34:11

wanted 29:11 49:19 60:14,16,18

wearing 12:20

wee 66:11

weekend 58:4

weeks 64:12

WEIR 68:6

whirling 4:4

wide 34:19

witnessed 41:8

woke 61:2

Woody's 13:3,6 27:13,22 28:7 29:2

woozy 60:21

words 9:11 18:15 33:7,9 51:3 57:7

work 9:16 12:17 13:1,9 21:21 58:22

working 10:14

works 16:18

worried 22:19,21,23 28:14

writing 10:11

wrong 48:4,5,7,12

---

**Y**

yell 36:23

yelled 36:24

yelling 9:23

Young 21:21