02:03

 **chey_goodman** 📞 📹 ›

Not as

Hot as you

I can't stop staring

I'm trying lol

The things

CHEY_GOODMAN

the things?

ME

Love the view

The things running through my mind

CHEY_GOODMAN

Like?

ME

You

Laying back wearing that skirt

Rope

Whips

My hands around your neck as I work your

skirt up

CHEY_GOODMAN

that made me stomach flutter

ME

I want do the things that make you dream

about the seconds until it happens again

The fear of how good it feels to do the bad

things we can only talk about in the confines

of our minds and our room

 Send a chat 🎤   

Filed and Attested by the
Office of Judicial Records
09 FEB 2024 02:26 pm
C. PERRY

02:03

 **chey_goodman**  

**ME**                                                                22:55

I love you so much
It's crazy how much I love you

**CHEY_GOODMAN**                                          22:55

okay but also
i want to have sex with you rn

**ME**                                                                22:55

Let's make that happen baby

**CHEY_GOODMAN**                                          22:56

okay different name though

**ME**                                                                22:57

You'll always be my good girl

**CHEY_GOODMAN**                                          22:57

christ
say that again

**ME**                                                                22:57

You're my good girl
And you deserve it all

**CHEY_GOODMAN**                                          22:58



**ME**                                                                22:58

I want you
I want to hold you
And love you

**CHEY_GOODMAN**                                          22:58

 Send a chat    

Filed and Attested by the
Office of Judicial Records
09 FEB 2024 02:26 pm
C. PERRY

Case ID: 230400452

 **chey_goodman** 


*Filed and Attested by the
Office of Judicial Records
09 FEB 2024 02:26 pm
C. PERRY*

say that again

**ME**

You're my good girl
And you deserve it all

**CHEY_GOODMAN**



**ME**

I want you
I want to hold you
And love you

**CHEY_GOODMAN**

okay but also
other stuff

**ME**

And then punish you in the best ways

**CHEY_GOODMAN**

better

**ME**

Wrap my hand around your neck and make
love to you until
Your legs shake and you're begging me for
everything

TODAY

 Send a chat     

Case ID: 230400452

3:29


‹ 4


Captain ›

*Filed and Attested by the Office of Judicial Records 09 FEB 2024 02:26 pm C. PERRY*



Okay good ❤️love you!!

Love you toooooo!

Sat, Dec 17, 2:52 AM

Hey text me when you're up in the morning. we gotta talk.

Edwin crossed the fucking line tonight and I will not stand for this anymore. We lost track of chey at the end of the night and I tried texting her bc I was worried she was with Edwin. She she called me that he was chasing her down the street. We found her crying on the street. I tried to punch and kick him and told him I was going to kill him . She was sobbing uncontrollably and scared all night as we took her home. I'm still shaking and I know it would mean a lot to her to get some comfort from you. But let me know when you're up. Sorry for the weird text

I can't stop shaking Jesse I want to fucking rip his limbs apart and gouge his eyes out and torture him

Sat, Dec 17, 6:07 AM

I'm sorry dear. My phone apparently updated last night and never

  

Text Message

Case ID: 230400452

3:30





**Captain** ›

Sat, Dec 17, 6:07 AM

I'm sorry dear. My phone apparently updated last night and never restarted

I'm processing. Let me take Fen for a quick walk and then I can swing by whenever you want to chat.

You still up?

Hey I just woke up, I fell asleep around 4 am

Chey came by to talk. Can we come over?

Can I come to you in 5? My place is a mess still .

Of course

Okay I'm just making coffee really quick

Cool

Sat, Dec 17, 11:55 AM

Can I come over real quick?

Or call you

   Text Message

Case ID: 230400452

3:30

< 4



**Captain** >

Call

Sat, Dec 17, 1:50 PM

Have you heard from chey? When I called her at noon, she was getting into the parking garage. I wanna make sure she got home safely and she hasn't answered me

I haven't since the group chat.

Okay I'll give her about 30 more minutes and then I'll call. I don't wanna blow up her phone all day and stress her

Sounds good. Yeah, agreed.

Sat, Dec 17, 3:00 PM

I tried calling and texting her 30 min ago and haven't heard. Think she's just with her parents and she's busy talking to them?

She's okay she's with her mom

❤️

Sat, Dec 17, 4:38 PM

You doing ok?

  Text Message

<span style="color:red">Case ID: 230400452</span>



**Captain** ›

Sat, Dec 17, 4:38 PM

You doing ok?

I'm just waiting for the adrenaline to die down still. Just got some food bc I barely ate

I couldn't catch Brennan but I did talk to concierge to put in an alert not to let Edwin in and I gave them a picture of him

I'll talk to the front office on Monday

Yeah, processing food can help your body mellow out the adrenaline high.

Ok, cool. That's good.

Anything I can do for you?

Can we do movies and fen cuddles tonight

Yep. Sounds like a plan.

