**Tab 46-2**

3:54





Sabrina ›

4

Filed and Attested by the
Office of Judicial Records
09 FEB 2024 02:26 pm
C. PERRY



Sat, Dec 17, 8:58 PM



Hey! How are you doing?

The adrenaline finally work off I think. I'm so exhausted I'm gonna go to bed

But honestly not good

I'm really worried about chey and also a little bit myself bc I flew off the handle at him and I know that hit a nerve for him

I am really still in shock. I'm so sorry both you and chey had to go through all that. I hope chey is okay because that sounds so traumatizing and having to work with him is really no okay at this point. You know we have your back and we are going to be there for you no matter what.

Thank you so much girl you don't even know how much it means to me that you're so supportive

I hope chey gets herself some good counseling

His last day is in 2 weeks but no way are we letting him set foot in the firm

I'm worried he like sexually assaulted

      iMessage    

Case ID: 230400452

3:54



Sabrina ›

I am really still in shock. I'm so sorry both you and chey had to go through all that. I hope chey is okay because that sounds so traumatizing and having to work with him is really no okay at this point. You know we have your back and we are going to be there for you no matter what.

♥

Thank you so much girl you don't even know how much it means to me that you're so supportive

I hope chey gets herself some good counseling

His last day is in 2 weeks but no way are we letting him set foot in the firm

I'm worried he like sexually assaulted her I really hope she is able to talk to someone about what happened so that she doesn't hold it all in.

And then for him to basically threaten her with filing something against you is so wild

Me too. He was clearly trying to assault her in the bar

I wish I hadn't let her out of my sight

  iMessage 

Case ID: 230400452

3:55



Sabrina >

I wish I hadn't let her out of my sight

I know you do because you're an amazing friend but you did the best you could. No one could have predicted how crazy Edwin truly is.

Has Jesse been able to talk to chey and get her to talk to HR or her family?

Sun, Dec 18, 10:31 AM

Jesse and I both talked to her yesterday morning and she said she was going to talk to her parents before deciding anything



But I don't think there's a way around talking to HR tomorrow morning. I need to make sure I'm safe too, which means Edwin can't be allowed in the building for the next two weeks before he leaves

He's definitely mad at me for intervening and I don't feel safe with him around

Sun, Dec 18, 11:57 AM

1000% especially since it's gone way past the events that happened that night with now him threatening to file stuff against you. You gotta be safe

iMessage

3:55





Sabrina >

Sun, Dec 18, 11:57 AM

1000% especially since it's gone way past the events that happened that night with now him threatening to file stuff against you. You gotta be safe too

Yeah exactly and chey agrees with that too. I'm meeting with the head of the firm at 4 today to talk

Have you thought about what you are going to say?

Oh yea it's very complicated and depends a lot on what chey is willing to have out there

I'm talking to chey in a few hours about it

That's good so you guys will be on the same page just in case the head of the firm contacts Edwin. Who knows what he's capable of rn.

Sun, Dec 18, 7:25 PM

Do you still have Edwin on ig? If so can you watch his story real quick

Let me double check

His story is Messi from the Argentina winning the World Cup



iMessage


Case ID: 230400452

3:35



**Sabrina** ›

Sun, Dec 18, 7:25 PM

Do you still have Edwin on ig? If so can you watch his story real quick

Let me double check

His story is Messi from the Argentina winning the World Cup

Thank you!

No problem! Did the head of the firm call him?

Not yet but soon. They're still working with IT on revoking all his access and then they will call

How are you feeling?

Awful

Chey is sleeping here with me tonight

I'm worried about you. How is chey doing?

She feels relieved she went to the firm

I'm worried he is gonna come for us

Mon, Dec 19, 5:04 PM

iMessage

Case ID: 230400452

3:35



Sabrina ›

Mon, Dec 19, 5:04 PM

I can't even imagine. I'm really still in shock. Has he been threatening her ?

I can't talk about this over text anymore 😬

Okay I'll call you after I finish this notice of commencement. I'm so worried about you. This is scary

Let me call later tonight. I'm doing something right now!

Okayy sounds good!

Tue, Dec 20, 5:18 PM



iMessage

Case ID: 230400452

3:56



Sabrina ›

Thu, Dec 22, 4:08 PM



I don't wanna say much over text but I just want to say that I am very very sorry you and Alex are getting dragged through this at all. I know it's not fair to either of you. I also want to keep Alex far away from it

It's okay! I just love him so so much so I never want him involved in anything where neither him nor I know the details of or info, and serious things are happening. I'm just so protective over him. I really hope that this was just a one and done thing with Edwin because he's going to leave me no choice but to be like back off from Alex.

Idk I just feel like Alex should be off limits so I don't understand why message him out of the blue.

I agree Alex should be off limits. Has he message Alex back?

Not that I know of. I was just on the phone with him and Alex didn't say anything.

Okay good, hopefully he doesn't involve him at all

  iMessage 

Case ID: 230400452

3:37



Sabrina ›

Mon, Jan 2, 1:28 PM

> Have you heard/seen anything about some kind of countdown on Edwin's story

He may have but I'm not sure because I usually don't look closely at stories of ppl I'm not close to.

> Oh wow that's perfect timing for you though isn't it

Exactly which may be perfect for us so I'm excited 

It'll depend on the kitchen tho because I can't tell the color

> Like the color of the countertops??

> Is it a 1 or 2 bed?

Im hoping it may be white with black but I can't tell if it's actually dark brown

> Brown seems unlikely

> White with black sounds pretty

> Can I call you real quick?

  iMessage 

Case ID: 230400452



**3:57**

**Sabrina** ›

Tue, Jan 3, 9:08 PM

Hey. So Edwin was served with an emergency ex parts PFA tonight. I'm going to talk to Idrienne soon to let her know too. I just wanted to let you know

Parte *

Tue, Jan 3, 10:42 PM

Hey! Okayy

Sun, Jan 15, 10:39 AM

Was that you I just saw lol

Yes lmfaoooo

I'm getting some water from my moms car 😂

Omg my bad

I was in a rush to get out I'm going home for my moms bday

I haven't seen you in forever

Or Gabbie lol

I know I've been gone for long lol. I literally just got back last week on Monday night in a rush to see the apartment in jersey. Then my mom came Friday so she could see it, and

  iMessage 

Case ID: 230400452

**3:58**



Sabrina ›

Tue, Feb 14, 11:25 PM

Hey can I ask a favor

Hey yes what's up?

Can you and Alex please block Edwin from anything you have him? I really don't feel comfortable with him being able to have any kind of access to mine or Chey's life, even if it's very remote. And I also want edwin (and chey) to know that he does not have your support

I think he's taking the fact that you guys still follow him to mean that you don't know what's going on or don't have an opinion on it



Yea I will explain things to Alex and let him know

It means a lot to me thanks girl

Yea of course no problem! Alex is here so I will talk to him and let him know what's been happening.

Okie tell him whatever you feel is necessary, its probably easier if he understands why

  iMessage 

Case ID: 230400452



Filed and Attested by the
Office of Judicial Records
09 FEB 2024 02:26 pm
C. PERRY

8:57

SE NH

2 People

Sat, Dec 17 at 1:48 PM

**Nehama Hanoch**

Hey y'all

Can you please let me know if Edwin reaches out to you at all? And if he does, do not answer him please

**Sabrina Espinal**

Hey! Will do. I haven't heard from him in months

Yes

Did he reach out to you?

**Nehama Hanoch**

Can I call you guys

Yes

**Sabrina Espinal**

Yes

**Nehama Hanoch**

FaceTime
Call Ended

Sabrina Espinal

iMessage

Case ID: 230400452

# ML&T

## McMAHON, LENTZ & THOMPSON
### ATTORNEYS AT LAW

John I. McMahon, Jr.
Erin C. Lentz-McMahon
Brooks T. Thompson

June 29, 2023

John I. McMahon, Sr. (1959-2004)

Filed and Attested by the
Office of Judicial Records
89 FEB 2024 02:26 pm
C. PERRY

Edwin Leon
622 Fulton Street
Conshohocken, PA 19428

**Re:**   **Edwin Leon / Criminal Investigation**

Dear Mr. Leon:

I am writing with respect to our representation of you relative to the Plymouth Township Police Department criminal investigation in which you were a prior subject, relating to allegations of sexual assault.  Based on your oral interview to Detective Moretti and your passing the polygraph exam conducted by James McGowan, former Montgomery County Detective, this will confirm that I have been advised by law enforcement and the District Attorney's Office of Montgomery County that they have concluded their investigation and no charges will be filed against you.

Please let me know if you have any further questions.

Very truly yours,

**McMAHON, LENTZ & THOMPSON**

John I. McMahon, Jr.

JIMJR:lal

☐ 21 West Airy Street
Norristown, PA  19401
(610) 272-9502
Fax (610) 272-1036

☐ 711 West Avenue
Second Floor
Jenkintown, PA  19046
(800) 859-6262

WWW.MCMAHON4LAW.COM

Case ID: 230400452

Filed and Attested by the
Office of Judicial Records
09 FEB 2024 01:26 pm
C. PERRY

**Thu, Dec 29 at 18:42**

...CK?

No but it didn't go right to VM

Did you leave a VM ?

**Fri, Dec 30 at 13:32**

Hey I'll call you back as soon as I can — in a thing with my kids

iMessage

Case ID: 230400452



*Filed and Attested by the
Office of Judicial Records
09 FEB 2024 02:26 pm
C. PERRY*

## In the Matter Of:

*CHEYENNE GOODMAN vs*

*EDWIN LEON*

---

# CHEYENNE GOODMAN

# March 15, 2023

---



1

```
 1              IN THE FAMILY COURT

 2            OF THE STATE OF DELAWARE

 3          IN AND FOR NEW CASTLE COUNTY

 4

 5
   CHEYENNE GOODMAN,          )
 6                            ) File No.
          Petitioner,        ) CN23-01005
 7                            ) Petition No.
   v.                         ) 23-00029
 8                            )
   EDWIN LEON,                )
 9                            )
          Respondent.         )
10

11

12          Deposition of CHEYENNE GOODMAN

13      taken pursuant to notice at the law

14      offices of Bayard, P.A., 600 North King

15      Street, 4th Floor, Wilmington,

16      Delaware, beginning at 2:25 p.m. on

17      Wednesday, March 15, 2023, before Kurt

18      A. Fetzer, Registered Diplomate

19      Reporter and Notary Public.

20

21
               LEXITAS REPORTING
22        Registered Professional Reporters
                 1330 King Street
23          Wilmington, Delaware 19801
                 (302) 655-0477
24             www.lexitaslegal.com
```

Cheyenne Goodman - March 15, 2023

2

```
 1   APPEARANCES:

 2        PATRICIA M. WEIR, ESQ.
          THE YEARGER FIRM, LLC
 3          2 Mill Road - Suite 105
            Wilmington, Delaware  19806
 4          For the Petitioner

 5        KARA M. SWASEY, ESQ.
          BAYARD, P.A.
 6          600 North King Street - Suite 400
            Wilmington, Delaware  19801
 7          For the Respondent

 8   ALSO PRESENT (REMOTELY):
          EDWIN LEON
 9

10               -   -   -   -   -

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

Case ID: 230400452

Cheyenne Goodman - March 15, 2023

3

1             CHEYENNE GOODMAN,

2        the deponent herein, having first

3        been duly sworn on oath, was

4        examined and testified as follows:

5               EXAMINATION

6    BY MS. SWASEY:

7      Q.   Ms. Goodman, have you ever had

8    your deposition taken before?

9      A.   No.

10     Q.   If you don't understand a

11   question or you can't hear me, please

12   ask me repeat the question.

13           If you don't ask me to

14   repeat or clarify, I'm just going to

15   assume that you understood the question

16   and you heard it clearly.

17           Okay?

18     A.   Okay.

19     Q.   And all of your responses have

20   to be clear and verbal, so please don't

21   say uh-huh or shake your head.  The

22   court reporter needs to capture the

23   responses.

24           Do you understand?

Case ID: 230400452

Cheyenne Goodman - March 15, 2023

4

1    A.    Okay.

2    Q.    Are you under the influence of

3  any drug or substance that would impact

4  your testimony?

5    A.    No.

6    Q.    Did you take any prescription

7  medicine today?

8    A.    I did.

9    Q.    What did you take today?

10   A.    Zoloft.

11   Q.    Do you have a prescription for

12 Xanax?

13   A.    I have a prescription for a drug

14 that is like Xanax.  I believe it's an

15 off-brand version.

16   Q.    What's it's called?

17   A.    Klonopin.

18   Q.    Are you taking Klonopin today?

19   A.    No.

20   Q.    When is the last time you took

21 it?

22   A.    Last night.

23   Q.    And is that as prescribed?

24   A.    Yes.

Cheyenne Goodman - March 15, 2023

5

1    Q.    Do you take it once a day at

2  night?

3    A.    Yeah.

4    Q.    I'm going to jump right in and

5  ask you some questions about your

6  relationship with Mr. Leon.

7              When did you and Mr. Leon

8  meet?

9    A.    It would have been when I

10  started as an intern at Young Conaway

11  sometime perhaps in January or February

12  of 2022.

13    Q.    And how long did you and

14  Mr. Leon date?

15    A.    We didn't.

16    Q.    You didn't date.  How would you

17  define your relationship?

18    A.    From what time period?

19    Q.    January 22 until today.  It's

20  probably changed over the course of

21  time.

22              But can you describe how you

23  would define that relationship over the

24  course of time?

Cheyenne Goodman - March 15, 2023

6

1    A.    Do you want me to break down

2    each course of time?

3    Q.    Yes.

4    A.    Okay.  When I was an intern, so

5    that would be from January to I believe

6    the end of April, I barely knew him.  I

7    had seen him in the course of working

8    at the same firm, but that was it.

9              Over the summer, in the

10   beginning of the summer we were

11   friends.  We entered into a brief

12   perhaps couple months long -- sitting

13   here today I don't recall exactly how

14   long -- consensual sexual relationship.

15             From there on after I

16   wouldn't define anything that he did,

17   that we did together as a consensual

18   relationship.

19   Q.    What period of time were you in

20   a brief consensual sexual relationship?

21   A.    Sitting here today I don't

22   recall the exact dates.  Perhaps July

23   to August.

24   Q.    And when did your sexual

Case ID: 230400452

Cheyenne Goodman - March 15, 2023

7

1   relationship with Mr. Leon begin?

2      A.   I don't recall.

3      Q.   When did it end?

4      A.   Consensually?

5      Q.   Yes.

6      A.   So to make sure I understand

7   your question, you're asking when was

8   the last time we had consensual sex?

9      Q.   Yes.

10      A.   I don't recall.  I would posit

11   sometime around early fall.

12      Q.   Did you have sex with my client

13   on Thanksgiving?

14      A.   Yes.

15      Q.   Did you have sex with my client

16   on December 7th?

17      A.   I don't recall.

18      Q.   Was the sex that you had with my

19   client on Thanksgiving non-consensual?

20      A.   I suppose you will have to

21   define for me how you define non-

22   consensual.

23      Q.   Well, you started, you used the

24   word consensual.  Why don't you tell me

Cheyenne Goodman - March 15, 2023

8

1  how do you define consensual?

2    A.   As being non-coercive, not under

3  any sort of threat, not under any sort

4  of fear.

5    Q.   And tell me in November on

6  Thanksgiving when you had sex with my

7  client in what way was it not

8  consensual?

9    A.   Edwin and I had had frequent

10  arguments that are documented about the

11  coercive and threatening ways he went

12  about a sexual relationship with me.

13  And that was true of our encounter on

14  Thanksgiving, although now I can't

15  recall if it was Thanksgiving or the

16  morning after.

17    Q.   Did you spend the Thanksgiving

18  holiday with him?

19    A.   No.

20    Q.   Was this encounter at his house

21  or at your house or somewhere else?

22    A.   His.

23    Q.   Would you agree with me that

24  you did not include in your PFA a

Case ID: 230400452

Cheyenne Goodman - March 15, 2023

9

1   non-consensual sexual event on

2   Thanksgiving?

3     A.   Yes.

4     Q.   Are how many times between

5   August and early fall -- I guess

6   Thanksgiving is the last time you can

7   remember having sex with my client.

8   Did you have sex with my client between

9   August and Thanksgiving?

10    A.   I couldn't say.

11    Q.   Dozens of times?

12    A.   I don't recall and I don't want

13  to guess.

14    Q.   More than once?

15    A.   Yes.

16    Q.   More than twice?

17    A.   Probably.

18    Q.   More than three or four times?

19    A.   I'm not sure.

20    Q.   How often did you talk to

21  Mr. Leon on the phone in let's talk

22  about August until December?

23    A.   Every day, multiple times a day.

24    Q.   And who is calling whom?

Cheyenne Goodman - March 15, 2023

10

