## Exhibits - Table of Contents

**Hanoch and Goodman**
**Notice of Removal**

| Tab 1  | Civil Action Cover Sheet |
|--------|--------------------------|
| Tab 2  | Praecipe to Issue Writ of Summons |
| Tab 3  | Praecipe to Proceed In Forma Pauperis |
| Tab 4  | Plymouth Township Police Department Motion for Protective Order |
| Tab 5  | Praecipe to Withdraw Motion |
| Tab 6  | Entry of Appearance |
| Tab 7  | Entry of Appearance |
| Tab 8  | Withdrawal of Appearance |
| Tab 9  | Praecipe to Reissue Writ of Summons |
| Tab 10 | Attempted Service |
| Tab 11 | Attempted Service |
| Tab 12 | Returned Mail Received |
| Tab 13 | Attempted Service |
| Tab 14 | Attempted Service |
| Tab 15 | Motion for Alternative Service |
| Tab 16 | Order |
| Tab 17 | Entry of Appearance |
| Tab 18 | Return Mail Received |
| Tab 19 | Praecipe to File Complaint |
| Tab 20 | Entry of Appearance |
| Tab 21 | Returned Mail Received |
| Tab 22 | Affidavit of Service |
| Tab 23 | Affidavit of Service |
| Tab 24 | Affidavit of Service |

| Tab 25 | Entry of Appearance |
|---|---|
| Tab 26 | Defendant Cheyenne Goodman's Emergency Motion for Protective Order |
| Tab 27 | Defendant Nehama Hanoch's Emergency Motion for Protective Order |
| Tab 28 | Defendant Roxanne Eastes' Emergency Motion for Protective Order |
| Tab 29 | Affidavit of Service |
| Tab 30 | Order |
| Tab 31 | Order |
| Tab 32 | Order |
| Tab 33 | Praecipe for Dismissal |
| Tab 34 | Complaint |
| Tab 35 | Case Management Order |
| Tab 36 | Praecipe to Substitute 1st Page of Complaint / Praecipe to Dismiss Eastes |
| Tab 37 | Affidavit of Service |
| Tab 38 | Praecipe to Attach Verification |
| Tab 39 | Entry of Appearance |
| Tab 40 | Entry of Appearance |
| Tab 41 | Defendants' Joint Emergency Motion to Extend Time to Respond to Complaint |
| Tab 42 | Order |
| Tab 43 | REMOVED |
| Tab 44 | REMOVED |
| Tab 45 | Amended Complaint |
| Tab 46-1 Tab 46-2 | Exhibits to Amended Complaint |
| Tab 47 | Defendant Nehama Hanoch's Preliminary Objections to Plaintiff's |

|  | Amended Complaint (w/o Exhibits) |
|---|---|
| Tab 48 | Defendant Cheyenne Goodman's Preliminary Objections to Plaintiff's Amended Complaint (w/o Exhibits) |