IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWIN LEÓN, | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| NEHAMA HANOCH | : | No.: 2:24-cv-01060-WB |
| and | | |
| CHEYENNE GOODMAN | | |

ORDER

AND NOW, this  10th  day of  April  20 24 , it is hereby

ORDERED that the application of  Amy Epstein Gluck , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.[1]

☐   DENIED.

_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:24-cv-01060-WB

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, Amy Epstein Gluck, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $75.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| Virginia | 10/1995 | 38626 |
| District of Columbia | 1997 | 453525 |
| New York | 1/2020 | 5771373 |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| US District Court, EDVA | 5/4/2007 | 38626 |
| US District Court, Mary | 8/25/2017 | 20106 |
|  |  |  |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for _____*Amy Epstein Gluck*_____
(Applicant's Signature)

April 10, 2024
(Date)

Name of Applicant's Firm: Pierson Ferdinand, LLP
Address: 1101 Pennsylvania Ave., NW, Suite 300 Washington, DC 20005
Telephone Number: (301) 526-1184
Email Address: amy.epsteingluck@pierferd.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 10, 2024
(Date)

_____*Amy Epstein Gluck*_____
(Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

  The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __Amy Epstein Gluck__ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Benjamin Jacobs | *[signature]* | 5/22/2014 | 315984 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Pierson Ferdinand LLP, 1650 Market Street, Suite 3600 Philadelphia, PA 19103

(484) 222-3419

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/10/2024__        *[signature]*
    (Date)                 (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWIN LEÓN, | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| NEHAMA HANOCH, et al | : | No.: 2:24-cv-01060-WB |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of **Amy Epstein Gluck**, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

_____
(Signature of Attorney)
Benjamin K. Jacobs
_____
(Name of Attorney)
Nehama Hanoch
_____
(Name of Moving Party)
April 10, 2024
_____
(Date)