IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWIN LEON,** <br>             **Plaintiff,** <br><br> v. <br><br> **NEHAMA HANOCH AND CHEYENNE GOODMAN,** <br>             **Defendants.** | **CIVIL ACTION** <br><br><br><br> **NO. 24CV1060** |

**O R D E R**

**AND NOW**, this 10th day of April, 2024, upon consideration of Defendant Cheyenne Goodman's Motion to Dismiss (ECF No. 9), **IT IS HEREBY ORDERED** that the Motion is **DENIED AS MOOT**.[1]

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**

---

[1] Plaintiff has filed an Amended Complaint (ECF No. 17), which "rendered moot defendant['s] motion[] to dismiss." *Merritt v. Fogel*, 349 F. App'x 742, 745 (3d Cir. 2009) (citing *Pure County, Inc. v. Sigma Chi Fraternity*, 312 F.3d 952, 956 (8th Cir. 2002)).