IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWIN LEÓN,**<br>        **Plaintiff,**<br><br>v.<br><br>**NEHAMA HANOCH, and CHEYENNE GOODMAN,**<br>        **Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  24CV1060** |

## O R D E R

**AND NOW**, this 1st day of August, 2024, upon consideration of Defendants' Motions to Dismiss (ECF No. 24, 33), Plaintiff's oppositions thereto (ECF No. 27, 36), and Defendants' replies (ECF No. 32, 37), it is **HEREBY ORDERED** as follows:

1. Defendant Cheyenne Goodman's Motion (ECF No. 24) is **GRANTED**, and León's claim against her are **DISMISSED WITH PREJUDICE**.

2. Defendant Nehama Hanoch's Motion (ECF No. 33) is **GRANTED IN PART** and **DENIED IN PART**.  Specifically:

    a. The Motion is **GRANTED** with respect to Counts I, II, III, IV, VI, and VII of Plaintiff's Second Amended Complaint, which are **DISMISSED WITH PREJUDICE**.

    b. The Motion is **DENIED** with respect to Count V of Plaintiff's Second Amended Complaint.

**BY THE COURT:**

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**