IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWIN LEON,**<br>　　　　　**Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **NEHAMA HANOCH,**<br>　　　　　**Defendant.** | **NO.  24CV1060** |

### ORDER

**AND NOW**, this 8th day of January, 2025, upon consideration of Defendant Hanoch's Motion for Summary Judgment (ECF No. 48) and all responses and replies thereto (ECF Nos. 49, 52), **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Hanoch shall have until January 22, 2025 to file a petition for reasonable expenses as provided by 42 Pa. Cons. Stat. § 8340.2.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　S/ WENDY BEETLESTONE
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**