Perfect ❤️

730?

Sounds good ❤️

Sat, Dec 17, 7:30 PM

Text Message

Case ID: 230400452

3:47

Tim ›

Fri, Dec 16, 11:48 PM

Where did you go!!

Pulled edwin away from her

Thank u for your service

But where are u

Bathroom

He's literally waitin for me to piss

Where yall at

The q is where are u

Bar

Im coming

Sat, Dec 17, 1:15 AM

Waitin outside for yall

I'm helping Nikita out of the BR

All good. We're outside to help

Where are you

Chey wants you guys

Chey wants to know where you are

iMessage

3:47



Tim ›

Where are you

Chey wants you guys

Chey wants to know where you are

Yall okay?

As okay gets here...

Yes chey is much calmer now

I'm shaking though I'm going to fucking kill him

So fucked

I hope that scratch on his face was really from you

I don't even remember what I did, I was just trying to punch and kick him

Good

I kept yelling that Jesse and I were going to murder him

Did you guys find him

His response to me and Alex finding him came off as straight horse shit

Even the cops were tryin to get out of

iMessage

3:47

T

Tim >

His response to me and Alex finding him came off as straight horse shit

Even the cops were tryin to get out of there

Bruh chey tried to ask the cops for help and they ignored her

I asked them for help too and they didn't do shit

I've kept silent about him for awhile out of respect for her wishes. But that's it

They straight up looked at me like what the fuck are we doin here

They're dumb as shit

How'd you run into them?

Before you answer that, are yall home and all good?

Ya we got home, chey is at her apt now

a lady lost her phone

Fatty is helping her

Ok good

iMessage

Case ID: 230400452

3:02

**CG**

Chey ›

Did Edwin find you

!!!!!

a lady lost her phone

Fatty is helping her

Ok good

Tell him I say hey

Today 1:23 AM

We're outside cl
E

Come

i'm gooood i'm taking an uber

With who

Im trying to get away from edwin

He's folllowing me

We're gonna pick you up

Send me your location. Real quick

I'm at city hall

iMessage

3:48



T

Tim >

We're gonna pick you up

Send me your location. Real quick

Chey sent me this and then called me after got outside

I ran to city hall and found her there trying to run away from Edwin

So fucked

Glad you found her

Me too

I can't stop shaking though

You and me both

He was trying to tell him something like you don't know my past with her and im a cop you don't know what I can do

I just want him gone like in the ground

Tell me*

Call your cop buds. You suck.

That dude sucks

What did he say to you

He talked like a guy that was full of shit

iMessage

3:48



Tim ›

He talked like a guy that was full of shit

Don't know how else to explain it, but I told him he was dull of shit

So did Alex

I wish I had gouged his eyes out

I haven't felt this violent in a while

I'll talk to her tomorrow and see what she wants to do

He said they've been dating for 6 months

Asked me if I wanted to see his texts for proof. I said yes, immediately

And?

It looked like a guy that texted a girl a million times a day and got 1 response a week

😐

He's been inappropriate and harassing her for 6 months, she's told me that much

iMessage

3:48

T

Tim >

He's been inappropriate and harassing her for 6 months, she's told me that much

Honestly doesn't even make a difference to me if they were dating and he's not making it up

Agreed

He made her feel unsafe tonight and I don't think he understands how much I care about that

We all care about that

He knows now

Sheesh I'm still shaking 🙄

Yea he knows now I guess.

Fun night

You home too?

Yeah I'm home

Well, glad you through hands at him

Here for you if you want to talk it out

I hope I did, I wish I was stronger.

I doubt he even felt anything

iMessage

Case ID: 230400452





Tim ›



Well, glad you through hands at him

Here for you if you want to talk it out

I hope I did, I wish I was stronger.

I doubt he even felt anything

Kid sucks

Sorry you and Chy had to go through thay

that*

Sat, Dec 17, 10:32 AM

Give me a call when you can!

Hit me up

Sun, Dec 18, 10:26 AM

You gonna be in the office tomorrow?

Yeah definitely

Cool, if you're still down, I'm gonna reach out to Joe Barry today to set up a time to talk to him.

Yeah please do, the earlier in the morning the better. I want to make sure Edwin can't get into the building tomorrow





iMessage



3:48

‹ 4

T

Tim ›

Yeah please do, the earlier in the morning the better. I want to make sure Edwin can't get into the building tomorrow

Even if chey isn't at work, I'm worried for my sake too. He's definitely pissed me at me

‼️

No I completely agree. There's clearly something off with him, and we all did things he's probably been stewing on the last 2 days

I'll let you know what JBARR says

How you holdin up?