```
 1    A.   Typically he would call me in
 2   the morning.  He would call me again on
 3   his way home from work.  He would call
 4   me before he went to bed.
 5             I called him on several
 6   occasions as well.  I knew what was
 7   expected of me.
 8    Q.   I'm sorry.  When you say "I
 9   called him on several occasions," were
10   you calling him daily?
11    A.   I wouldn't say I called him
12   every day.
13    Q.   Would you call him once a week?
14    A.   Sure.
15    Q.   Would it surprise you if the
16   phone records reflected that you were
17   calling him about as much as he was
18   calling you?
19    A.   No.
20    Q.   In addition to phone calls would
21   you also FaceTime one another?
22    A.   Yes.
23    Q.   Would you also use Snapchat?
24    A.   Yes.
```

Case ID: 230400452

Cheyenne Goodman - March 15, 2023

11

1   Q.   Text message?

2   A.   Yes.

3   Q.   Were there other ways that you

4   were communicating with one another?

5   A.   I believe he sent me Instagram

6   posts.

7   Q.   So direct message on Instagram?

8   A.   Yes.

9   Q.   Who knew about your relationship

10  with Mr. Leon before December 16th of

11  2022?

12  A.   Can you explain to me how you're

13  defining "relationship"?

14  Q.   However you define it.  Who knew

15  about your consensual or non-consensual

16  sexual relationship with Mr. Leon

17  before December 16 of 2022?

18  A.   My roommate Emalyn knew that I

19  had had sex with him at some point

20  during the summer.

21  Q.   So only your roommate Emalyn?

22  A.   Yes.

23  Q.   And what about other friends at

24  work, did anybody know about your

Cheyenne Goodman - March 15, 2023

12

1   relationship, your sexual relationship

2   with Mr. Leon?

3     A.   No.

4     Q.   When is it that Emalyn came to

5   learn that you had sex with Mr. Leon?

6     A.   At some point over the summer.

7     Q.   And how did that happen?

8     A.   I told her.

9     Q.   You only told her about one

10  encounter?

11    A.   I don't recall the extent of

12  what I told her.

13    Q.   Did anyone ever confront you

14  with the suspicion about you having a

15  sexual relationship with Mr. Leon

16  before December 16th of 2022?

17    A.   I can't answer that question

18  because it's privileged.

19         MS. SWASEY:  Patty?

20    Q.   Okay.  So who asked you?

21    A.   I had a brief conversation with

22  my mentor at work.

23    Q.   Who is your mentor at work?

24    A.   Chris Lambe.

Cheyenne Goodman - March 15, 2023

13

1    Q.   When did that conversation take

2  place?

3    A.   I believe September.  I might be

4  wrong.

5    Q.   Did you tell him that you were

6  having a consensual or non-consensual

7  sexual relationship with Mr. Leon?

8    A.   I cannot answer the question

9  about the substance of our

10  conversation.  It was in the course of

11  a work investigation and, as such,

12  privileged.

13    Q.   There was a work investigation

14  going on in September of 2022?

15    A.   Again, I cannot answer questions

16  about that.

17          MS. SWASEY:  Can we go off

18  the record for a second?

19          (A discussion was held off

20  the record)

21  BY MS. SWASEY:

22    Q.   Was Mr. Lambe representing you?

23    A.   No.

24    Q.   Were you talking to Mr. Lambe as

Case ID: 230400452

Cheyenne Goodman - March 15, 2023

14

1  a work mentor or as an attorney?

2     A.   I was talking to Mr. Lambe as a

3  supervisor.

4     Q.   Was it your understanding that

5  there was an investigation going on in

6  September?

7     A.   It was my understanding that the

8  conversation depending on my decision

9  could or could not lead to an

10  investigation.

11     Q.   What do you mean depending on

12  your decision?

13     A.   If I wanted to move forward with

14  a complaint.

15     Q.   Were you making a complaint

16  about Mr. Leon at the time?

17     A.   No.

18     Q.   Who initiated this conversation?

19     A.   I did.

20     Q.   What was the context of you

21  initiating that conversation?

22     A.   I cannot answer that question.

23          MS. SWASEY: Patty, that's

24  not an investigation.  If your client

Cheyenne Goodman - March 15, 2023

                                                                                    15

1    initiated a conversation with a

2    coworker or mentor --

3      A.   The conversation --

4             MS. SWASEY:  Hold on.

5    There's no question for you.

6             MS. WEIR:  I'm sorry.  Can

7    you finish what you were saying?

8             MS. SWASEY:  Yes, that it's

9    not an investigation.  If she initiated

10   a conversation with a coworker it's not

11   privileged and it's not an

12   investigation.

13            MS. WEIR:  All right.

14     A.   Would you like me to provide you

15   with the information?

16     Q.   No. I would like you to answer

17   the question.

18     A.   I can't answer a privileged

19   question.  The conversation that led to

20   the possible investigation is

21   privileged because it came up during

22   the course of a work matter.

23            MS. SWASEY: Patty, that's

24   not a thing.

Case ID: 230400452

Cheyenne Goodman - March 15, 2023

16