Well I think the adrenaline has finally worn off but I still start shaking again every time I tell someone about it, it makes me so angry. I feel so guilty that I let her out of my sight

And you kept saying we should go look for her and I didn't

And he was doing all kinds of fucked up things throughout the night that I didn't catch

None of us did. So if you're implying in any way that you let this happen, you didn't. He found the perfect time

iMessage

3:49

None of us did. So if you're implying in any way that you let this happen, you didn't. He found the perfect time to strike, and he took advantage of it. And it sounds like he was doing that all night, and likely has done it before cuz he knows we'd all beat the shit out of him if he did it with us around.

I know 😟 I just wish he hadn't found that perfect time

I haven't talked to her yet about what her parents have said but I really hope she's willing to go to HR or the conversation we have with Joe is gonna be a weird one

**1 Reply**

Hey, at least you found her. Would've been worse if you didn't take it as seriously as you did.

I haven't talked to her yet about what her parents have said but I really hope she's willing to go to HR or the conversation we have with Joe is gonna be a weird one

It's one we have to have. Happy to meet up with you before to figure out how to go about that convo.

I just texted her, hopefully she's awake and looking at her phone

iMessage

3:49





T

Tim ›



> I haven't talked to her yet about what her parents have said but I really hope she's willing to go to HR or the conversation we have with Joe is gonna be a weird one

It's one we have to have. Happy to meet up with you before to figure out how to go about that convo.

> I just texted her, hopefully she's awake and looking at her phone

> Is everyone else in the loop about us talking to Joe?

> I'm going to talk to Chey around 2. She'll be home then. Any way we can talk to Joe after then?

From barry

I don't want to put you on the spot but should we talk today about the thing you emailed me about.  If you and she want to meet today let me know or can talk by phone.

> Okay alright

> Let's say 3:30 so that gives me enough room

He said he's down to meet at the office at 4

  iMessage 

3:49

Case ID: 230400452

**T**

Tim ›

He said he's down to meet at the office at 4

If works for you, I'd be down to meet with you before that

Office at 4 works. I don't know if I'll have much time beforehand but we should definitely get everything straight first. So maybe I can meet you there 3:45?

Cool. I'm driving down now to work, so just come through my office when you get there

Sounds good

Dude why the fuck does the firm have our home addresses posted on the office directory

They're so stupid I swear to god

Didn't know they did that either

What did Roxanne say?

Shes cool with us handling

Will tell you more when you get to my office

Okay thanks!

iMessage

  

T

Tim ›

Didn't know they did that either

What did Roxanne say?

Shes cool with us handling

Will tell you more when you get to my office

Okay thanks!

Okay so change in plan, Roxanne is coming too. Chey requested that Roxanne be there. I'm going to talk to chey about her possibly coming as well

Sounds good. You reaching out to Roxanne?



Already called her just now!

Mon, Dec 19, 12:09 PM

Hey what are you up to right now

Wanna meet me and chey at deco while we eat and get coffee? I'd rather us not go on our own

Ha, just walked in here

Come on down

    iMessage



3:50



Tim ›

Come on down

Hahaha okay coming

Give me a call when you get back to Wilmington, assuming yall are coming back

Okay. We might be there until late tonight

Is it an emergency? I can call you outside the station quickly if it is

Or right now in the car

Nah, no worries. We can grab lunch or somethin tomorrow if that works

Okay sounds good

Tue, Dec 20, 10:47 AM

Coffee/lunch later?

Yesss

We're coming in later too

Cool, I'll text Chey

If you're still down for lunch later, let me know. Otherwise I'll try and catch you in the office before I head out

iMessage

Case ID: 230400452

2:48AM - 12/17/2022

*Filed and Attested by the Office of Judicial Records 08 FEB 2024 02:26 pm C. PERRY*

PARTIES: EDWIN LEON, GENEVIEVE BOLAND, and CHEYENNE GOODMAN

EDWIN LEON: Hello?
CHEYENNE GOODMAN: Hello.
EDWIN LEON: Who is this?
CHEYENNE GOODMAN: Why did you do this?
EDWIN LEON: Why did I do what?
CHEYENNE GOODMAN: Scared me.
EDWIN LEON: I what?
CHEYENNE GOODMAN: You scared me.
EDWIN LEON: I scared you?
CHEYENNE GOODMAN: Yeah.
EDWIN LEON: How?
CHEYENNE GOODMAN: [unintelligible]
EDWIN LEON: Chey I can't understand you.
CHEYENNE GOODMAN: [unintelligible]
EDWIN LEON: Chey I can't understand you I don't know what you're saying.
CHEYENNE GOODMAN: I said all of it.
EDWIN LEON: I don't - I don't - all of what?
CHEYENNE GOODMAN: Everything. Why didn't — [unintelligible] panic attack
GENEVIEVE BOLAND: Say what, what are you talking about?
EDWIN LEON: Chey what - what - are you there?
CHEYENNE GOODMAN: I'm here.
EDWIN LEON: What's going on?
CHEYENNE GOODMAN: I feel like I'm going to have a panic attack.
EDWIN LEON: Are you okay? Do you need me to call somebody?
CHEYENNE GOODMAN: Uh-uh.
EDWIN LEON: First did you make it home okay?
CHEYENNE GOODMAN: Uh-huh.
EDWIN LEON: Are you safe?
CHEYENNE GOODMAN: I'm home.
EDWIN LEON: Chey are you home safe at least.
CHEYENNE GOODMAN: I'm home.
EDWIN LEON: Okay. What happened tonight?
CHEYENNE GOODMAN: You scared me.
EDWIN LEON: I scared you?
CHEYENNE GOODMAN: Uh-huh.
GENEVIEVE BOLAND: What did I do to scare you? I don't understand how. What did I do to scare?
CHEYENNE GOODMAN: [unintelligible]
EDWIN LEON: What?
CHEYENNE GOODMAN: Can - Can i just have a moment?