```
 1              Can we go off the record
 2    again?
 3              (A discussion was held off
 4    the record)
 5              MS. SWASEY:  Back on the
 6    record.
 7  BY MS. SWASEY:
 8      Q.   So I'll ask you the question
 9    again.
10              What did you say to Chris
11    Lambe in September of 2022 about your
12    sexual relationship with Mr. Leon?
13      A.   I didn't.
14      Q.   You didn't what?
15      A.   I didn't say anything to him
16    about a sexual relationship.
17      Q.   So your testimony was that you
18    initiated a conversation with Mr. Lambe
19    to talk about your relationship with
20    Mr. Leon?
21      A.   No.  Your question was that has
22    anybody ever asked me if there was a
23    sexual relationship.  And I answered
24    yes.
```

Cheyenne Goodman - March 15, 2023

17

1          And you asked me who it was?

2  I answered Chris Lambe.  We had this

3  issue about the course of the

4  conversation.  And your new question is

5  what did I tell him?  And I'm telling

6  you I did not tell him anything.

7    Q.    So Mr. Lambe asked you if you

8  were having a sexual relationship with

9  Mr. Leon and you said no?

10   A.    Yes.

11   Q.    Was that a lie?

12   A.    Yes.

13   Q.    Why, if you know, did Mr. Lambe

14  ask you that question?

15   A.    Because Edwin was taking

16  particular interest in, in Edwin's

17  words, hazing me at work.

18   Q.    When did Edwin say that to you?

19   A.    On September 10th while we were

20  at a renaissance faire.

21   Q.    Was it just the two of you at a

22  renaissance faire?

23   A.    No.

24   Q.    Was it a work event?

Cheyenne Goodman - March 15, 2023

18

1    A.    No.

2    Q.    Who was present?

3    A.    Several friends and coworkers.

4    Q.    Who are they?

5    A.    Roxanne Eastes, Alex Farris,

6   Joshua Brooks, Emily Jones, Emily's

7   fiance Hayden.  Joshua had a boyfriend

8   at the time.  I don't remember his

9   name.  I was present.  Jesse Flowers.

10  The respondent was present, and Alex

11  Farris's partner was present.

12   Q.    Who was Alex Farris's partner?

13   A.    I don't recall their name.

14   Q.    Outside of lying to Mr. Lambe,

15  what other steps did you take to

16  conceal the relationship, your sexual

17  relationship with Mr. Leon from your

18  coworkers?

19   A.    I didn't.

20   Q.    You took no other steps to

21  conceal the relationship?

22   A.    I didn't feel the need to tell

23  my coworkers that I was being raped.

24   Q.    I'm sorry.  Let me go back.

Cheyenne Goodman - March 15, 2023

19

1      You testified that you told

2   your roommate Emalyn about your

3   relationship with Mr. Leon.  Did you

4   tell her that you were being raped?

5   A.   No.  At the time I was in a

6   consensual sexual relationship with

7   him.

8   Q.   And did you tell Emalyn because

9   there was a bite mark on your body and

10   she saw it?

11   A.   No.  I told Emalyn before that.

12   She did eventually see bite marks on my

13   body.

14   Q.   Was it your decision to conceal

15   the relationship that you were having

16   with Mr. Leon?

17   A.   I don't recall.

18   Q.   Did you call Mr. Leon fatty in

19   communications with your colleagues?

20   A.   No.

21   Q.   Never in a text message?

22   A.   No.

23   Q.   When was the last time that you

24   asked Mr. Leon to have sex with you?

Case ID: 230400452

Cheyenne Goodman - March 15, 2023

20

1      A.    I don't recall.

2      Q.    Was it the evening of December

3    16th, 2022?

4      A.    Yes.

5            Actually, I apologize.

6    Could you clarify?  Was that Friday or

7    Saturday?

8      Q.    Friday.

9      A.    Yes.

10     Q.    And when on Friday did you ask

11   Mr. Leon to have sex with you?

12     A.    I don't know the approximate

13   time, but it was while we were sitting

14   at the second bar that we went to

15   before we went to Woody's.

16     Q.    How did you do that?

17     A.    Via Snapchat.

18     Q.    Would you agree with me that you

19   and Mr. Leon were engaging in a BDSM

20   relationship?  And I know you're going

21   to ask me to define that:  role

22   playing, light bondage, whipping,

23   choking, toys like ball gags and

24   vibrators and marking one another.

Case ID: 230400452

Cheyenne Goodman - March 15, 2023

21

1    A.    From what time period?

2    Q.    Well, let's start with during

3    the period of time that you said you

4    were having a consensual relationship

5    from July until August.

6    A.    I'm not sure I would define it

7    as going that far.  I don't recall

8    every sexual encounter we've ever had.

9    Q.    Well, were the two of you

10   generally engaging in that type of

11   sexual relationship between July and

12   August?

13   A.    Yes.

14   Q.    And did you continue to have

15   that type of sexual relationship with

16   him after August?

17   A.    Yes.

18   Q.    Was this your first real

19   experience with a BDSM relationship?

20   A.    No.

21   Q.    Did you discuss with Mr. Leon

22   the progression of sexual encounters

23   outside of the bedroom?

24   A.    I'm not sure what you mean.

Case ID: 230400452

Cheyenne Goodman - March 15, 2023

22

1    Q.   Did you talk to Mr. Leon about

2    whether to engage in these type of

3    activities, role playing, bondage,

4    whipping, choking, toys?

5    A.   Is there a finish to that

6    question?

7    Q.   Yes.

8              Did you discuss those things

9    outside of the bedroom when you were

10   not in the moment?

11   A.   I'm sure we did.  I don't recall

12   the exact conversation.

13   Q.   Did the two of you discuss

14   things that you could purchase for

15   yourself like straps and whips and

16   toys?

17   A.   Yes. He instructed me to do it

18   and in an effort to keep him happy I

19   complied.

20   Q.   Were you sharing articles about

21   BDSM as part of a learning process with

22   Mr. Leon?

23   A.   Yes.  I had questions.  I wasn't

24   feeling very comfortable.  He declined

Case ID: 230400452

Cheyenne Goodman - March 15, 2023

23

1    to answer them and told me that I could

2    do my own research.

3       Q.   So did you two exchange articles

4    as you were doing research about this

5    type of sexual relationship?

6       A.   Yes.

7       Q.   What is the significance of a

8    collar in your relationship?

9       A.   I'm frankly still not sure.

10      Q.   Tell me about what you

11   experienced with the collar in your

12   relationship with Mr. Leon.

13      A.   I remember the first time he put

14   one on me he did not ask if it was

15   okay.  I remember asking later on that

16   I thought it might be something

17   significant and I wasn't particularly

18   comfortable with the implications that

19   I thought he meant that had on our

20   relationship in a definition that I'm

21   comfortable with.

22            And I don't recall every

23   time he put it on me.

24      Q.   What did you interpret the

Cheyenne Goodman - March 15, 2023

24

1   significance of the collar to mean?

2      A.   I thought it was just something

3   that he liked to see me in.

4      Q.   And what made you uncomfortable

5   about the fact that he liked to see you

6   in it, if that was the significance

7   that you ascribed to it?

8      A.   My impression of his view of it

9   was that it was a sign of ownership.

10      Q.   And did you tell him that you

11   didn't agree with that?

12      A.   Yes.

13      Q.   Did you take the collar off?

14      A.   I believe he had my hands tied,

15   but I don't remember.

16           But no, I didn't take the

17   collar off until after the sexual

18   encounter had finished.

19      Q.   Was that consensual?

20      A.   No.

21      Q.   So having your hands tied was

22   not consensual?

23      A.   No.

24      Q.   Do you have a safe word with

Cheyenne Goodman - March 15, 2023

25

1  Mr. Leon?

2   A.   He instructed me that he did not

3  want me to have one.

4   Q.   You had two safe words, did you

5  not?

6   A.   No.

7   Q.   No safe words?

8   A.   (Witness shakes head).

9   Q.   Now, after you engaged, after

10  the first time that you wore the collar

11  and he had your hands tied behind your

12  back -- when was that?

13   A.   I don't believe that my hands

14  were tied behind my back.  I don't

15  recall exactly.

16   Q.   When was that?

17   A.   I don't know.

18   Q.   Was it during July and August

19  when you were engaging in the

20  consensual sexual relationship with

21  him?

22   A.   I don't believe so.

23   Q.   How many times after that

24  happened did you have sex with him?

Case ID: 230400452

Cheyenne Goodman - March 15, 2023

26

1    A.    I don't recall.

2    Q.    A lot?

3    A.    I don't recall.

4    Q.    Never again?

5    A.    No.

6    Q.    Did you have sex with him after

7  he did that?

8    A.    Yes.

9    Q.    The first time that he put the

10  collar on you, did it leave a mark?

11   A.    I don't recall.

12   Q.    Do you recall the next day

13  joking that you had to wear a turtle

14  neck because it left a mark?

15   A.    I don't recall.

16   Q.    You had indicated in your PFA

17  on one occasion that he choked you to

18  the point of passing out during a

19  discussion about wanting to end things.

20          When did that happen?

21   A.    Sometime in November.

22   Q.    Before Thanksgiving?

23   A.    I believe it was after.

24   Q.    Did you ever discuss using safe

Cheyenne Goodman - March 15, 2023

27

1    words?

2      A.   Yes.

3      Q.   Did you and Mr. Leon ever

4    discuss things that either of you would

5    never want to engage in, sexually that

6    is?

7      A.   Yes.

8      Q.   Were there things that you

9    wanted to engage in with Mr. Leon that

10   he didn't want to engage in?

11     A.   I know that I brought up the

12   idea of after care at some point.  I

13   had come across it in my research and

14   he told me that he was not comfortable

15   with it.

16          To the extent that we had

17   further discussions, I don't recall.

18     Q.   Was one of the things that you

19   wanted to do that he wasn't comfortable

20   with be a Harry Potter rape fantasy?

21     A.   No.

22     Q.   Did you offer to send him fan

23   fiction about that fantasy to get him

24   comfortable with the idea of that

Cheyenne Goodman - March 15, 2023

28

1    particular role play?

2      A.    No.

3      Q.    Was one of the things that you

4    discussed with Mr. Leon that you were

5    uncomfortable with oral sex?

6      A.    Yes.

7      Q.    And is that because for you that

8    act was the ultimate test of trust?

9      A.    I think that's a rather extreme

10   thing to say.  I certainly have trust

11   issues regarding that act.

12     Q.    Why is that something that

13   you're so uncomfortable with?

14     A.    To me it feels rather degrading.

15     Q.    At some point in your

16   relationship did you agree to give

17   him oral sex?

18     A.    Yes.

19     Q.    And for the two of you was that

20   a big step because you were engaging in

21   something that you otherwise wouldn't

22   like to do?

23     A.    Yes.

24     Q.    Was that because it was

Case ID: 230400452

Cheyenne Goodman - March 15, 2023

29

1   something you wanted to do for him?

2     A.   It was something that he made

3   clear was a requirement for him and I

4   did it to pacify him.

5     Q.   Did you have other boyfriends

6   during this period of time from July

7   until December?

8     A.   No.

9     Q.   Okay.  I want to talk about

10  December 16th.

11           When Mr. Leon got to -- so,

12  first of all, what happened in the

13  morning of December 16th?

14    A.   Was that that Saturday?

15    Q.   I'm sorry.  That Friday.

16           MS. WEIR:  I just want to

17  make on objection to the record in

18  regards to I have an pending emergency

19  motion in limine because there were

20  audio and videos that Kara Swasey had

21  subpoenaed and were produced to her and

22  she agreed to voluntarily produce those

23  to me.  And my client has not had an

24  opportunity to review any of those

Cheyenne Goodman - March 15, 2023

30

1    audio or video files today.

2              So I'm making this objection

3    on the record that any questions asked

4    regarding the evening of December 16th

5    into the early morning of December

6    17th, which I believe is the time frame

7    of the Woody's Philadelphia audio and

8    video surveillance and the Chandler

9    Properties' audio and video

10   surveillance, that any questions asked

11   of my client during those dates and

12   times I'm not instructing her not to

13   answer so she can answer, but I want

14   the transcript to reflect the objection

15   that if opposing counsel tries to use

16   this deposition transcript in relation

17   to those videos that I'm objecting as

18   we have not had an opportunity to

19   review the videos.

20             MS. SWASEY:  Your objection

21   is on the record.

22             Your client is to tell the

23   truth now about her recollection,

24   whether she saw the videos or not, and

Case ID: 230400452

Cheyenne Goodman - March 15, 2023

31

1    you have given her the instruction to

2    answer the question.

3              MS. WEIR:   Okay.

4    BY MS. SWASEY:

5      Q.   I understand that earlier in the

6    day -- and I'm calling it December

7    16th; I'll call it Friday -- that you

8    went to a toy drive that Mr. Leon was

9    sponsoring at Target.

10     A.   Our firm was sponsoring it, but

11   yes.

12     Q.   Who from your firm was there?

13     A.   Joshua Brooks, the respondent,

14   Maggie Greecher and Maggie brought her

15   children.

16     Q.   And you?

17     A.   Yes.

18     Q.   Where did you all go to dinner

19   that night?

20     A.   I don't recall the name of the

21   restaurant.

22     Q.   Somewhere in Philadelphia?

23     A.   Yes.

24     Q.   And how did you get there?

Cheyenne Goodman - March 15, 2023

32

1    A.   I was driven by a coworker.

2    Q.   Who was the coworker?

3    A.   Carol Thompson.  I believe her

4   last name is Cox now.

5    Q.   Do you know how Ms. Cox -- I'm

6   sorry.  Do you know how Mr. Leon got

7   there?

8    A.   He drove.

9    Q.   And do you know where he parked?

10    A.   I do not.

11    Q.   Did you have any alcoholic

12   beverages at dinner?

13    A.   Yes.

14    Q.   How many?

15    A.   I finished one.  I think I had a

16   couple of sips of the second.

17    Q.   And after you left the

18   restaurant where you had dinner where

19   did you go?

20    A.   We walked around for quite some

21   time trying to find a speakeasy bar.

22   They were full so then we went to a

23   different bar called Devil's Alley.

24    Q.   And how many drinks did you have

1    at Devil's Alley?

2       A.   I took a shot with the group and

3    I had a few sips of a mixed drink and I

4    had a water.

5       Q.   And where did you go after

6    Devil's Alley?

7       A.   To Woody's.

8       Q.   And what did you have to drink

9    at Woody's, alcoholic beverages?

10      A.   I started the night having a

11   vodka Red Bull.  I did not finish it.

12   I don't recall how many sips of how

13   many alcoholic beverages I had.

14            The respondent continued to

15   buy them and hand them to me and I

16   continued to put them down on the

17   ground where I was standing.  I had

18   several cups of water.

19      Q.   Were you using Xanax that night?

20      A.   No.

21      Q.   Was Mr. Leon drinking?

22      A.   Yes.

23      Q.   How many drinks did you observe

24   him have?

Cheyenne Goodman - March 15, 2023

34

1    A.    I observed him have at least one

2  at dinner.  I observed him take a shot

3  with our group at Devil's Alley and I

4  observed him sipping on cups of drinks

5  throughout the night at Woody's.

6             However, I don't know how

7  many he had.

8    Q.    Why did you leave Woody's that

9  night?

10   A.    Because I wanted to go home.

11   Q.    Were you kicked out of the bar?

12   A.    No.

13   Q.    Did you tell any of your

14  coworkers that you were kicked out of

15  the bar?

16   A.    No.

17   Q.    When you were at Woody's did you

18  and Mr. Leon kiss?

19   A.    I believe he kissed me.

20   Q.    When was that?  Early in the

21  night or later?

22   A.    I don't recall.

23   Q.    When you left Woody's that night

24  who was with you?

1    A.    I was by myself.

2    Q.    Did you call my client?

3    A.    He Snapchated me or texted me --

4  I don't recall which one -- to ask

5  where I was.  I called him to tell him

6  that I was going home.

7    Q.    And did you proceed to leave?

8    A.    No.  He told me to wait and he

9  was going to bring me my jacket.

10   Q.    Where was your jacket?

11   A.    I had left it inside.

12   Q.    And did you wait?

13   A.    Yes.

14   Q.    Did you tell your friends that

15  you were with Mr. Leon after you left?

16         I'm sorry.  The friends that

17  were at the club with you.

18   A.    At what point?

19   Q.    After you left.

20   A.    Yes.

21   Q.    And at what point after you left

22  did you tell them?

23   A.    Nehama texted me to ask where I

24  was and I told her that I was going to

```
 1   find a Uber home but that Edwin was

 2   following me and I was trying to get

 3   away from him.  So I guess if you

 4   classify that as me being with him,

 5   sure.

 6      Q.   Did you also have a phone call

 7   with Nehama after you left the club?

 8      A.   Yes.

 9      Q.   What did you tell her was

10   happening during the phone call?

11      A.   That he was chasing me.

12      Q.   Did you see any of your other

13   friends and coworkers outside of

14   Woody's after you and Mr. Leon were

15   outside?

16      A.   Yes.

17      Q.   Who did you see?

18      A.   Emily Jones and her fiance

19   Hayden.

20      Q.   Did you see them or did you talk

21   to them?

22      A.   I spoke to them.

23      Q.   For about how long were you

24   speaking with Emily and Hayden?
```

Cheyenne Goodman - March 15, 2023

37

1   A.   I don't recall.

2   Q.   Was Mr. Leon with you?

3   A.   Yes.

4   Q.   Was that before or after you

5   told Nehama Hanoch that he was chasing

6   you?

7   A.   Before.

8   Q.   At what point did that

9   conversation end?  You said you don't

10   recall how long that was?

11   A.   (The witness nodded.)

12   Q.   How did it end?

13   A.   I insisted that I wanted to go

14   home alone.  All three of them

15   objected.  I insisted that I would be

16   fine; I had lived in the city before; I

17   was okay to go home alone; I wasn't

18   going to the same place that any of

19   them were.

20          I began to walk away because

21   it was clear that they were, you know,

22   not listening to me.  Edwin and Hayden

23   followed me.  I turned around and told

24   both Edwin and Hayden to leave me

Cheyenne Goodman - March 15, 2023

38

1    alone, I was going to take a Uber home,

2    and I kept walking.

3        Q.    And did Edwin and Hayden follow

4    you?

5        A.    Edwin followed.  I don't know

6    how far Hayden followed.  I didn't turn

7    back around.

8        Q.    Did Hayden for some period of

9    time follow you?

10       A.    I believe he followed me like

11   around the corner.

12       Q.    Did you have a weapon on you?

13       A.    Yes.

14       Q.    What did you have?

15       A.    I had a pocketknife.

16       Q.    And where did you keep that

17   knife?

18       A.    Tucked into my boot.

19       Q.    When you were standing with

20   Emily Jones and Hayden outside of

21   Woody's did you tell them that he was

22   threatening you?

23       A.    No.

24       Q.    Did you tell them that he was

Cheyenne Goodman - March 15, 2023

39

1   making you uncomfortable?

2     A.   No.

3     Q.   At any point did Mr. Leon put

4   his hands on you after you left

5   Woody's?

6     A.   Yes.

7     Q.   And when was that?

8     A.   At some point while I was

9   walking from Woody's to City Hall.

10    Q.   And what did he do?

11    A.   He was grabbing my arms trying

12  to pull me back toward him.

13    Q.   Did it leave a mark?

14    A.   He left bruises.

15    Q.   Did you take pictures of those

16  bruises?

17    A.   Yes.

18    Q.   Where in the course of your walk

19  between Woody's and City Hall did he

20  grab you?

21    A.   I don't recall.

22    Q.   Was it just once?

23    A.   No.

24    Q.   How many times?

Case ID: 230400452

Cheyenne Goodman - March 15, 2023

40

1    A.   At least twice.  I would say a

2  few.

3    Q.   So what time did you get to City

4  Hall?

5    A.   I don't recall.

6    Q.   What happened when you got to

7  City Hall?

8    A.   I began running and Edwin began

9  chasing me.

10    Q.   When did the rest of the group

11  get to City Hall?

12    A.   Sometime after that.

13    Q.   How long?

14    A.   I don't recall.

15    Q.   Minutes?

16    A.   I don't recall.

17    Q.   Who arrived from the group to

18  City Hall?

19    A.   At that point I had been sobbing

20  hysterically having a panic attack

21  because he had been chasing me.  I

22  recall Nehama getting there.  I recall

23  Emily Jones talking to me with her arms

24  around me and I recall Roxanne Eastes.

Case ID: 230400452

Cheyenne Goodman - March 15, 2023

41