EDWIN LEON: Yeah no, take your breath. Take a second.

GENEVIEVE BOLAND: What is she talking about?

EDWIN LEON: She's playing. She's playing. She's gonna walk it back. She's done this before.

CHEYENNE GOODMAN: What happened?

GENEVIEVE BOLAND: I don't get it.

CHEYENNE GOODMAN: Are you home?

EDWIN LEON: Can I do anything?

CHEYENNE GOODMAN: Are you home?

EDWIN LEON: I'm home yeah. Dude I - I have scratches on my face.

CHEYENNE GOODMAN: From what?

EDWIN LEON: Nehama attacked me.

CHEYENNE GOODMAN: What?

EDWIN LEON: Yeah like did you not see it?

CHEYENNE GOODMAN: [unintelligible]

GENEVIEVE BOLAND: Resay it. I would just say everything that Nehama said.

EDWIN LEON: Wait. Did you hear what Nehama said to me?

CHEYENNE GOODMAN: No.

EDWIN LEON: She literally goes, it you ever put your hands on her again I will kill you, Jesse will kill you, as she's hitting me.

CHEYENNE GOODMAN: I didn't - I can't breathe. Can you talk? I can't breathe.

EDWIN LEON: What?

CHEYENNE GOODMAN: Can you just talk? I can't breathe.

GENEVIEVE BOLAND: Don't call her back, tell her to call you back when she's ready.

EDWIN LEON: Chey can you call me back when you catch your breath? I want you to be safe can you call me back?

CHEYENNE GOODMAN: Can you just talk please?

EDWIN LEON: I don't know what to talk about Chey I'm so confused about what happened tonight. Like I thought we were getting french fries and all of a sudden Nehama was beating the shit out of me and I don't know what to do about that. Like. Do you know what she was talking about?

CHEYENNE GOODMAN: She called me.

EDWIN LEON: What?

CHEYENNE GOODMAN: She called me.

EDWIN LEON: She called you?

CHEYENNE GOODMAN: She called me.

EDWIN LEON: Who did?

CHEYENNE GOODMAN: Nehama.

EDWIN LEON: Like just now, do you have to go?

CHEYENNE GOODMAN: No.

EDWIN LEON: Wait Nehama called you?

CHEYENNE GOODMAN: Uh-huh.

EDWIN LEON: Do you have to go?

CHEYENNE GOODMAN: No.

GENEVIEVE BOLAND: Like what are you talking about when did Nehama call you?

Case ID: 230400452

CHEYENNE GOODMAN: I just need a moment.

EDWIN LEON: Alright take your time make sure you're safe.

CHEYENNE GOODMAN: [unintelligible]

EDWIN LEON: What's that?

CHEYENNE GOODMAN: How did you get home?

GENEVIEVE BOLAND: I drove. I'm sober.

EDWIN LEON: I drove. The cops talked to me and they gave me a breathalyzer and I'm literally sober so I was able to drive.

CHEYENNE GOODMAN: They didn't talk to me.

EDWIN LEON: Well that's why I'm confused. So after like Nehama started to hit me um Emily and her boyfriend literally carried you away and Nehama ran to you and she was still screaming at me and like walking away -

CHEYENNE GOODMAN: I was having a panic attack.

EDWIN LEON: What?

CHEYENNE GOODMAN: I was having a panic attack.

EDWIN LEON: Right now or before?

CHEYENNE GOODMAN: Before.

GENEVIEVE BOLAND: Why don't we talk another time then? Well it was before. Tell her what the guys said. Just say you were missing something I don't understand.

EDWIN LEON: Chey like I'm confused because like I care about you and I want to understand what happened. Like I don't understand what happened tonight. After you left Tim and Alex walked up to me and were like we talked to Nehama like we know what you did and i was like what are you guys talking about? And like we -

CHEYENNE GOODMAN: She called me and - she called me and - [unintelligible] and I was just asking you to stop chasing me and she thought they were going to pick me up and take me home and I hung up and and [unintelligible] I was having a panic attack and -

GENEVIEVE BOLAND: Oh she was just - she was blacked out - she literally just blacked out

CHEYENNE GOODMAN: [unintelligible] and then you collapsed and I didn't know what to do.