```
1          I am aware at some point
2   Hayden arrived, Tim arrived and Alex
3   arrived.  I couldn't tell you what
4   time.
5     Q.   Did they come separately?  So
6   Nehama, Emily, Roxanne were there first
7   and then Hayden, Tim and Alex after?
8     A.   I don't recall.
9     Q.   Did you see the interaction
10  between Nehama Hanoch and Mr. Leon at
11  City Hall?
12    A.   No.
13    Q.   Where were you when they had
14  their interaction?
15    A.   I was sitting on one of the
16  steps in front of City Hall.  I had
17  been having a panic attack.  I had my
18  hands over my ears.  I was crying.  At
19  some point I had my head between my
20  legs.
21    Q.   What did you understand happened
22  between Ms. Hanoch and Mr. Leon at City
23  Hall?
24    A.   I understand that she got in
```

Case ID: 230400452

Cheyenne Goodman - March 15, 2023

42

1   between us.  I understand the

2   accusations that he made following

3   that.  I don't have any personal

4   knowledge of what happened.

5     Q.   When you say "she got in between

6   us," where were you in physical

7   proximity to Mr. Leon when Ms. Hanoch

8   got in between you?

9     A.   He was chasing me and I remember

10  her running towards me and putting her

11  arm around me on the side that he was

12  chasing me from.

13    Q.   Did you tell any of your

14  coworkers what happened between you

15  and Mr. Leon that night?

16    A.   Yes.

17    Q.   Who did you tell?

18    A.   I believe I told Nehama Hanoch,

19  Tim Powell, Emily Jones.  I told my

20  partner mentor Joe Barry.  I told

21  Roxanne Eastes.

22          It's possible I told others,

23  but I don't recall.  As you can

24  imagine, it was a very stressful time.

Cheyenne Goodman - March 15, 2023

43

1    Q.   What did you tell those five or

2  six people happened?

3    A.   Exactly what I just told you.

4    Q.   When did you tell each of those

5  people?

6    A.   I don't recall.

7    Q.   Was it that night?

8    A.   I know that I was in a car with

9  Nehama and Emily on the way home.  I

10  know that I was still having panic

11  attacks and sobbing and I know that I

12  was talking to them.

13         I don't recall the content

14  of the conversation.

15    Q.   Where did you go home to that

16  night?

17    A.   My apartment.

18    Q.   Were you alone?

19    A.   Yes.

20    Q.   Was Mr. Leon the only person of

21  color in the group?

22    A.   On that evening?

23    Q.   Yes.

24    A.   Yes.

Case ID: 230400452

Cheyenne Goodman - March 15, 2023

44

1    Q.   Were you in an Uber with Nehama

2  and Emily?

3    A.   No.

4    Q.   Who was driving?

5    A.   Emily's fiance.

6    Q.   So it was in a car with Nehama,

7  Emily and Hayden on the ride home?

8    A.   You asked about my coworkers.

9    Q.   Was there anybody else in the

10  car?

11    A.   Not that I recall.

12    Q.   What time did you get home?

13    A.   I don't recall.

14    Q.   And do you know how many times

15  you called Mr. Leon that night?

16    A.   No.

17    Q.   Did he call you that night,

18  Friday night or the wee hours of the

19  morning?

20    A.   I don't recall.

21    Q.   Do you typically call him on --

22  is there one phone number or more than

23  one phone number that you call him on?

24  Does he just have one number?

Case ID: 230400452

45

1      A.   To my knowledge.

2      Q.   I just want to review something

3   really quick.

4           If you were going to

5   encapsulate, what happened on Friday

6   night?  What happened on Friday night?

7      A.   You want me to encapsulate the

8   evening?

9      Q.   Yes, encapsulate it.

10     A.   Edwin scared me.  I ran from

11  him.  He chased me.

12     Q.   When you talked to Mr. Leon

13  later that night did you acknowledge

14  that you panicked because you panicked?

15     A.    I told him I was afraid of him

16  and I asked him why he continued to

17  chase me after I asked him not to.

18     Q.   What was his response?

19     A.   He -- I don't recall the exact

20  wording.  He said something about he

21  was going to take me home; he was

22  trying to keep me safe; I shouldn't be

23  walking in the city with such a short

24  skirt.

Case ID: 230400452

Cheyenne Goodman - March 15, 2023

46

1    Q.   Did he think that you were

2    intoxicated?  Did he tell you that he

3    thought you were intoxicated?

4    A.   He did.

5    Q.   Did you think you were

6    intoxicated?

7    A.   I had had drinks that evening.

8    I don't think that I was -- I wouldn't

9    classify myself as being very drunk.  I

10   think more than anything I was having a

11   panic attack.

12   Q.   Would you have driven yourself

13   home?

14   A.   I don't drive after drinking

15   anything, so no.

16   Q.   About how long were your phone

17   conversations with Mr. Leon that

18   night?

19   A.   I fell asleep on the phone so I

20   don't recall.

21   Q.   Did you go back and look at your

22   records?

23   A.   No.

24   Q.   Did you think that he was going

Cheyenne Goodman - March 15, 2023

47

1  to rape you that night?

2    A.   I thought that if he got me in

3  his car and took me home that he would

4  absolutely.

5    Q.   Who did you tell that to?

6    A.   I don't recall.  I believe -- I

7  don't recall.

8    Q.   The next morning do you know how

9  many times you called Mr. Leon?  And

10  this is the morning I'm going to say

11  post-8:00 a.m.  Everybody wakes up and

12  then the next morning.

13          Do you know how many times

14  you called him?

15    A.   I don't recall.  I was very

16  afraid of his temper and very motivated

17  to pacify him based on his temper in

18  the past.  Likely several.

19    Q.   Do you know how many times he

20  called you?

21    A.   No.

22    Q.   Let's go back to Friday night.

23          Did you know that he was

24  leaving the firm?

Cheyenne Goodman - March 15, 2023

48

1    A.    Yeah.

2    Q.    When was his last day?

3    A.    I am not sure.

4    Q.    Was it the end of the year?

5    A.    Sure.

6    Q.    The next morning, so the next

7    morning you called him and you said

8    probably several times.  Do you know

9    how many times he called you?

10    A.    No.

11    Q.    Did he call you at all?

12    A.    I don't know.

13    Q.    Did you go back and review your

14    phone records for that morning?

15    A.    No.

16    Q.    Before noon that day how many

17    people that you went out with the night

18    before had you talked to other than

19    Mr. Leon?

20    A.    I believe only Nehama Hanoch.

21    Q.    And when did you talk to Nehama?

22    A.    Early in the morning.

23    Q.    And what did you talk about?

24    A.    I expressed that I was really

Cheyenne Goodman - March 15, 2023

49

1    upset and she comforted me.

2       Q.   Did you talk to Roxanne Eastes?

3       A.   It's possible, but I don't

4    recall.

5       Q.   Did you tell Ms. Hanoch that you

6    were going over to Mr. Leon's home?

7       A.   No.

8       Q.   Did you tell her that you were

9    going to your mother's house?

10      A.   Yes.

11      Q.   And were you doing that to

12   mislead her as to where you were

13   going?

14      A.   I was going to my mother's house

15   later in the day.

16      Q.   What time did you arrive at

17   Mr. Leon's?

18      A.   I don't recall.

19      Q.   Was it afternoon?

20      A.   I don't recall.

21      Q.   Was it in the evening?

22      A.   No.

23      Q.   Did you tell anyone that you

24   were going to Mr. Leon's house?

Case ID: 230400452

Cheyenne Goodman - March 15, 2023

50

1     A.    No.

2     Q.    Why not?

3     A.    He had threatened me by saying I

4  have to fix this; I better make it

5  right or he was going to file a police

6  report against Nehama.

7          I knew that if I told my

8  friends that I was going to go to his

9  house to pacify his anger at me and at

10  her to alleviate that threat that in

11  the interest of my safety they would

12  object.  And he had conditioned me to

13  want to pacify him when he's angry and

14  I didn't know how to explain that to

15  them.

16    Q.    But you didn't tell your mother,

17  you didn't tell your roommate, you

18  didn't tell anybody else that you were

19  going over there even though this is

20  the person you said was going to rape

21  you the night before?

22    A.    I told my mother when I got

23  home.

24    Q.    After you were at Mr. Leon's?

Cheyenne Goodman - March 15, 2023

51

1    A.    Yes.

2    Q.    How long were you at Mr. Leon's?

3    A.    I don't know exactly.   I would

4  say several hours.

5    Q.    What time did you leave?

6    A.    I don't know exactly.

7    Q.    Was it after dark?

8    A.    I believe so.

9    Q.    Are you aware that Mr. Leon

10  has on his first floor surveillance

11  cameras?

12    A.    Yes.

13    Q.    When you were at Mr. Leon's for

14  several hours did you feel like you

15  couldn't leave?

16    A.    I didn't feel like he would

17  physically stop me from leaving.   I

18  felt like that he would follow through

19  on all of the threats that he made if I

20  did leave.

21    Q.    Did you ask Mr. Leon to go

22  upstairs?

23    A.    Yes.

24    Q.    And how long were you upstairs?

Cheyenne Goodman - March 15, 2023

52

```
 1      A.    I'm not sure.
 2      Q.    The vast majority of the time
 3   that you were there?
 4      A.    Yes.
 5      Q.    Why did you ask to go upstairs?
 6      A.    Because I had repeatedly
 7   requested that he never record me while
 8   I'm in his house.  He insisted that he
 9   wasn't and I just didn't trust him.
10      Q.    So, again, this is a person that
11   you thought was going to rape you the
12   night before and you wanted to move in
13   his house to an area that wasn't being
14   recorded?
15      A.    Yes.
16      Q.    Why?
17      A.    Because I knew that he was going
18   to try to use it against me and he had
19   threatened in the past that he would
20   tell our firm that we had had a sexual
21   relationship and that it would be
22   something that would lead to me getting
23   fired and I didn't want to add to that
24   fire.
```

Case ID: 230400452

Cheyenne Goodman - March 15, 2023

53

1    Q.   Are you aware that there were

2  other associates and law clerks having

3  sexual relationships at Young Conaway?

4    A.   No.

5    Q.   You're not aware of anybody else

6  having a sexual relationship at Young

7  Conaway or a dating relationship in the

8  associates class?

9    A.   I'm aware that there are

10  associates who had slept together in

11  the past but only from Edwin.

12         And I'm also aware that they

13  also apparently went to great pains

14  under the impression that somebody

15  would be fired for it.

16    Q.   Were any of them fired?

17    A.   I don't know.  One of them had

18  left the firm since.  I don't know.

19    Q.   Has Nehama had a sexual

20  relationship with another associate?

21    A.   Not that I know of.

22    Q.   Was there a camera on the second

23  floor?

24    A.   Not that I know of.

Case ID: 230400452

Cheyenne Goodman - March 15, 2023

54

1    Q.   When you were upstairs did you

2  engage in a sexual encounter with

3  Mr. Leon?

4    A.   Are you classifying sexual

5  assault as a sexual encounter?

6    Q.   Did you have a sexual encounter

7  with Mr. Leon?

8    A.   No.

9    Q.   Did you leave a hickey on

10  Mr. Leon's shoulder during your sexual

11  encounter?

12    A.   No.

13    Q.   What happened when you were

14  upstairs at Mr. Leon's?

15    A.   Broadly?  Are you asking for

16  just the gist?

17    Q.   Yes, start there.

18    A.   He sexually assaulted me.

19    Q.   What happened specifically?  So

20  you walked upstairs.  What happened

21  after you got upstairs?

22    A.   We had conversation for a short

23  while.

24    Q.   Sorry.  You had conversation?

Case ID: 230400452

Cheyenne Goodman - March 15, 2023

55

 1    A.    (The witness nodded.)

 2    Q.    For a while?

 3    A.    (The witness nodded.)

 4    Q.    How long is "a while"?

 5    A.    I don't recall.

 6    Q.    And where were you during this

 7  conversation?

 8    A.    In part in his bedroom and in

 9  part in his bathroom.

10    Q.    And were you on the bed?

11    A.    Yes.

12    Q.    Were you laying on the bed?

13    A.    I believe he was laying down and

14  I was sitting.

15    Q.    Were you fully clothed?

16    A.    Yes.

17    Q.    Was he fully clothed?

18    A.    Yes.

19    Q.    When you walked up the stairs

20  were you holding hands?

21    A.    I believe he had his arms around

22  me.  I was having a panic attack like

23  the entire morning and I think he

24  probably -- I don't want to speculate

Cheyenne Goodman - March 15, 2023

56

1  to his mindset.

2           My impression was he thought

3  I might fall down the stairs because I

4  was so upset and not paying attention.

5    Q.   Did you take your Xanax that

6  day?

7    A.   No.

8    Q.   By Xanax I mean your Klonopin?

9    A.   No.

10          Excuse me actually.  I

11  didn't take it in the day.  I took it

12  at night.

13   Q.   The night before?

14   A.   The night of that day.

15   Q.   That night?

16   A.   Yeah.

17   Q.   So you were sitting on the bed.

18  He was laying on the bed.  You were

19  talking for some time.

20          At what point did the two of

21  you begin to engage in any sexual

22  encounter?

23   A.   We had gone into the bathroom

24  because when I have panic attacks it

Case ID: 230400452

Cheyenne Goodman - March 15, 2023

57

1  helps me to sit with the shower running

2  normally.  He attempted to kiss me.  I

3  pulled away.

4     Q.   Were you in the shower?

5     A.   No.

6     Q.   Just in the bathroom with the

7  steam?

8     A.   With the water running for the

9  noise.

10     Q.   Okay.  So he attempted to kiss

11  you.  You pulled away?

12     A.   Yes.

13     Q.   And then what?

14     A.   He attempted to push me up

15  against the counter and like position

16  himself behind me to initiate sex.  I

17  pushed him away and I told him that I

18  didn't want to have sex.

19          But at this point I had

20  rejected his sexual advances several

21  times that day.  He was already angry

22  with me.  He had already made several

23  angry comments about how I had been

24  rejecting him, how he needs sex to calm

Case ID: 230400452

Cheyenne Goodman - March 15, 2023

58

1    down, if I cared about him I would be

2    putting his needs before my own.

3              And he grabbed my sweatshirt

4    and lifted it above my head.  And I

5    didn't fight him because I was afraid

6    of what he would do if I kept rejecting

7    him.

8      Q.   Did he take your sweatshirt off?

9      A.   Yes.

10     Q.   Then what happened?

11     A.   He pushed me to my knees.

12     Q.   And then what happened?

13              Do you want to take a break?

14     A.   Yes.  Can we take a break?

15     Q.   Yes.

16              MS. SWASEY:  We're going to

17   go off the record.

18              (A discussion was held off

19   the record.)

20   BY MS. SWASEY:

21     Q.   So I think the last thing you

22   said is that he took your sweatshirt

23   off.

24              What happened after that?

Case ID: 230400452

Cheyenne Goodman - March 15, 2023

59

1    A.   He pushed me to my knees in

2   front of him.  And I closed my mouth

3   and I kept my eyes clamped shut because

4   I knew what he wanted.  And he pulled

5   his pants down and he put his hand on

6   my jaw and squeezed to open my mouth

7   and forced himself on me.

8    Q.   And how long did that last for?

9    A.   I don't recall.  I recall at a

10  certain point I pulled away and asked

11  him to please stop and I told him I

12  couldn't do this.

13         And he pulled me back and I

14  pulled away again and begged him to not

15  finish.  And he said no and pulled me

16  back and it went on until he finished.

17   Q.   Did you bite him?

18   A.   (Witness shakes head).

19   Q.   Did he leave a mark on your

20  mouth?

21   A.   (Witness shakes head).

22   Q.   How long after you got upstairs

23  did that happen?

24   A.   I would say at least a couple of

Cheyenne Goodman - March 15, 2023

60

1   hours.

2      Q.   And what happened after -- I'm

3   sorry to be crass.  When you say he

4   finished, he ejaculated?

5      A.   (The witness nodded.)

6      Q.   Okay.  What happened after that?

7      A.   I spit into the shower and I

8   collapsed onto the ground and was

9   crying and he walked out.

10     Q.   How long were you there?

11     A.   I would say several minutes.

12     Q.   And then what?

13     A.   I got up.  I put my sweatshirt

14  back on.  I walked into his room.  He

15  was on the bed and I told him I was

16  leaving.

17     Q.   Did you brush your hair or brush

18  your teeth?

19     A.   No.

20     Q.   So you were just upstairs then

21  for a couple of minutes longer after

22  that happened?

23     A.   No.  I told him I was leaving

24  and he got upset again and he asked me

Case ID: 230400452

Cheyenne Goodman - March 15, 2023

61

1   what I would do to fix it and

2   reinitiate the conversation.  He

3   insisted that I lay down with him for a

4   while and I complied because I was

5   afraid of him.

6            And after I felt like it had

7   been long enough that he would let me

8   leave, I got up and I told him I wanted

9   to leave and I really wanted to go home

10  and be with my mom.  And we walked

11  downstairs.

12    Q.   And then what?

13    A.   He hugged me.  And then he told

14  me that he trusted me and he knows that

15  I'll make this right and that if I

16  don't there will be consequences.

17    Q.   What consequences would there

18  be?

19    A.   At some point during when we

20  were upstairs he told me that he was

21  going to press charges against Nehama

22  and in the course of that he was going

23  to make sure that the firm found out

24  that we had had a sexual relationship

Case ID: 230400452

Cheyenne Goodman - March 15, 2023

62