EDWIN LEON: But that's what I'm saying like I'm confused because I heard you on the phone because you were like I'm walking to City Hall to get an Uber by myself I don't know why they came like why did they come?

CHEYENNE GOODMAN: I don't know why they came. Because they didn't want me to Uber by myself.

GENEVIEVE BOLAND: That's why you were there.

CHEYENNE GOODMAN: I just wanted to be alone. Let me be alone and I can't -

EDWIN LEON: Well Chey I'm confused because like I understand they showed up because they cared about you but that's the reason why I was there, that's the reason I was following you because like you got kicked out of the bar and then you just started running to City Hall like I didn't want to leave you alone. I don't -

CHEYENNE GOODMAN: I just wanted to be alone.

GENEVIEVE BOLAND: That's fine but you can't be in the middle of fucking Philly.

EDWIN LEON: Well no I understand what you're saying I know you wanted to be alone but like you can't do that in the middle of Philly you can't do that in the middle of the city. Especially at 1 o'clock in the morning after drinking.

Case ID: 230400452

GENEVIEVE BOLAND: You were just trying to make sure she got in an Uber okay.

CHEYENNE GOODMAN: I wanted to be alone and you were chasing me –

EDWIN LEON: Well -

GENEVIEVE BOLAND: You weren't chasing her - were you running?

EDWIN LEON: Yeah, I was definitely chasing her.

GENEVIEVE BOLAND: Oh.

EDWIN LEON: Chey I mean like the whole point though as my car was in the city. I didn't drink I was trying to make sure you got in an Uber safely. I was going to walk back to my car.

CHEYENNE GOODMAN: Can you -

EDWIN LEON: Like I just wanted to make sure you were safe Chey, I heard you on the phone, I heard you telling everybody that you were taking the Uber alone, I just wanted to make sure you got in the Uber. The whole point was to walk with you, get you in the Uber, and then go home. Like you know I would have gotten you home, you could have gone home with me, like whatever you wanted I just wanted to make sure you were safe.

CHEYENNE GOODMAN: I just - wanted to be able to walk alone and you were chasing me -

GENEVIEVE BOLAND: She's drunk this is completely - this is ridiculous.

EDWIN LEON: But, given how drunk she is is helpful and that's okay to record it too.

GENEVIEVE BOLAND: I don't know…

EDWIN LEON: Like. I. Chey. I think what I'm confused about is did I do something wrong? Like do you think I did something wrong?

CHEYENNE GOODMAN: You were chasing me. I can't breathe. Can you hold on. Just -

CHEY GOODMAN HANGS UP.

GENEVIEVE BOLAND: What the fuck bro?

EDWIN LEON: You see what I'm dealing with?

2:59AM - 12/17/2022
PARTIES: EDWIN LEON, GENEVIEVE BOLAND, and CHEYENNE GOODMAN

Filed and Attested by the
Office of Judicial Records
09 FEB 2024 02:26 pm
C. PERRY

EDWIN LEON: Hello? Hello?
CHEYENNE GOODMAN: I'm here
EDWIN LEON: Are you okay?
CHEYENNE GOODMAN: [unintelligible]
EDWIN LEON: Chey do you want me to call somebody? Should I call the ambulance or something?
CHEYENNE GOODMAN: No please. I'm fine - I'm fine now.
GENEVIEVE BOLAND: I gotta go downstairs for two minutes
CHEYENNE GOODMAN: I'm fine - I'm fine.
EDWIN LEON: Wait, give me a sec let me grab my airpods
EDWIN LEON: Hello?
CHEYENNE GOODMAN: I'm here.
EDWIN LEON: Can you hear me now?
CHEYENNE GOODMAN: Yeah.
EDWIN LEON: Okay, sorry. Dude it was. It's such a weird night I thought we were fine and - what happened?
CHEYENNE GOODMAN: I just wanted you to stop chasing me. You would stop chasing me and - and I'm - [unintelligible]
GENEVIEVE BOLAND: Why did Nehama start hitting me?
EDWIN LEON: No I I get that like you asked me to go get you french fries I understand that you didn't want me chasing you like I was only with -
CHEYENNE GOODMAN: You were chasing and I -
EDWIN LEON: But why did Nehama start hitting me?
CHEYENNE GOODMAN: Because she called me while you were chasing.
EDWIN LEON: But why did she say that though? She said don't ever put your hands on her again like why?
CHEYENNE GOODMAN: I don't know - she called me while you were chasing me and I'm running - she and I - and I was trying to tell her to come pick me up I want to go home and he was chasing me and she heard me tell you stop chasing me and - I don't - I need - I can't get this off. I can't breathe. I can't breathe.
EDWIN LEON: Do you need me to call somebody?
CHEYENNE GOODMAN: No. Can you just -
EDWIN LEON: Do want me to text Jesse or Nehama or somebody to come check on you?
CHEYENNE GOODMAN: No. I need the water to run and then I'll be fine.
CHEYENNE GOODMAN: [unintelligible]
GENEVIEVE BOLAND: This is worse
EDWIN LEON: I'm here are you okay?
CHEYENNE GOODMAN: Hello?
EDWIN LEON: Hello?
CHEYENNE GOODMAN: Are you still there?
EDWIN LEON: Yeah are you okay?