```
 1    to put my job at risk, that I would
 2    have to disclose the police involvement
 3    to the Bar, that I might not pass
 4    because of it, that Nehama would have
 5    to disclose it to the Bar.  She was a
 6    candidate for the UBE.  It's the
 7    Uniform Bar Exam.
 8              He told me that my friends
 9    would never forgive me for not telling
10    them what had been going on and that my
11    coworkers, who are also my friends,
12    would feel the same.
13              I took all that to mean
14    that is the consequences that he was
15    implying and that he was going to sue
16    Nehama civilly and press charges
17    against her.
18      Q.   When you went downstairs and
19    were staying goodbye to Edwin, was that
20    the only time that you went downstairs
21    during this encounter?
22      A.   I don't recall.
23      Q.   Were you having a panic attack
24    at that point?
```

Case ID: 230400452

Cheyenne Goodman - March 15, 2023

63

1    A.   When I left I was very calm.  I

2   was having a panic attack when I

3   arrived.  It continued until like as we

4   were going upstairs.  And he had been

5   very calm talking to me at first and as

6   he started to talk more after we got

7   upstairs he was calm and then I calmed

8   down.

9         And then he got angry after

10  I told him that I didn't see what

11  happened between him and Nehama and I

12  couldn't testify or sign an affidavit

13  or say anything to that effect because

14  I just didn't see it.  And that

15  re-ignited my panic attack, which

16  continued through the sexual assault.

17         And I calmed down.  I think

18  I was just in shock at the time I

19  walked out of the bathroom into his

20  room.

21    Q.   At what point, at what point did

22  you block him on your phone?

23    A.   The next day.

24    Q.   At what point did you tell him

64

1    not to contact you?

2      A.   I don't recall.

3      Q.   Did you ever tell him not to

4    contact you?

5      A.   I know that I said it during our

6    consensual call.  I don't know when

7    else I said it, if I did.

8      Q.   What is a consensual call?

9      A.   It's a call sanctioned by the

10   police and the DA where he is being

11   recorded but doesn't know about it.

12   And I was instructed that I could say

13   whatever lie to appeal to him in order

14   to get him to discuss what he did to me

15   on that Saturday.

16     Q.   And that was what date?

17     A.   Late December.  I don't recall

18   the exact date but it's in the

19   petition.

20     Q.   What lies did you tell on that

21   call in order to get him to confess

22   that he did something wrong?

23     A.   I think I told him that I was

24   sorry, that I didn't mean for it to

Cheyenne Goodman - March 15, 2023

65

```
 1   blow up this much.

 2            I think I told him that

 3   Nehama initiated things, which was

 4   actually the suggestion by the police

 5   officer.

 6   Q.   That Nehama initiated what?

 7   A.   Just the whole me coming forward

 8   and telling people what happened.

 9   Q.   Did you go to more than one

10   police department?

11   A.   No.

12   Q.   Just one police department?

13   What police department was that?

14   A.   The Plymouth Meeting Police

15   Department.

16   Q.   What is your understanding of

17   where the charges stand today?

18   A.   The last time I spoke to

19   Detective Moretti he said he was

20   waiting to hear back from the DA about

21   the DA meeting with me.

22   Q.   And when was that?

23   A.   I believe on Monday of this

24   week.
```

Case ID: 230400452

Cheyenne Goodman - March 15, 2023

66

1    Q.   Do you know if Mr. Leon tried to

2  call Nehama?

3    A.   Yes.

4    Q.   Do you know when that happened?

5    A.   The day of the consensual call.

6    Q.   I'm sorry.  You said during the

7  consensual call you told him not to

8  contact you?

9    A.   (The witness nodded.)

10    Q.   So even after you told him that

11  you were sorry, that Nehama initiated

12  it and it wasn't his fault, at the end

13  you said don't contact me?

14    A.   (The witness nodded).

15         MS. WEIR:  I'm sorry.  Make

16  sure you give a verbal response.

17    A.   Yes.

18    Q.   How many times did you tell

19  Mr. Leon not to contact you?

20    A.   I don't recall.  I know I said

21  it at least once.

22    Q.   And at least once being on that

23  consensual call?

24    A.   Yes.

Case ID: 230400452

Cheyenne Goodman - March 15, 2023

67

1    Q.    In your PFA you said that you

2  repeatedly told him not to contact you.

3  What did you mean?

4    A.    On what day?

5    Q.    The day you wrote your PFA you

6  said I repeatedly told him not to

7  contact me.

8    A.    In the consensual call?

9    Q.    I'm asking you.  In the PFA

10  that's what you said.

11           The only time you can recall

12  telling him not to contact you is in

13  the consensual call?

14    A.    Well, sitting here today, yes,

15  the only time that I can recall the

16  exact phrasing of me saying don't

17  contact me again.

18    Q.    Was there something else, was

19  there some other communication where

20  you gave him the gist of don't contact

21  me again?

22    A.    Yes.

23    Q.    When was that?

24    A.    He had been calling me from a

Case ID: 230400452

Cheyenne Goodman - March 15, 2023

68

1    blocked number on Christmas day.  I

2    answered the second call because it

3    didn't occur to me that it might be

4    him.

5              He said something and I said

6    Edwin?  Because I didn't know if it was

7    him or not.  He confirmed that it was

8    him and I said I don't want to talk to

9    you and I hung up on him.

10   Q.   When did you report what

11   happened to Young Conaway?

12   A.   The Sunday of the weekend in the

13   PFA, so that would be --

14   Q.   The 18th?

15   A.   Yes.

16   Q.   What did you report happened?

17   A.   I reported everything from

18   Friday of that evening and certain

19   other things that he had done in the

20   course of being my supervisor at work.

21   Q.   Did you report what happened on

22   Saturday --

23   A.   No.

24   Q.   -- to Young Conaway?

Cheyenne Goodman - March 15, 2023

69

1    A.    No.

2    Q.    Have you ever?

3    A.    No.

4    Q.    What did you report were the

5    things that he did during the course of

6    work?

7    A.    I was instructed not to answer

8    that.

9    Q.    What did he do during the course

10   of work that made you uncomfortable?

11   A.    He was very aggressive with me.

12   He made me believe that he was in a

13   supervisory role over me, which turned

14   out not to be true.

15        He would frequently assign

16   me work late in the evening and demand

17   it be available by the time he woke up

18   the next morning.  This included on the

19   weekends.

20        He would tell me things that

21   -- I'm not sure if they were true or

22   not.  He would tell me that my

23   coworkers were saying mean things about

24   me.  He would lie to my coworkers about

Case ID: 230400452

Cheyenne Goodman - March 15, 2023

70

1    me.

2              He would get angry with me

3    if I didn't answer the e-mails fast

4    enough or if I didn't help him with

5    certain projects fast enough.  He got

6    angry with me about my office

7    placement.

8      Q.   Did you lie when you made a

9    report to Young Conaway on December

10   18th?

11     A.   No.

12     Q.   What day did you go to the

13   police?

14     A.   I don't recall the date.  It's

15   in my petition.

16     Q.   What evidence did you provide to

17   the police to support your claims?

18     A.   I provided them with a

19   statement.  I later on allowed a

20   detective to go through my text

21   messages with the respondent.

22     Q.   Did you retain any of your

23   Snapchats with Mr. Leon?

24     A.   In order to block him Snapchat

71

1  deletes everything, so no.

2    Q.    So when you took the step of

3  blocking him you deleted the chat?

4    A.    I didn't realize it would delete

5  the chat.

6    Q.    But it did?  It deleted your

7  yours and it deleted his?

8    A.    If it deleted his this is the

9  first time I'm hearing of it.

10    Q.    Did anyone encourage you to make

11  the police report?

12    A.    No one encouraged me to make it.

13  My friends were expressing their

14  support in one way or the other.

15    Q.    Who took you to make the police

16  report?

17    A.    Chris Lambe and I and Nehama

18  Hanoch.

19    Q.    And what made you decide to make

20  that police report four days after that

21  sexual contact?

22    A.    I knew that I couldn't live with

23  myself if I stayed quiet and he did it

24  to someone else.

Cheyenne Goodman - March 15, 2023

72

1    Q.   Did you ever ask the firm to --

2    did you request an office by him?

3    A.   No.

4    Q.   Did you reach out to Mr. Leon's

5    ex-girlfriends?

6    A.   No.

7    Q.   Ever?

8    A.   I was friends with Evie on

9    Instagram.  It's possible that I liked

10   her Instagram stories before.  I don't,

11   I don't classify that as reaching out

12   to his ex-girlfriends.

13   Q.   In the PFA you checked the box

14   saying that my client was trepassing on

15   your property.

16        Was that in error?

17   A.   No.  He left a voicemail for me

18   on December 25th saying that he was

19   going to come to my apartment.  I don't

20   know if he did or not because I was not

21   at my apartment.  I was at a friend's

22   apartment for safety because I worried

23   that he might do exactly that.

24   Q.   Okay.  So what is your claim for

73

1   trespass?  Do you believe that he came

2   to your apartment and was inside of

3   your apartment without your permission?

4       A.   I believe he was inside the

5   building without my permission.

6       Q.   When was that?

7       A.   December 25th.

8       Q.   Why do you believe that?

9       A.   Because he told me he would in a

10  voicemail.

11      Q.   Do you have any actual knowledge

12  of whether he was there?

13      A.   Nothing beyond his

14  representation.

15          MS. SWASEY: It's 3:30 and I

16  know I'm running up against...

17  BY MS. SWASEY:

18      Q.   Are you in a dating relationship

19  with Jesse Flowers?

20      A.   No.

21      Q.   Have you ever been?

22      A.   No.

23      Q.   I think you told me a list of

24  people who knew about what happened on

Cheyenne Goodman - March 15, 2023

74

1    Friday.

2            Who knows about what

3    happened on Saturday?

4      A.   Detective Andrew Moretti,

5    Detective Walter Kerr, K-e-r-r, Nehama

6    Hanoch, my former roommate Emily

7    Bartholomew, obviously myself and

8    Edwin.

9      Q.   I just need to take a look real

10   quick and see what else I missed.

11           I think that's it.  We're

12   done.

13           MS. SWASEY:  There's another

14   deposition immediately after this so we

15   can go off the record.

16           (Deposition concluded at

17   3:35 p.m.)

18                -  -  -  -  -

19

20

21

22

23

24

Cheyenne Goodman - March 15, 2023

75

```
 1                    I N D E X

 2
     DEPONENT:  CHEYENNE GOODMAN        PAGE
 3
          Examination by Ms. Swasey      3
 4
                 (There were no exhibits
 5       marked for identification.)