CHEYENNE GOODMAN: I'm fine I just needed the hot water, I'm fine.

EDWIN LEON: She really might not be okay. I really - if she [unintelligible] I really should call somebody. Like she like -

GENEVIEVE BOLAND: She knows what to do. Like you just have to get her to try and calm down.

EDWIN LEON: Like she probably genuinely can't breathe because her CF like if she has a panic attack she could die.

GENEVIEVE BOLAND: Just try and calm her down.

EDWIN LEON: Are you okay? Just -

CHEYENNE GOODMAN: I'm okay.

EDWIN LEON: Just try to breathe. Just try to slow down. I'm here just slow down, take a deep breath. Chey like you're okay just please take a deep breath.

CHEYENNE GOODMAN: [unintelligible]

GENEVIEVE BOLAND: It's not worth saying anything about what the guys said just save that for when she's not having a panic attack it's not worth it.

EDWIN LEON: [unintelligible]

GENEVIEVE BOLAND: Just say I feel like I'm missing something like I don't know why she had the reaction that she did

EDWIN LEON: Chey. Chey. Chey can I ask you something?

CHEYENNE GOODMAN: Yeah.

EDWIN LEON: Are you okay, like do you need a second or?

CHEYENNE GOODMAN: I'm fine I just [unintelligible]

EDWIN LEON: What did you say?

CHEYENNE GOODMAN: I'm fine I just needed the hot water I'm fine.

Case ID: 230400452

3:06AM - 12/17/2022
PARTIES - EDWIN LEON, GENEVIEVE BOLAND, and CHEYENNE GOODMAN

Filed and Attested by the
Office of Judicial Records
09 FEB 2024 02:26 pm
PERRY

EDWIN LEON: I just - I'm so confused like what. Like I totally understand that like you know people were drinking, stuff happens, but I don't understand why Nehama attacked me like I don't get that.

CHEYENNE GOODMAN: She - she called me while you chased me. She called me and I answered while you chasing me and I put the phone down and I didn't hang up and she heard me yelling at you please stop chasing me.

EDWIN LEON: But why would she attack me because I was chasing you?

CHEYENNE GOODMAN: I don't know.

EDWIN LEON: Like you didn't say anything else that would make her do that? Like I just Chey I don't -

CHEYENNE GOODMAN: [unintelligible] I was talking on the phone - talking to you and you were right there and I was scared.

EDWIN LEON: But what were you scared of?

CHEYENNE GOODMAN: You were chasing me

EDWIN LEON: I was trying to get you home safe Chey.

GENEVIEVE BOLAND: [unintelligible]

CHEYENNE GOODMAN: I was begging you to stop.

EDWIN LEON: Wait Chey did you genuinely not say anything for her to attack me like that?

CHEYENNE GOODMAN: I - I - [unintelligible] please stop chasing me. You were chasing me and I was holding it.

GENEVIEVE BOLAND: [unintelligible] if they tried.

EDWIN LEON: No Chey I - I'm concerned about like what she said. She said like don't ever put your hands on her again and I don't know what she was talking about.

GENEVIEVE BOLAND: [unintelligible]

CHEYENNE GOODMAN: I can't - I can't I can't breathe can you just take a second. I'm home.

EDWIN LEON: Chey listen I want you to be safe and I don't think you're okay right now. Can you please get to bed and maybe like call me tomorrow and we can talk about it. I don't think it's a good idea for you to talk right now you don't sound okay.

CHEYENNE GOODMAN: I'm okay.

EDWIN LEON: Alright let's just talk tomorrow okay? Alright I'll talk to you tomorrow okay?

CHEYENNE GOODMAN: No.

EDWIN LEON: Call me tomorrow

CHEYENNE GOODMAN: Bye.

EDWIN LEON: Alright sweet dreams

GENEVIEVE BOLAND: Sweet dreams?