 6   DIRECTIONS NOT TO ANSWER     PAGE  LINE

 7            NONE

 8   REQUESTS MADE FOR DOCUMENTS  PAGE  LINE

 9               NONE

10
     CERTIFICATE OF REPORTER        PAGE 76
11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

Case ID: 230400452

Cheyenne Goodman - March 15, 2023

76

1      State of Delaware)
                        )
2    New Castle County  )

3            CERTIFICATE OF REPORTER

4        I, Kurt A. Fetzer, Registered
     Diplomate Reporter and Notary Public,
5    do hereby certify that there came
     before me on Wednesday, March 15, 2023,
6    the deponent herein, CHEYENNE GOODMAN,
     who was duly sworn  by me and
7    thereafter examined by counsel for the
     respective parties; that the questions
8    asked of said deponent and the answers
     given were taken down by me in
9    Stenotype notes and thereafter
     transcribed by use of computer-aided
10   transcription and computer printer
     under my direction.

11

12       I further certify that the foregoing
     is a true and correct transcript of the
13   testimony given at said examination of
     said witness.

14       I further certify that reading and
     signing of the deposition were waived
15   by the deponent and counsel.

16       I further certify that I am not
     counsel, attorney, or relative of
17   either party, or otherwise interested
     in the event of this suit.

18

19

20       Kurt A. Fetzer, RDR, CRR

21

22

23

24

Case ID: 230400452

Cheyenne Goodman - March 15, 2023

**1**

**10th** 17:19
**16** 11:17
**16th** 11:10 12:16 20:3 29:10,13 30:4
  31:7
**17th** 30:6
**18th** 68:14 70:10

**2**

**2022** 5:12 11:11,17 12:16 13:14
  16:11 20:3
**22** 5:19
**25th** 72:18 73:7

**3**

**3:30** 73:15
**3:35** 74:17

**7**

**7th** 7:16

**A**

**a.m.** 47:11
**absolutely** 47:4
**accusations** 42:2
**acknowledge** 45:13
**act** 28:8,11
**activities** 22:3
**actual** 73:11
**add** 52:23
**addition** 10:20
**advances** 57:20
**affidavit** 63:12
**afraid** 45:15 47:16 58:5 61:5
**afternoon** 49:19
**aggressive** 69:11

**agree** 8:23 20:18 24:11 28:16
**agreed** 29:22
**alcoholic** 32:11 33:9,13
**Alex** 18:5,10,12 41:2,7
**alleviate** 50:10
**Alley** 32:23 33:1,6 34:3
**allowed** 70:19
**Andrew** 74:4
**anger** 50:9
**angry** 50:13 57:21,23 63:9 70:2,6
**apartment** 43:17 72:19,21,22 73:2,3
**apologize** 20:5
**apparently** 53:13
**appeal** 64:13
**approximate** 20:12
**April** 6:6
**area** 52:13
**arguments** 8:10
**arm** 42:11
**arms** 39:11 40:23 55:21
**arrive** 49:16
**arrived** 40:17 41:2,3 63:3
**articles** 22:20 23:3
**ascribed** 24:7
**asleep** 46:19
**assault** 54:5 63:16
**assaulted** 54:18
**assign** 69:15
**associate** 53:20
**associates** 53:2,8,10
**assume** 3:15
**attack** 40:20 41:17 46:11 55:22
  62:23 63:2,15
**attacks** 43:11 56:24
**attempted** 57:2,10,14
**attention** 56:4
**attorney** 14:1
**audio** 29:20 30:1,7,9

**August** 6:23 9:5,9,22 21:5,12,16
  25:18
**aware** 41:1 51:9 53:1,5,9,12

**B**

**back** 16:5 18:24 25:12,14 38:7 39:12
  46:21 47:22 48:13 59:13,16 60:14
  65:20
**ball** 20:23
**bar** 20:14 32:21,23 34:11,15 62:3,5,7
**barely** 6:6
**Barry** 42:20
**Bartholomew** 74:7
**based** 47:17
**bathroom** 55:9 56:23 57:6 63:19
**BDSM** 20:19 21:19 22:21
**bed** 10:4 55:10,12 56:17,18 60:15
**bedroom** 21:23 22:9 55:8
**began** 37:20 40:8
**begged** 59:14
**begin** 7:1 56:21
**beginning** 6:10
**beverages** 32:12 33:9,13
**big** 28:20
**bite** 19:9,12 59:17
**block** 63:22 70:24
**blocked** 68:1
**blocking** 71:3
**blow** 65:1
**body** 19:9,13
**bondage** 20:22 22:3
**boot** 38:18
**box** 72:13
**boyfriend** 18:7
**boyfriends** 29:5
**break** 6:1 58:13,14
**bring** 35:9
**Broadly** 54:15

Cheyenne Goodman - March 15, 2023

**Brooks** 18:6 31:13

**brought** 27:11 31:14

**bruises** 39:14,16

**brush** 60:17

**building** 73:5

**Bull** 33:11

**buy** 33:15

---

**C**

**call** 10:1,2,3,13 19:18 31:7 35:2 36:6,
10 44:17,21,23 48:11 64:6,8,9,21
66:2,5,7,23 67:8,13 68:2

**called** 4:16 10:5,9,11 32:23 35:5
44:15 47:9,14,20 48:7,9

**calling** 9:24 10:10,17,18 31:6 67:24

**calls** 10:20

**calm** 57:24 63:1,5,7

**calmed** 63:7,17

**camera** 53:22

**cameras** 51:11

**candidate** 62:6

**capture** 3:22

**car** 43:8 44:6,10 47:3

**care** 27:12

**cared** 58:1

**Carol** 32:3

**Chandler** 30:8

**changed** 5:20

**charges** 61:21 62:16 65:17

**chase** 45:17

**chased** 45:11

**chasing** 36:11 37:5 40:9,21 42:9,12

**chat** 71:3,5

**checked** 72:13

**CHEYENNE** 3:1

**children** 31:15

**choked** 26:17

**choking** 20:23 22:4

**Chris** 12:24 16:10 17:2 71:17

**Christmas** 68:1

**city** 37:16 39:9,19 40:3,7,11,18
41:11,16,22 45:23

**civilly** 62:16

**claim** 72:24

**claims** 70:17

**clamped** 59:3

**clarify** 3:14 20:6

**class** 53:8

**classify** 36:4 46:9 72:11

**classifying** 54:4

**clear** 3:20 29:3 37:21

**clerks** 53:2

**client** 7:12,15,19 8:7 9:7,8 14:24
29:23 30:11,22 35:2 72:14

**closed** 59:2

**clothed** 55:15,17

**club** 35:17 36:7

**coercive** 8:11

**collapsed** 60:8

**collar** 23:8,11 24:1,13,17 25:10
26:10

**colleagues** 19:19

**color** 43:21

**comfortable** 22:24 23:18,21 27:14,
19,24

**comforted** 49:1

**comments** 57:23

**communicating** 11:4

**communication** 67:19

**communications** 19:19

**complaint** 14:14,15

**complied** 22:19 61:4

**Conaway** 5:10 53:3,7 68:11,24 70:9

**conceal** 18:16,21 19:14

**concluded** 74:16

**conditioned** 50:12

**confess** 64:21

**confirmed** 68:7

**confront** 12:13

**consensual** 6:14,17,20 7:8,22,24
8:1,8 11:15 13:6 19:6 21:4 24:19,22
25:20 64:6,8 66:5,7,23 67:8,13

**Consensually** 7:4

**consequences** 61:16,17 62:14

**contact** 64:1,4 66:8,13,19 67:2,7,12,
17,20 71:21

**content** 43:13

**context** 14:20

**continue** 21:14

**continued** 33:14,16 45:16 63:3,16

**conversation** 12:21 13:1,10 14:8,
18,21 15:1,3,10,19 16:18 17:4 22:12
37:9 43:14 54:22,24 55:7 61:2

**conversations** 46:17

**corner** 38:11

**counsel** 30:15

**counter** 57:15

**couple** 6:12 32:16 59:24 60:21

**court** 3:22

**coworker** 15:2,10 32:1,2

**coworkers** 18:3,18,23 34:14 36:13
42:14 44:8 62:11 69:23,24

**Cox** 32:4,5

**crass** 60:3

**crying** 41:18 60:9

**cups** 33:18 34:4

---

**D**

**DA** 64:10 65:20,21

**daily** 10:10

**dark** 51:7

**date** 5:14,16 64:16,18 70:14

**dates** 6:22 30:11

**dating** 53:7 73:18

**day** 5:1 9:23 10:12 26:12 31:6 48:2,
16 49:15 56:6,11,14 57:21 63:23 66:5
67:4,5 68:1 70:12

days 71:20

December 7:16 9:22 11:10,17 12:16 20:2 29:7,10,13 30:4,5 31:6 64:17 70:9 72:18 73:7

decide 71:19

decision 14:8,12 19:14

declined 22:24

define 5:17,23 6:16 7:21 8:1 11:14 20:21 21:6

defining 11:13

definition 23:20

degrading 28:14

delete 71:4

deleted 71:3,6,7,8

deletes 71:1

demand 69:16

department 65:10,12,13,15

depending 14:8,11

deponent 3:2

deposition 3:8 30:16 74:14,16

describe 5:22

detective 65:19 70:20 74:4,5

Devil's 32:23 33:1,6 34:3

dinner 31:18 32:12,18 34:2

direct 11:7

disclose 62:2,5

discuss 21:21 22:8,13 26:24 27:4 64:14

discussed 28:4

discussion 13:19 16:3 26:19 58:18

discussions 27:17

documented 8:10

downstairs 61:11 62:18,20

Dozens 9:11

drink 33:3,8

drinking 33:21 46:14

drinks 32:24 33:23 34:4 46:7

drive 31:8 46:14

driven 32:1 46:12

driving 44:4

drove 32:8

drug 4:3,13

drunk 46:9

duly 3:3

**E**

e-mails 70:3

earlier 31:5

early 7:11 9:5 30:5 34:20 48:22

ears 41:18

Eastes 18:5 40:24 42:21 49:2

Edwin 8:9 17:15,18 36:1 37:22,24 38:3,5 40:8 45:10 53:11 62:19 68:6 74:8

Edwin's 17:16

effect 63:13

effort 22:18

ejaculated 60:4

Emalyn 11:18,21 12:4 19:2,8,11

emergency 29:18

Emily 18:6 36:18,24 38:20 40:23 41:6 42:19 43:9 44:2,7 74:6

Emily's 18:6 44:5

encapsulate 45:5,7,9

encounter 8:13,20 12:10 21:8 24:18 54:2,5,6,11 56:22 62:21

encounters 21:22

encourage 71:10

encouraged 71:12

end 6:6 7:3 26:19 37:9,12 48:4 66:12

engage 22:2 27:5,9,10 54:2 56:21

engaged 25:9

engaging 20:19 21:10 25:19 28:20

entered 6:11

entire 55:23

error 72:16

evening 20:2 30:4 43:22 45:8 46:7 49:21 68:18 69:16

event 9:1 17:24

eventually 19:12

evidence 70:16

Evie 72:8

ex-girlfriends 72:5,12

exact 6:22 22:12 45:19 64:18 67:16

Exam 62:7

EXAMINATION 3:5

examined 3:4

exchange 23:3

Excuse 56:10

expected 10:7

experience 21:19

experienced 23:11

explain 11:12 50:14

expressed 48:24

expressing 71:13

extent 12:11 27:16

extreme 28:9

eyes 59:3

**F**

Facetime 10:21

fact 24:5

faire 17:20,22

fall 7:11 9:5 56:3

fan 27:22

fantasy 27:20,23

Farris 18:5

Farris's 18:11,12

fast 70:3,5

fatty 19:18

fault 66:12

fear 8:4

February 5:11

feel 18:22 51:14,16 62:12

feeling 22:24

**feels** 28:14

**fell** 46:19

**felt** 51:18 61:6

**fiance** 18:7 36:18 44:5

**fiction** 27:23

**fight** 58:5

**file** 50:5

**files** 30:1

**find** 32:21 36:1

**fine** 37:16

**finish** 15:7 22:5 33:11 59:15

**finished** 24:18 32:15 59:16 60:4

**fire** 52:24

**fired** 52:23 53:15,16

**firm** 6:8 31:10,12 47:24 52:20 53:18 61:23 72:1

**fix** 50:4 61:1

**floor** 51:10 53:23

**Flowers** 18:9 73:19

**follow** 38:3,9 51:18

**forced** 59:7

**forgive** 62:9

**forward** 14:13 65:7

**found** 61:23

**frame** 30:6

**frankly** 23:9

**frequent** 8:9

**frequently** 69:15

**Friday** 20:6,8,10 29:15 31:7 44:18 45:5,6 47:22 68:18 74:1

**friend's** 72:21

**friends** 6:11 11:23 18:3 35:14,16 36:13 50:8 62:8,11 71:13 72:8

**front** 41:16 59:2

**full** 32:22

**fully** 55:15,17

## G

**gags** 20:23

**gave** 67:20

**generally** 21:10

**gist** 54:16 67:20

**give** 28:16 66:16

**goodbye** 62:19

**Goodman** 3:1,7

**grab** 39:20

**grabbed** 58:3

**grabbing** 39:11

**great** 53:13

**Greecher** 31:14

**ground** 33:17 60:8

**group** 33:2 34:3 40:10,17 43:21

**guess** 9:5,13 36:3

## H

**hair** 60:17

**Hall** 39:9,19 40:4,7,11,18 41:11,16,23

**hand** 33:15 59:5

**hands** 24:14,21 25:11,13 39:4 41:18 55:20

**Hanoch** 37:5 41:10,22 42:7,18 48:20 49:5 71:18 74:6

**happen** 12:7 26:20 59:23

**happened** 25:24 29:12 40:6 41:21 42:4,14 43:2 45:5,6 54:13,19,20 58:10,12,24 60:2,6,22 63:11 65:8 66:4 68:11,16,21 73:24 74:3