3:09AM - 12/17/2022
PARTIES: EDWIN LEON, GENEVIEVE BOLAND, and CHEYENNE GOODMAN

Filed and Attested by the
Office of Judicial Records
09 FEB 2024 02:26 pm
C. PERRY

GENEVIEVE BOLAND: Just be like I have to go to bed
EDWIN LEON: Hello? Hello?
CHEYENNE GOODMAN: What just happened?
EDWIN LEON: Hello?
CHEYENNE GOODMAN: Hello?
EDWIN LEON: Yeah, can you hear me?
CHEYENNE GOODMAN: What -what just happened?
EDWIN LEON: I said goodbye. Like I need to get to bed like I don't know what's.
CHEYENNE GOODMAN: Can you can you can you not?
EDWIN LEON: I just feel like I can't talk to you right now like I wanna figure out what happened
so we can fix this but I don't know what to do here.
CHEYENNE GOODMAN: Can you just talk about things that are not this for a moment?
EDWIN LEON: Wait what did you say?
CHEYENNE GOODMAN: Can you just talk about [unintelligble]
GENEVIEVE BOLAND: I don't have really anything else to talk about. Nehama - everybody
ganged up and I have no idea what's going on and I can't get to the bottom of it and I just want
to go to bed and be done
EDWIN LEON: Chey I -
CHEYENNE GOODMAN: Can you talk can you -
EDWIN LEON: Yeah but Chey you have to listen to me like I was literally attacked tonight. I was
attacked by Nehama I was attacked by Tim I was attacked by Alex. I don't know what's going on
I don't know what I'm missing here.
CHEYENNE GOODMAN: I was having a panic attack and I couldn't talk to anybody and I - can
you just talk about -
EDWIN LEON: Okay -
CHEYENNE GOODMAN: Can you talk about - can you please -
EDWIN LEON: Chey I'm sorry I can't right now. I'm so confused I have to go.
CHEYENNE GOODMAN: Please don't.
EDWIN LEON: Chey if you can't talk to me I have to go.
CHEYENNE GOODMAN: I'm trying to calm down.
GENEVIEVE BOLAND: What else is there? Just be like I have to go to bed. I'm going to bed.
EDWIN LEON: I'm going to bed it's been a long night. I have nothing else to talk about
CHEYENNE GOODMAN: I'm trying - I'm trying.
EDWIN LEON: I'm just trying to get information out of drunk her and it's so hard.
GENEVIEVE BOLAND: She's making it worse though when she keeps fucking saying shit. Like
hey can you stop? Everytime she fucking adds something.
EDWIN LEON: [unintelligible] she doesn't want to be alone [unintelligible]
GENEVIEVE BOLAND: I don't know bro.
EDWIN LEON: Chey. If you want to talk like I'll talk to you but I have to go to bed it's been a long
night.
CHEYENNE GOODMAN: I'm trying.

Case ID: 230400452

EDWIN LEON: I'll go to my house and record it but I'll just [unintelligible] I have to get my MacBook to record it.

GENEVIEVE BOLAND: I think it has voice memos. Or just like I don't know. Fuck.

EDWIN LEON: Like.

GENEVIEVE BOLAND: I don't know.

EDWIN LEON: Do I stink?

GENEVIEVE BOLAND: You stink right now.

EDWIN LEON: I'm here.

CHEYENNE GOODMAN: Are you home?

EDWIN LEON: Yeah I'm home, I'm just like laying in bed because I just don't know what to do like I just gotta get some sleep.

CHEYENNE GOODMAN: Can you Facetime me?

GENEVIEVE BOLAND: Yeah give me a second.

EDWIN LEON: Yeah I just. Wait can I get undressed real quick?

CHEYENNE GOODMAN: Okay. Alright let me call you back.

8:57



SE  NH

2 People >



*Filed and Attested by the Office of Judicial Records 09 FEB 2024 02:26 pm C. PERRY*

Nehama  Hanoch

I know I'm still physically shaking from the shock and anger. She is really scared of him and what he'll do to her. He has a lot of guns

Sabrina  Espinal

I can't believe he said they had been in a relationship for 6 months even if they have he shouldn't be acting like that. That is so crazy.

Nehama  Hanoch

I think he's deranged and I mean that literally

Sun, Dec 18 at 4:56 PM

Nehama  Hanoch



As a heads up, we talked to the head of the firm tonight and Edwin is getting a call tonight that his credentials are being revoked. Edwin is likely going to freak out and may try to contact one of you or otherwise get into the building. I don't know. But I wanted to give you a heads up that he is

   iMessage 

Case ID: 230400452

8:57



SE    NH

2 People >





*Filed and Attested by the
Office of Judicial Records
09 FEB 2024 02:26 pm
C. PERRY*

Nehama  Hanoch

As a heads up, we talked to the head of the firm tonight and Edwin is getting a call tonight that his credentials are being revoked. Edwin is likely going to freak out and may try to contact one of you or otherwise get into the building. I don't know. But I wanted to give you a heads up that he is about to become very volatile.

And I just want to confirm that neither of you has ever told him my apt number? I'm not sure if it has ever come up but I have to cover my bases



Correct.