**happening** 36:10

**happy** 22:18

**Harry** 27:20

**Hayden** 18:7 36:19,24 37:22,24 38:3, 6,8,20 41:2,7 44:7

**hazing** 17:17

**head** 3:21 25:8 41:19 58:4 59:18,21

**hear** 3:11 65:20

**heard** 3:16

**hearing** 71:9

**held** 13:19 16:3 58:18

**helps** 57:1

**hickey** 54:9

**Hold** 15:4

**holding** 55:20

**holiday** 8:18

**home** 10:3 34:10 35:6 36:1 37:14,17 38:1 43:9,15 44:7,12 45:21 46:13 47:3 49:6 50:23 61:9

**hours** 44:18 51:4,14 60:1

**house** 8:20,21 49:9,14,24 50:9 52:8, 13

**hugged** 61:13

**hung** 68:9

**hysterically** 40:20

## I

**idea** 27:12,24

**imagine** 42:24

**immediately** 74:14

**impact** 4:3

**implications** 23:18

**implying** 62:15

**impression** 24:8 53:14 56:2

**include** 8:24

**included** 69:18

**influence** 4:2

**information** 15:15

**initiate** 57:16

**initiated** 14:18 15:1,9 16:18 65:3,6 66:11

**initiating** 14:21

**inside** 35:11 73:2,4

**insisted** 37:13,15 52:8 61:3

**Instagram** 11:5,7 72:9,10

**instructed** 22:17 25:2 64:12 69:7

Cheyenne Goodman - March 15, 2023

**instructing** 30:12

**instruction** 31:1

**interaction** 41:9,14

**interest** 17:16 50:11

**intern** 5:10 6:4

**interpret** 23:24

**intoxicated** 46:2,3,6

**investigation** 13:11,13 14:5,10,24
15:9,12,20

**involvement** 62:2

**issue** 17:3

**issues** 28:11

**J**

**jacket** 35:9,10

**January** 5:11,19 6:5

**jaw** 59:6

**Jesse** 18:9 73:19

**job** 62:1

**Joe** 42:20

**joking** 26:13

**Jones** 18:6 36:18 38:20 40:23 42:19

**Joshua** 18:6,7 31:13

**July** 6:22 21:5,11 25:18 29:6

**jump** 5:4

**K**

**K-E-R-R** 74:5

**Kara** 29:20

**Kerr** 74:5

**kicked** 34:11,14

**kiss** 34:18 57:2,10

**kissed** 34:19

**Klonopin** 4:17,18 56:8

**knees** 58:11 59:1

**knew** 6:6 10:6 11:9,14,18 50:7 52:17
59:4 71:22 73:24

**knife** 38:17

**knowledge** 42:4 45:1 73:11

**L**

**Lambe** 12:24 13:22,24 14:2 16:11,18
17:2,7,13 18:14 71:17

**late** 64:17 69:16

**law** 53:2

**lay** 61:3

**laying** 55:12,13 56:18

**lead** 14:9 52:22

**learn** 12:5

**learning** 22:21

**leave** 26:10 34:8 35:7 37:24 39:13
51:5,15,20 54:9 59:19 61:8,9

**leaving** 47:24 51:17 60:16,23

**led** 15:19

**left** 26:14 32:17 34:23 35:11,15,19,21
36:7 39:4,14 53:18 63:1 72:17

**legs** 41:20

**Leon** 5:6,7,14 7:1 9:21 11:10,16
12:2,5,15 13:7 14:16 16:12,20 17:9
18:17 19:3,16,18,24 20:11,19 21:21
22:1,22 23:12 25:1 27:3,9 28:4 29:11
31:8 32:6 33:21 34:18 35:15 36:14
37:2 39:3 41:10,22 42:7,15 43:20
44:15 45:12 46:17 47:9 48:19 51:9,21
54:3,7 66:1,19 70:23

**Leon's** 49:6,17,24 50:24 51:2,13
54:10,14 72:4

**lie** 17:11 64:13 69:24 70:8

**lies** 64:20

**lifted** 58:4

**light** 20:22

**limine** 29:19

**list** 73:23

**listening** 37:22

**live** 71:22

**lived** 37:16

**long** 5:13 6:12,14 36:23 37:10 40:13
46:16 51:2,24 55:4 59:8,22 60:10
61:7

**longer** 60:21

**lot** 26:2

**lying** 18:14

**M**

**made** 24:4 29:2 42:2 51:19 57:22
69:10,12 70:8 71:19

**Maggie** 31:14

**majority** 52:2

**make** 7:6 29:17 50:4 61:15,23 66:15
71:10,12,15,19

**making** 14:15 30:2 39:1

**mark** 19:9 26:10,14 39:13 59:19

**marking** 20:24

**marks** 19:12

**matter** 15:22

**meant** 23:19

**medicine** 4:7

**meet** 5:8

**meeting** 65:14,21

**mentor** 12:22,23 14:1 15:2 42:20

**message** 11:1,7 19:21

**messages** 70:21

**mindset** 56:1

**minutes** 40:15 60:11,21

**mislead** 49:12

**missed** 74:10

**mixed** 33:3

**mom** 61:10

**moment** 22:10

**Monday** 65:23

**months** 6:12

**Moretti** 65:19 74:4

**morning** 8:16 10:2 29:13 30:5 44:19
47:8,10,12 48:6,7,14,22 55:23 69:18

**mother** 50:16,22

**mother's** 49:9,14

**motion** 29:19

**motivated** 47:16

Cheyenne Goodman - March 15, 2023

**mouth** 59:2,6,20

**move** 14:13 52:12

**multiple** 9:23

---

**N**

**neck** 26:14

**Nehama** 35:23 36:7 37:5 40:22 41:6, 10 42:18 43:9 44:1,6 48:20,21 50:6 53:19 61:21 62:4,16 63:11 65:3,6 66:2,11 71:17 74:5

**night** 4:22 5:2 31:19 33:10,19 34:5,9, 21,23 42:15 43:7,16 44:15,17,18 45:6,13 46:18 47:1,22 48:17 50:21 52:12 56:12,13,14,15

**nodded** 37:11 55:1,3 60:5 66:9,14

**noise** 57:9

**non-** 7:21

**non-coercive** 8:2

**non-consensual** 7:19 9:1 11:15 13:6

**noon** 48:16

**November** 8:5 26:21

**number** 44:22,23,24 68:1

---

**O**

**oath** 3:3

**object** 50:12

**objected** 37:15

**objecting** 30:17

**objection** 29:17 30:2,14,20

**observe** 33:23

**observed** 34:1,2,4

**occasion** 26:17

**occasions** 10:6,9

**occur** 68:3

**off-brand** 4:15

**offer** 27:22

**office** 70:6 72:2

**officer** 65:5

**open** 59:6

**opportunity** 29:24 30:18

**opposing** 30:15

**oral** 28:5,17

**order** 64:13,21 70:24

**ownership** 24:9

---

**P**

**p.m.** 74:17

**pacify** 29:4 47:17 50:9,13

**pains** 53:13

**panic** 40:20 41:17 43:10 46:11 55:22 56:24 62:23 63:2,15

**panicked** 45:14

**pants** 59:5

**parked** 32:9

**part** 22:21 55:8,9

**partner** 18:11,12 42:20

**pass** 62:3

**passing** 26:18

**past** 47:18 52:19 53:11

**Patty** 12:19 14:23 15:23

**paying** 56:4

**pending** 29:18

**people** 43:2,5 48:17 65:8 73:24

**period** 5:18 6:19 21:1,3 29:6 38:8

**permission** 73:3,5

**person** 43:20 50:20 52:10

**personal** 42:3

**petition** 64:19 70:15

**PFA** 8:24 26:16 67:1,5,9 68:13 72:13

**Philadelphia** 30:7 31:22

**phone** 9:21 10:16,20 36:6,10 44:22, 23 46:16,19 48:14 63:22

**phrasing** 67:16

**physical** 42:6

**physically** 51:17

**pictures** 39:15

**place** 13:2 37:18

**placement** 70:7

**play** 28:1

**playing** 20:22 22:3

**Plymouth** 65:14

**pocketknife** 38:15

**point** 11:19 12:6 26:18 27:12 28:15 35:18,21 37:8 39:3,8 40:19 41:1,19 56:20 57:19 59:10 61:19 62:24 63:21, 24

**police** 50:5 62:2 64:10 65:4,10,12, 13,14 70:13,17 71:11,15,20

**posit** 7:10

**position** 57:15

**post-8:00** 47:11

**posts** 11:6

**Potter** 27:20

**Powell** 42:19

**prescribed** 4:23

**prescription** 4:6,11,13

**present** 18:2,9,10,11

**press** 61:21 62:16

**privileged** 12:18 13:12 15:11,18,21

**proceed** 35:7

**process** 22:21

**produce** 29:22

**produced** 29:21

**progression** 21:22

**projects** 70:5

**Properties'** 30:9

**property** 72:15

**provide** 15:14 70:16

**provided** 70:18

**proximity** 42:7

**pull** 39:12

**pulled** 57:3,11 59:4,10,13,14,15

**purchase** 22:14

**push** 57:14

**pushed** 57:17 58:11 59:1

---

Cheyenne Goodman - March 15, 2023

**put** 23:13,23 26:9 33:16 39:3 59:5
60:13 62:1

**putting** 42:10 58:2

## Q

**question** 3:11,12,15 7:7 12:17 13:8
14:22 15:5,17,19 16:8,21 17:4,14
22:6 31:2

**questions** 5:5 13:15 22:23 30:3,10

**quick** 45:3 74:10

**quiet** 71:23

## R

**ran** 45:10

**rape** 27:20 47:1 50:20 52:11

**raped** 18:23 19:4

**re-ignited** 63:15

**reach** 72:4

**reaching** 72:11

**real** 21:18 74:9

**realize** 71:4

**recall** 6:13,22 7:2,10,17 8:15 9:12
12:11 18:13 19:17 20:1 21:7 22:11
23:22 25:15 26:1,3,11,12,15 27:17
31:20 33:12 34:22 35:4 37:1,10 39:21
40:5,14,16,22,24 41:8 42:23 43:6,13
44:11,13,20 45:19 46:20 47:6,7,15
49:4,18,20 55:5 59:9 62:22 64:2,17
66:20 67:11,15 70:14

**recollection** 30:23

**record** 13:18,20 16:1,4,6 29:17 30:3,
21 52:7 58:17,19 74:15

**recorded** 52:14 64:11

**records** 10:16 46:22 48:14

**Red** 33:11

**reflect** 30:14

**reflected** 10:16

**reinitiate** 61:2

**rejected** 57:20

**rejecting** 57:24 58:6

**relation** 30:16

**relationship** 5:6,17,23 6:14,18,20
7:1 8:12 11:9,13,16 12:1,15 13:7
16:12,16,19,23 17:8 18:16,17,21
19:3,6,15 20:20 21:4,11,15,19 23:5,8,
12,20 25:20 28:16 52:21 53:6,7,20
61:24 73:18

**relationships** 53:3

**remember** 9:7 18:8 23:13,15 24:15
42:9

**renaissance** 17:20,22

**repeat** 3:12,14

**repeatedly** 52:6 67:2,6

**report** 50:6 68:10,16,21 69:4 70:9
71:11,16,20

**reported** 68:17

**reporter** 3:22

**representation** 73:14

**representing** 13:22

**request** 72:2

**requested** 52:7

**requirement** 29:3

**research** 23:2,4 27:13

**respondent** 18:10 31:13 33:14
70:21

**response** 45:18 66:16

**responses** 3:19,23

**rest** 40:10

**restaurant** 31:21 32:18

**retain** 70:22

**review** 29:24 30:19 45:2 48:13

**ride** 44:7

**risk** 62:1

**role** 20:21 22:3 28:1 69:13

**room** 60:14 63:20

**roommate** 11:18,21 19:2 50:17 74:6

**Roxanne** 18:5 40:24 41:6 42:21 49:2

**running** 40:8 42:10 57:1,8 73:16

## S

**safe** 24:24 25:4,7 26:24 45:22

**safety** 50:11 72:22

**sanctioned** 64:9

**Saturday** 20:7 29:14 64:15 68:22
74:3

**scared** 45:10

**send** 27:22

**separately** 41:5

**September** 13:3,14 14:6 16:11
17:19

**sex** 7:8,12,15,18 8:6 9:7,8 11:19 12:5
19:24 20:11 25:24 26:6 28:5,17
57:16,18,24

**sexual** 6:14,20,24 8:12 9:1 11:16
12:1,15 13:7 16:12,16,23 17:8 18:16
19:6 21:8,11,15,22 23:5 24:17 25:20
52:20 53:3,6,19 54:2,4,5,6,10 56:21
57:20 61:24 63:16 71:21