Nehama  Hanoch

Chey's story is much worse than I had thought yesterday

Omg

Nehama  Hanoch

He's extremely dangerous

  iMessage 

8:57

SE  NH

2 People >

Filed and Attested by the
Office of Judicial Records
09 FEB 2024 02:26 pm
C. PERRY

Nehama  Hanoch

**He's extremely dangerous**

Like the story from that night? Or in general

I'm just so shocked

Nehama  Hanoch

**In general**

Wow

Sabrina  Espinal

**Omg wow**

Were they in a relationship? Or did he make that up

Nehama  Hanoch

**I don't want to say because she is feeling very awful about it. But I'm telling you just so you know the gravity of it all, I'm sorry for being so alarming 😐**

Ugh

iMessage

Case ID: 230400452

Filed and Attested by the
Office of Judicial Records
09 FEB 2024 02:26 pm
C. PERRY

8:57

**SE**  **NH**

2 People >

> Why is she feeling awful?? She shouldn't

1 Reply

> Was the managing partner understanding

Nehama Hanoch

After chey finished talking the first words out of his mouth we're "chey I believe you"

> Why is she feeling awful?? She shouldn't

1 Reply

Nehama Hanoch

Very common for victims to blame themselves

> So sad. Poor Chey :(

Nehama Hanoch

I know, she can't stop crying

> Do you really think he would come to the building?? I've never seen him in that state so

iMessage

Case ID: 230400452

7:22    LTE



Timothy ›

Filed and Attested by the Office of Judicial Records 09 FEB 2024 02:26 pm PERRY



Sat, Dec 17, 12:24 AM

Watching nehama and chy dance together is the worst time of my life

Sorry if your wife sees this

Sat, Dec 17, 7:47 AM

Hahahahahaha why?

Sat, Dec 17, 10:24 AM

Waiting with baited breadth

Jesus

My bad

Deleting that

Lol. Gotta give me some details

Bro, you have no idea

To put it simply, Edwin harassed Chey last night and Nehama punched him in the face I think

Edwin then called the cops and

      iMessage    

            

Case ID: 230400452



**7:22** LTE

**TP**

Timothy >

Edwin then called the cops and entered a complaint I think

Wtf

Are you fucking serious?

Yeah

What did he do to Chey?

Was Roxanne there for all this?

No, me and Alex were with Roxanne and her sister walking to Alexs car when we ran into them. Chey was hyperventilating and then me and alex ran around and found edwin with the cops

I don't know exactly what happened yet. Will fill you in when I know more

Was she locked up?

Yeah, I just talked to Nehama and Chey isn't doin good which kind of tells you everything

iMessage

Case ID: 230400452

7:23    LTE

TP

Timothy

when I know more

Was she locked up?

Yeah, I just talked to Nehama and Chey isn't doin good which kind of tells you everything

Fuck

What did he do to Chey? Nehama may have just been defending a friend from a sexual assault. She might have to file a complaint to help Chey

That's what Nehama just said she thinks happened.

She's gonna have to file a complaint to counter edwins. Apparently edwin called chey last night after everything happened and threatened her that he was gonna press assault charged on edwin if chey didn't text all of us and tell us he didn't do anything to her

iMessage

Cash

Case ID: 230400452

4:11





Roxanne ›



*Filed and Attested by the Office of Judicial Records 09 FEB 2024 02:26 pm C. PERRY*

Sat, Dec 17, 11:11 AM

Call me

I will

On a call

Sat, Dec 17, 1:43 PM

You talk to her yet? How is she?

Yes i did

She's just still sobbing

She told me exactly what happened

Not rape, but definitely assault and she thinks if her managed to get her in his car he would have raped her

Alex, tim, Nehama and i are going to JBARR on Monday

Ok. Is she going to file a police report?

iMessage

       

      

Case ID: 230400452

4:11





Roxanne >

You talk to her yet? How is she?

Yes i did

She's just still sobbing

She told me exactly what happened

Not rape, but definitely assault and she thinks if her managed to get her in his car he would have raped her

Alex, tim, Nehama and i are going to JBARR on Monday

Ok. Is she going to file a police report?

She is going to talk to her parents first

I didn't want to push her on that

Was Nehama actually arrested?

No

   iMessage  

      

Case ID: 230400452



*Filed and Attested by the
Office of Judicial Records
09 FEB 2024 02:26 pm
C. PERRY*


16:19

Oh good good

Call me whenever you like if you want

Sat, Dec 17, 10:08 PM

I love you girl 🖤 hope you're getting some good sleep in now

❤️ love you more, thank you for everything. Just took a xanax so i will be

Ah you know I love xanax. You'll sleep

iMessage

1:30

CG

Chey ›

Sun, Dec 18, 10:57 AM

How's you sleep girl?

How did*

When you're up for it, wanna give me a call to talk a little bit? We would like to make sure Edwin can't get into the building starting tomorrow for all of our safety, especially yours and mine. But I don't want to say anything until I've spoken with you first.

really well actually, i'm taking some xans home with me

1 Reply