**sexually** 27:5 54:18

**shake** 3:21

**shakes** 25:8 59:18,21

**sharing** 22:20

**shock** 63:18

**short** 45:23 54:22

**shot** 33:2 34:2

**shoulder** 54:10

**shower** 57:1,4 60:7

**shut** 59:3

**side** 42:11

**sign** 24:9 63:12

**significance** 23:7 24:1,6

**significant** 23:17

**sipping** 34:4

**sips** 32:16 33:3,12

**sit** 57:1

**sitting** 6:12,21 20:13 41:15 55:14
56:17 67:14

**skirt** 45:24

**slept** 53:10

**Snapchat** 10:23 20:17 70:24

**Snapchated** 35:3

Cheyenne Goodman - March 15, 2023

**Snapchats** 70:23

**sobbing** 40:19 43:11

**sort** 8:3

**speakeasy** 32:21

**speaking** 36:24

**specifically** 54:19

**speculate** 55:24

**spend** 8:17

**spit** 60:7

**spoke** 36:22 65:18

**sponsoring** 31:9,10

**squeezed** 59:6

**stairs** 55:19 56:3

**stand** 65:17

**standing** 33:17 38:19

**start** 21:2 54:17

**started** 5:10 7:23 33:10 63:6

**statement** 70:19

**stayed** 71:23

**staying** 62:19

**steam** 57:7

**step** 28:20 71:2

**steps** 18:15,20 41:16

**stop** 51:17 59:11

**stories** 72:10

**straps** 22:15

**stressful** 42:24

**subpoenaed** 29:21

**substance** 4:3 13:9

**sue** 62:15

**suggestion** 65:4

**summer** 6:9,10 11:20 12:6

**Sunday** 68:12

**supervisor** 14:3 68:20

**supervisory** 69:13

**support** 70:17 71:14

**suppose** 7:20

**surprise** 10:15

**surveillance** 30:8,10 51:10

**suspicion** 12:14

**Swasey** 3:6 12:19 13:17,21 14:23
15:4,8,23 16:5,7 29:20 30:20 31:4
58:16,20 73:15,17 74:13

**sweatshirt** 58:3,8,22 60:13

**sworn** 3:3

---

### T

**taking** 4:18 17:15

**talk** 9:20,21 16:19 22:1 29:9 36:20
48:21,23 49:2 63:6 68:8

**talked** 45:12 48:18

**talking** 13:24 14:2 40:23 43:12 56:19
63:5

**Target** 31:9

**teeth** 60:18

**telling** 17:5 62:9 65:8 67:12

**temper** 47:16,17

**test** 28:8

**testified** 3:4 19:1

**testify** 63:12

**testimony** 4:4 16:17

**text** 11:1 19:21 70:20

**texted** 35:3,23

**Thanksgiving** 7:13,19 8:6,14,15,17
9:2,6,9 26:22

**thing** 15:24 28:10 58:21

**things** 22:8,14 26:19 27:4,8,18 28:3
65:3 68:19 69:5,20,23

**Thompson** 32:3

**thought** 23:16,19 24:2 46:3 47:2
52:11 56:2

**threat** 8:3 50:10

**threatened** 50:3 52:19

**threatening** 8:11 38:22

**threats** 51:19

**tied** 24:14,21 25:11,14

**Tim** 41:2,7 42:19

**time** 4:20 5:18,21,24 6:2,19 7:8 9:6
14:16 18:8 19:5,23 20:13 21:1,3
23:13,23 25:10 26:9 29:6 30:6 32:21
38:9 40:3 41:4 42:24 44:12 49:16
51:5 52:2 56:19 62:20 63:18 65:18
67:11,15 69:17 71:9

**times** 9:4,11,18,23 25:23 30:12 39:24
44:14 47:9,13,19 48:8,9 57:21 66:18

**today** 4:7,9,18 5:19 6:13,21 30:1
65:17 67:14

**told** 12:8,9,12 19:1,11 23:1 27:14
35:8,24 37:5,23 42:18,19,20,22 43:3
45:15 50:7,22 57:17 59:11 60:15,23
61:8,13,20 62:8 63:10 64:23 65:2
66:7,10 67:2,6 73:9,23

**toy** 31:8

**toys** 20:23 22:4,16

**transcript** 30:14,16

**trepassing** 72:14

**trespass** 73:1

**true** 8:13 69:14,21

**trust** 28:8,10 52:9

**trusted** 61:14

**truth** 30:23

**Tucked** 38:18

**turn** 38:6

**turned** 37:23 69:13

**turtle** 26:13

**type** 21:10,15 22:2 23:5

**typically** 10:1 44:21

---

### U

**UBE** 62:6

**Uber** 36:1 38:1 44:1

**uh-huh** 3:21

**ultimate** 28:8

**uncomfortable** 24:4 28:5,13 39:1
69:10

**understand** 3:10,24 7:6 31:5 41:21,
24 42:1

**understanding** 14:4,7 65:16

Cheyenne Goodman - March 15, 2023

**understood** 3:15

**Uniform** 62:7

**upset** 49:1 56:4 60:24

**upstairs** 51:22,24 52:5 54:1,14,20, 21 59:22 60:20 61:20 63:4,7

---

**V**

**vast** 52:2

**verbal** 3:20 66:16

**version** 4:15

**vibrators** 20:24

**video** 30:1,8,9

**videos** 29:20 30:17,19,24

**view** 24:8

**vodka** 33:11

**voicemail** 72:17 73:10

**voluntarily** 29:22

---

**W**

**wait** 35:8,12

**waiting** 65:20

**wakes** 47:11

**walk** 37:20 39:18

**walked** 32:20 54:20 55:19 60:9,14 61:10 63:19

**walking** 38:2 39:9 45:23

**Walter** 74:5

**wanted** 14:13 27:9,19 29:1 34:10 37:13 52:12 59:4 61:8,9

**wanting** 26:19

**water** 33:4,18 57:8

**ways** 8:11 11:3

**weapon** 38:12

**wear** 26:13

**wee** 44:18

**week** 10:13 65:24

**weekend** 68:12

**weekends** 69:19

**WEIR** 15:6,13 29:16 31:3 66:15

**whipping** 20:22 22:4

**whips** 22:15

**woke** 69:17

**Woody's** 20:15 30:7 33:7,9 34:5,8, 17,23 36:14 38:21 39:5,9,19

**word** 7:24 24:24

**wording** 45:20

**words** 17:17 25:4,7 27:1

**wore** 25:10

**work** 10:3 11:24 12:22,23 13:11,13 14:1 15:22 17:17,24 68:20 69:6,10,16

**working** 6:7

**worried** 72:22

**wrong** 13:4 64:22

**wrote** 67:5

---

**X**

**Xanax** 4:12,14 33:19 56:5,8

---

**Y**

**year** 48:4

**Young** 5:10 53:3,6 68:11,24 70:9

---

**Z**

**Zoloft** 4:10

---

## ATTORNEY ETHICS GRIEVANCE FORM

Filed and Attested by the
Office of Judicial Records
09 FEB 2024 02:26 pm
C. PERRY

### Please Type Or Print Legibly All Information

**A.**  **GRIEVANT: Mr./Mrs./Miss./Ms.** (Circle One)
cheyenne

| LAST NAME | FIRST | MIDDLE |
|---|---|---|

goodman

ADDRESS          STREET/P.O. BOX

CITY          STATE     ZIP          COUNTY

TELEPHONE:  DAY ▬▬▬▬▬          EVENING (____) _____

**B.**  **THE SPECIFIC LAWYER YOU ARE COMPLAINING ABOUT IS:**

Leon                          Edwin

LAST NAME (INCLUDE SR., JR., III, ETC.)   FIRST          MIDDLE

Unknown

OFFICE ADDRESS          STREET/P.O. BOX

CITY          STATE     ZIP          COUNTY

| (1) | IS THE SPECIFIC LAWYER COMPLAINED ABOUT YOUR LAWYER? | ___ YES  ☒ NO |
| (2) | IF SO, DOES THIS LAWYER STILL REPRESENT YOU? | ___ YES  ☒ NO |
| (3) | IF NOT, DO YOU HAVE A NEW LAWYER? | ___ YES  ☒ NO |
| (4) | IF SO, WHO IS YOUR NEW LAWYER? | _____ |

**C.**  **THE TYPE OF CASE HANDLED BY THE LAWYER WAS: (CHECK ONE)**

| | | | | | |
|---|---|---|---|---|---|
| ____ | Admiral/Maritime | (V) | ____ | International Law | (I) |
| ____ | Adoption/Name Change | (A) | ____ | Juvenile Delinquency | (J) |
| ____ | Bankruptcy/Insolvency/Foreclosure | (H) | ____ | Labor | (L) |
| ____ | Collection | (K) | ____ | Landlord/Tenant | (Q) |
| ____ | Contract | | ____ | Negligence (Personal Injury) Property Damage | (N) |
| ____ | Corporation/Partnership Law | (X) | ____ | Patent/Trademark/Copyright | (P) |
| ____ | Criminal, Quasi-Criminal and Municipal Court | (C) | ____ | Real Estate | (R) |
| ____ | Domestic Relations (Divorce, Support, Custody) | (D) | ____ | Small Claims Court | (S) |
| ____ | Estate/Probate | (E) | ____ | Tax | (T) |
| ____ | Federal Remedies/Civil Rights | (F) | ____ | Workers' Compensation | (W) |
| ____ | Government Agency Problems (Local thru Federal) | (G) | ____ | Other Litigation (specify) | (Y) |
| ____ | Immigration/Naturalization | (M) | ☒ | Other Non-Litigation (specify) N/A - he was/is a party to litigation | (Z) |

IS THE CASE HANDLED BY THE LAWYER STILL PENDING?          _____ YES          _____ NO

```
            (This Section for Secretary's Use Only)

  DOCKET NUMBER _____ DATE DOCKETED _____
```

**\*\* COMPLETE BOTH SIDES \*\***

Case ID: 230400452

**D.**     **OTHER RELATED COMPLAINTS OR LITIGATION:**

(1)     Have you filed a complaint regarding this matter with law enforcement authorities or any other state or federal agency?   _X_ YES _____ NO  If yes, please state:

Name of Agency: Plymouth Meeting Police Department

Contact Person: Andrew Moretti                     Date Filed: 12/22/2022

Result: I believe the investigation was never formally closed, so it is classified as pending.

(2)     Is the matter you are complaining about the subject of a pending civil law suit?  _X_ YES _____ NO
If yes, give name of Court Family Court for the State of Delaware

Docket Number: CN23-01005                     County: New Castle County

**E.**     **NATURE OF GRIEVANCE:**

State what the lawyer did or failed to do which may be unethical.  State all relevant FACTS including dates, times, places and names and addresses of important witnesses. Attach copies of important letters and documents.

I am reaching out to follow up on a complaint I filed with the New Jersey Bar against Edwin Leon, Esq.  (NJ Bar No. 397892022).  Mr. Leon is currently, and has been for the last nine months, subject to a protection from abuse order in Delaware (an ex parte order, several interim orders, and a final order).  These orders were issued pursuant to his abusive actions described in the attached opinion.

In particular, I would like to draw your attention to pages 43-49 and 52 of the opinion, which provide some insight into the unethical course of conduct Mr. Leon displayed during and in anticipation of this matter.

Certain acts of abuse Mr. Leon undertook were in furtherance of his scheme to fabricate evidence, witness tamper, and coerce false testimony (via affidavit).  I believe these actions, combined with his astounding display of ethical depravity during the course of our litigation, warrant permanent disbarment.

I am happy to discuss this further, and provide such further information as you may require for the

(Use Additional Sheets if Necessary)

**F.**     **INVESTIGATIVE CONFIDENTIALITY**

The Supreme Court of New Jersey has held that persons who file grievances "may speak publicly regarding the fact that a grievance was filed, the content of that grievance, and the result of the process."  Since disciplinary officials are required by *Rule* 1:20-9(h) to maintain the confidentiality of the investigation process and may neither speak about the case nor release any documents, until and unless a formal complaint is issued and served, you must also keep confidential any documents you may receive during the course of the investigation of your grievance.

To protect the integrity of the investigation process, we recommend that you, as well as all witnesses, not speak about the case other than to disciplinary officials while the matter is under investigation.  So long as you maintain the confidentiality of the investigation process, you have immunity from suit for anything you say or write to disciplinary officials.  However, the Supreme Court has stated that you "are not immune for statements made outside the context of a disciplinary matter, such as to the media or in another public forum."  *R.M. v. Supreme Court of New Jersey, 185 N.J. 208* (2005).

Date: _09/28/2023_                                        s/ Cheyenne Goodman

                                                                              Signature

> PLEASE REVIEW THE PAMPHLET "INFORMATION ABOUT GRIEVANCE PROCEDURES
> AND DISCIPLINE OF LAWYERS" PROVIDED BY THE ETHICS SECRETARY.



**PLEASE NOTIFY DISTRICT SECRETARY OF DISABILITY ACCOMMODATION NEEDS.**

Case ID: 230400452



Filed and Attested by the
Office of Judicial Records
09 FEB 2024 02:26 pm
C. PERRY

**2:01**

CG
Chey

yes and if granted i have it for two weeks then there will be a hearing where he can contest it becoming permanent

Okay damn that's not as seamless as they had originally made out

no it's really not

but it's the only option

Let me know if you want any help with it. I think the more detailed and clear the petition, the more likely you will get it without a hearing

Really emphasize how dangerous it was for you to leave

So that the judge understands the position you are in here

I'm getting odly conflicting advice on that, the detective said include everything but the woman i called in the delaware victims services group said that you should do the most recent thing because the judge is less likely to grant if it's just a ton of info over a long period of time

Oddly* jesus

iMessage

**2:01**

Oddly* jesus

but it's just a form i'm gonna go tues morning to fill it out

Okay I think it might help to have a lawyer. I asked Alberto if he knows any that do PFAs pro bono just in case you want to consider that

sean beach and nestor referred me to one!

Oh good

i called on friday, left a message

They're wonderful

Okay great good

I know, i straight up almost cried

They're so nice

iMessage

MacBook Air

Case ID: 230400452

**PAX LEGAL, LLC**
By: Neil M. Hilkert, Esq.
Lida L. Bonner, Esq.
Attorney I.D. Nos. 44696 & 83985
600 W. Germantown Ave.
Suite # 400
Plymouth Meeting, PA 19462
(610) 940-1663 TEL
*neil@paxlegalllc.com*
*lida@paxlegalllc.com*



*Filed and Attested by the Office of Judicial Records 09 FEB 2024 02:26 pm C. PERRY*

| | |
|---|---|
| Edwin Leon, <br><br>              Plaintiff <br><br> vs. <br><br> Cheyenne Goodman <br> and <br> Nehama Hanoch <br><br>          Defendants | **IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY** <br><br> **CIVIL DIVISION – LAW** <br><br> **Case ID No. 230400452** |

<u>**CERTIFICATE OF SERVICE**</u>

**TO THE PROTHONOTARY:**

       I hereby certify that the Plaintiffs First Amended Complaint, Exhibits attached thereto and Notice to Defend is being served on all counsel of record by electronic mail on the 9th day of February 2024.

                                             **PAX LEGAL, LLC**

                                             **BY: NEIL M. HILKERT, ESQUIRE**
                                             **ATTORNEY FOR PLAINTIFF**
                                             **Edwin Leon**

DATED: February 9, 2024